## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LS CABLE & SYSTEM, LTD., § | |
| § | |
| *Plaintiff*, § | |
| v. § | Civil Action No. **3:24-cv-09194-PHK** |
| § | |
| APPLE, INC., § | |
| *Defendant.* § | |

## **RETURN OF SERVICE**

Came to my hand on Thursday, December 19, 2024 at 12:25 PM,
Executed at: **330 N. BRAND BLVD, SUITE 700, GLENDALE, CA 91203**
at **12:47 PM**, on **Thursday, December 19, 2024,** by delivering to the within named:

### APPLE, INC.

Care of its **Registered Agent, CT CORPORATION SYSTEM**
by personally delivering to **Authorized Employee, JACQUELINE MEDIA**
a true copy of this

**SUMMONS IN A CIVIL ACTION and COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NO. 8,013,568 with EXHIBITS 1, 2, 3 & 4 , CIVIL COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES and CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

BEFORE ME, the undersigned authority, on this day personally appeared C. JONES who after being duly sworn on oath states: "My name is C. JONES. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of California. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
C. JONES- Reg. No. 6014 Los Angeles County

Subscribed and Sworn to by C. JONES, Before Me, the undersigned authority, on this 24th day of December, 2024.

ANN E. YOST
COMM. # 2353892
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES APR. 7, 2025

_____
Notary Public in and for the State of California