Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Fax: (415) 882-8220

*Attorneys for Plaintiff LS Cable & System Ltd.*

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 858-6031

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LS CABLE & SYSTEM LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:24-cv-09194-JD <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT APPLE INC.'S TIME TO RESPOND TO COMPLAINT** <br><br> Judge: Honorable James Donato <br><br> Complaint Filed: December 18, 2024 |

1        Pursuant to Rule 6-2(a) of the Local Rules of the United States District Court for the
2   Northern District of California and this Court's Standing Order, Plaintiff LS Cable &
3   System Ltd. and Defendant Apple Inc., by and through their undersigned counsel, stipulate
4   as follows:
5        WHEREAS, Plaintiff filed the Complaint on December 18, 2024;
6        WHEREAS, on December 20, 2024, the Court issued an order reassigning this matter to
7   the Honorable James Donato;
8        WHEREAS, Apple was served with the Complaint on December 19, 2024;
9        WHEREAS, under Federal Rule of Civil Procedure 12, Apple's deadline to respond to the
10  Complaint is currently January 9, 2025;
11       WHEREAS, the parties have agreed that the deadline for Apple to answer, move, or
12  otherwise respond to the Complaint shall be extended to and including March 10, 2025;
13       WHEREAS, the extension of time for Apple to answer, move, or otherwise respond to the
14  Complaint is the first extension of time requested in this case; and
15       WHEREAS, the extension will not affect any other deadlines set by the Court.
16
17       THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:
18       Apple's deadline to answer, move, or otherwise respond to Plaintiff's Complaint shall
19  be extended to and including March 10, 2025.

| | | |
|---|---|---|
| Dated: January 6, 2025 | WILMER CUTLER PICKERING HALE AND DORR LLP | |
| | By: | /s/ Mark D. Selwyn |
| | | MARK D. SELWYN |
| Dated: January 6, 2025 | K&L GATES LLP | |
| | By: | /s/ Erik J. Halverson |
| | | ERIK J. HALVERSON |
| | | Attorneys for Defendant |

**ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

/s/ Mark D. Selwyn

MARK D. SELWYN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

HON. JAMES DONATO
United States District Judge

CASE NO. 3:24-cv-09194-JD

4