1  RICHARD S.J. HUNG (CA SBN 197425)
   RHung@mofo.com
2  SHAELYN K. DAWSON (CA SBN 288278)
   ShaelynDawson@mofo.com
3  MEREDITH L. ANGUEIRA (CA SBN 333222)
   MAngueira@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone:    (415) 268-7000
6  Facsimile:    (415) 268-7522

7  RYAN J. MALLOY (CA SBN 253512)
   RMalloy@mofo.com
8  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
9  Los Angeles, California 90017-3543
   Telephone:    (213) 892-5200
10 Facsimile:    (213) 892-5454

11 STEPHEN LIU (CA SBN 318533)
   SLiu@mofo.com
12 AARON D. BRAY (CA SBN 327771)
   ABray@mofo.com
13 MORRISON & FOERSTER LLP
   755 Page Mill Road
14 Palo Alto, California 94304-1018
   Telephone:    (650) 813-5600
15 Facsimile:    (650) 494-0792

16 *Attorneys for Defendant*
   APPLE INC.

17

18              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20               SAN FRANCISCO DIVISION

21

22 LS CABLE & SYSTEM LTD.,                    Case No. 3:24-cv-09194-JD

23            Plaintiff,                      **APPLE INC.'S CORPORATE
                                              DISCLOSURE STATEMENT
24     v.                                     PURSUANT TO FED. R. CIV. P. 7.1
                                              AND CERTIFICATION OF
25 APPLE INC.,                                INTERESTED ENTITIES OR
                                              PERSONS PURSUANT TO CIVIL L.R.
26            Defendant.                      3-15**

27

28

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Apple Inc.

2    ("Apple") discloses that it has no parent corporation and that no publicly held corporation holds

3    10% or more of Apple's stock.

4    Pursuant to Civil Local Rule 3-15, Apple certifies that no persons, associations of persons,

5    firms, partnerships, corporations (including parent corporations), or other entities other than the

6    named parties are known to have either: (i) a financial interest of any kind in the subject matter in

7    controversy or in a party to the proceeding; or (ii) any other kind of interest that could be

8    substantially affected by the outcome of the proceeding.

9

10

11    Dated: February 24, 2025                MORRISON & FOERSTER LLP

12

13                                           By:  /s/ Shaelyn K. Dawson
                                                  Shaelyn K. Dawson
14
                                                  Attorneys for Defendant
15                                                APPLE INC.

16

17

18

19

20

21

22

23

24

25

26

27

28