RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
ShaelynDawson@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:     (415) 268-7522

RYAN J. MALLOY (CA SBN 253512)
RMalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:     (213) 892-5454

STEPHEN LIU (CA SBN 318533)
SLiu@mofo.com
AARON D. BRAY (CA SBN 327771)
ABray@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:    (650) 813-5600
Facsimile:     (650) 494-0792

*Attorneys for Defendant*
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LS CABLE & SYSTEM LTD., | Case No. 3:24-cv-09194-JD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS** |
| v. | |
| APPLE INC., | Date:  April 17, 2025 |
| | Time:  10:00 a.m. |
| Defendant. | Courtroom:  11, 19th Floor |
| | Judge:  Hon. James Donato |
| | |
| | Action Filed:  December 18, 2024 |
| | Trial Date:  None Yet Set |

Having considered the papers submitted and arguments presented in support of and opposition to Defendant Apple Inc.'s Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Court finds that Plaintiff LS Cable & System Ltd. fails to state a claim upon which relief can be granted.  It is hereby ordered that Apple Inc.'s motion is GRANTED.  The Court dismisses LS Cable & System Ltd.'s entire action against Apple with prejudice.

**IT IS SO ORDERED**.

Dated: _____, 2025          By: _____
                                               Honorable James Donato
                                               United States District Court Judge