| | |
|---|---|
| 1 | Erik J. Halverson (SBN 333492) |
|  | K&L GATES LLP |
| 2 | 4 Embarcadero Center, Suite 1200 |
|  | San Francisco, CA 94111 |
| 3 | Telephone: (415) 882-8200 |
|  | Fax: (415) 882-8220 |
| 4 | erik.halverson@klgates.com |

5  *Attorneys for Plaintiff LS Cable & System Ltd.*

6  RICHARD S.J. HUNG (CA SBN 197425)
   RHung@mofo.com
7  SHAELYN K. DAWSON (CA SBN 228278)
   ShaelynDawson@mofo.com
8  MEREDITH L. ANGUEIRA (CA SBN 333222)
   MAngueira@mofo.com
9  MORRISON & FOERSTER LLP
   425 Market Street
10 San Francisco, California 94105-2482
   T: (415) 268-7000 / F: (415) 268-7522
11
   RYAN J. MALLOY (CA SBN 253512)
12 RMalloy@mofo.com
   MORRISON & FOERSTER LLP
13 707 Wilshire Boulevard, Suite 6000
   Los Angeles, California 90017-3543
14 T: (213) 892-5200 / F: (213) 892-5454

15 *Attorneys for Defendant APPLE INC.*

16 *Additional attorneys listed on the following page

17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19
                         SAN FRANCISCO DIVISION
20

21

| | | |
|---|---|---|
| 22 | LS CABLE & SYSTEM LTD., | Case No. 3:24-cv-09194-JD |
| 23 | Plaintiff, | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| 24 | v. | |
| 25 | APPLE INC., | |
| 26 | Defendant. | |

27

28

-1-

STEPHEN LIU (CA SBN 318533)
SLiu@mofo.com
AARON D. BRAY (CA SBN 327771)
ABray@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
T: (650) 813-5600 / F: (650) 494-0792

*Attorneys for Defendant* APPLE INC.

Plaintiff LS Cable & System Ltd. ("LS Cable" or "Plaintiff") and Defendant Apple Inc. ("Apple" or "Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, submit this Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3 for U.S. Patent No. 8,013,568 (the "'568 Patent"). The asserted claims of the '568 Patent are claims 1, 3, 7–9, 11–12, 30–34, 48–50, and 52–53.

The Parties' agreed and disputed claim constructions are below.

## I.   AGREED CONSTRUCTIONS (PATENT L.R. 4-3(a))

Pursuant to Patent Local Rule 4-3(a), the Parties agree that any term not specifically identified below as disputed is presumed undisputed.

## II.   DISPUTED CONSTRUCTIONS (PATENT L.R. 4-3(b) – (c))

Pursuant to Patent L.R. 4-3(b), the Parties have been unable to come to an agreement as to the meaning of the terms in the list and table below. Further, pursuant to Patent L.R. 4-3(c), the Parties identify the two disputed claim terms, totaling three disputed constructions, as the terms whose construction will be most significant to the resolution of the case:

- Term No. 1: "at both ends"

- Term No. 2: "a microprocessor" — construction 2A (for cls. 1 and 48) and 2B (for cl. 7)

| Construction No. | Claim Language (Disputed Terms in **Bold**)  '568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| 1 | **"at both ends"**  Found in claim numbers:  '568 Patent: claims 1, 7, and 48 and claims depending from them | PROPOSED CONSTRUCTION: plain and ordinary meaning  INTRINSIC EVIDENCE: | PROPOSED CONSTRUCTION: "at the front end and at the rear end"  INTRINSIC EVIDENCE: *See, e.g.*, '568 patent – 1:19-28, 2:42-53, 3:4-11, |

| | | | |
|---|---|---|---|
| | | *See, e.g.*, '568 patent – Abstract, 1:19-28, 2:13-20, 2:33-53, 3:4-11, 3:27-40, 3:43-62, 4:17-4:37, 5:8-28, 5:30-54, 6:7-7:49, 7:50-8:8, 8:29-53, 8:54-9:47, 10:303-38; 10:55-11:12, 11:32-12:35, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 3-58; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021) at 5, 10, 13, 19-20, 23-25; Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23-28; After Final Response to Final Office Action (May 2, 2022) at 27-29, 32-51; After Final Response to Final Office Action (May 23, 2022) at 27-29, 32-51; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82. | 3:43-62, 4:17-4:37, 5:8-28, 5:30-54, 6:7-7:49, 7:50-8:8, 8:29-53, 8:54-9:47, 10:55-11:12, 11:32-12:35, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 2-58; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021) at 5, 10, 13, 19-20, 23-25; Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23-28; After Final Response to Final Office Action (May 2, 2022) at 27-29, 32-51; After Final Response to Final Office Action (May 23, 2022) at 27-29, 32-51; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.<br><br>For all claim terms, Apple may rely on the claim language as a whole as evidence of its proposed constructions, |

| | | | | |
|---|---|---|---|---|
| | | | EXTRINSIC EVIDENCE: The Parties mutually have agreed to not present expert testimony or rely on expert reports at the claim construction phase. | whether or not explicitly stated. EXTRINSIC EVIDENCE: The Parties mutually have agreed to not present expert testimony or rely on expert reports at the claim construction phase. |
| | 2A | "a microprocessor" Found in claim numbers: '568 Patent: claims 1 and 48 and claims depending from them | PROPOSED CONSTRUCTION: plain and ordinary meaning INTRINSIC EVIDENCE: *See, e.g.*, '568 patent – 4:28-63, 6:28-39, 7:17-22, 7:33-63, 8:32-53, 8:60-9:44, 10:1-13, 10:39-11:18, 11:32-51, 11:52-12:17, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 3-58 of the reexamination certificate; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for | PROPOSED CONSTRUCTION: "one microprocessor that performs both the monitoring of both the detected voltages and also the transmitting a monitoring result" INTRINSIC EVIDENCE: *See, e.g.*, '568 patent – 7:17-22, 7:33-63, 8:32-53, 8:60-9:44, 10:1-13, 10:39-11:18, 11:32-51, 11:52-12:17, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 2-58; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021); Response to Non-Final Office Action |

| | | | | |
|---|---|---|---|---|
| | | | Supplemental Examination (March 21, 2021); Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23- 28; After Final Response to Final Office Action (May 2, 2022) at 24-25, 27-29, 32- 33; After Final Response to Final Office Action (May 23, 2022) at 25-26, 27-29, 32- 33; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.<br><br>EXTRINSIC EVIDENCE: The Parties mutually have agreed to not present expert testimony or rely on expert reports at the claim construction phase. | (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23- 28; After Final Response to Final Office Action (May 2, 2022) at 24-25, 27-29, 32- 33; After Final Response to Final Office Action (May 23, 2022) at 25-26, 27-29, 32- 33; Second After Final Response to Final Office Action (August 16, 2022) at 23- 58; and Appeal Brief (October 26, 2022) at 1-82.<br><br>EXTRINSIC EVIDENCE: The Parties mutually have agreed to not present expert testimony or rely on expert reports at the claim construction phase. |
| 2B | "a microprocessor"<br><br>Found in claim numbers:<br><br>'568 Patent: claim 7 and claims depending from them | | PROPOSED CONSTRUCTION: plain and ordinary meaning<br><br>INTRINSIC EVIDENCE: *See, e.g.*, '568 patent – 4:28-63, 6:28-39, 7:17-22, 7:33-63, 8:32-53, 8:60-9:44, 10:1-13, 10:39-11:18, 11:32-51, | PROPOSED CONSTRUCTION: "one microprocessor that performs both the monitoring of both voltages and also the wirelessly transmitting a monitoring result"<br><br>INTRINSIC EVIDENCE: *See, e.g.*, '568 patent – 7:17-22, 7:33-63, 8:32-53, 8:60-9:44, 10:1-13, 10:39-11:18, 11:32-51, 11:52-12:17, 12:36-42, |

| | | | |
|---|---|---|---|
| | | 11:52-12:17, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 3-58 of the reexamination certificate; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021); Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23- 28; After Final Response to Final Office Action (May 2, 2022) at 24-25, 27-29, 32- 33; After Final Response to Final Office Action (May 23, 2022) at 25-26, 27-29, 32- 33; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.<br><br>EXTRINSIC EVIDENCE: The Parties mutually have agreed to not present expert testimony or rely on expert reports | 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 2-58; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021); Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23- 28; After Final Response to Final Office Action (May 2, 2022) at 24-25, 27-29, 32- 33; After Final Response to Final Office Action (May 23, 2022) at 25-26, 27-29, 32- 33; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.<br><br>EXTRINSIC EVIDENCE: The Parties mutually have agreed to not present expert testimony or rely on expert reports at the claim construction phase. |

| | | at the claim construction phase. | |
|---|---|---|---|

### III. ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING (PATENT L.R. 4-3(d)

Pursuant to Patent L.R. 4-3(d), the Parties provide their respective anticipated length of time necessary for the Claim Construction Hearing:

- LS Cable anticipates that no more than thirty (30) minutes will be required for the Claim Construction Hearing, with each side being allotted fifteen (15) minutes.
- Apple anticipates that no more than sixty (60) minutes will be required for the Claim Construction Hearing, with each side being allotted thirty (30) minutes.

### IV. PARTIES' USE OF WITNESSES FOR CLAIM CONSTRUCTION (PATENT L.R. 4-3(e))

Pursuant to Patent L.R. 4-3(e), the Parties have mutually agreed to forego the use of experts or witnesses for claim construction. Accordingly, neither LS Cable nor Apple proposes calling a witness at the Claim Construction Hearing. If the Court requests a technology tutorial, the Parties may ask one or more experts or other witnesses to make the presentation, in view of the Court's strong preference for individuals other than counsel to present at the tutorial.

### V. IDENTIFICATION OF FACTUAL FINDINGS (PATENT L.R. 4-3(f)

Neither party requests that the Court make any factual findings related to claim construction.

| | | |
|---|---|---|
| 1 | Dated: July 31, 2025 | Respectfully submitted, |

By: */s/ Erik J. Halverson*
Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Fax: (415) 882-8220
erik.halverson@klgates.com

Jason A. Engel (*pro hac vice*)
Devon C. Beane (*pro hac vice*)
Rebekah Hill (*pro hac vice*)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jason.engel@klgates.com
devon.beane@klgates.com
rebekah.hill@klgates.com

*Attorneys for Plaintiff LS Cable & System Ltd.*

Dated: July 31, 2025                MORRISON & FOERSTER LLP

By:  */s/ Shaelyn K. Dawson*

RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
SHAELYN K. DAWSON (CA SBN 228278)
ShaelynDawson@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
T: (415) 268-7000 / F: (415) 268-7522

RYAN J. MALLOY (CA SBN 252512)
RMalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
T: (213) 892-5200 / F: (213) 892-5454

STEPHEN LIU (CA SBN 318533)
SLiu@mofo.com
AARON D. BRAY (CA SBN 327771)
ABray@mofo.com
MORRISON & FOERSTER LLP

755 Page Mill Road
Palo Alto, California 94304-1018
T: (650) 813-5600 / F: (650) 494-0792

*Attorneys for Defendant APPLE INC.*

-10-

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT
CASE NO. 3:24-CV-09194-JD