UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LS CABLE & SYSTEM LTD.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | Case No.   3:24-cv-09194-JD<br><br>**PATENT LOCAL RULE 3-10 CERTIFICATION** |

Each of the undersigned counsel certifies that the Patent L.R. 3-10 damages contention meeting occurred consistent with the requirements set forth in Patent L.R. 3-10 on the date(s) and with the participation of the persons set forth below.

Date of meeting: __October 20, 2025__

Participants (continue list of participants on a separate sheet if necessary):

1. __Erik Halverson__        ☑ Attorney   ☐ Client representative
2. __Rebekah Hill__          ☑ Attorney   ☐ Client representative
3. __Shaelyn Dawson__        ☑ Attorney   ☐ Client representative
4. __Stephen Liu__           ☑ Attorney   ☐ Client representative

We certify that the above information is true and correct.

DATED: __October 20, 2025__   __/s/ Erik Halverson__
　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: __October 20, 2025__   __/s/ Shaelyn Dawson__
　　　　　　　　　　　　　　　　Attorney for Defendant

Participants continued:

| Name | |
|---|---|
| Yun Seop Ghil | ☐ Attorney ☒ Client representative |
| Jae Yong Song | ☐ Attorney ☒ Client representative |
| Won Woo Kim | ☐ Attorney ☒ Client representative |
| Monica De Lazzari | ☐ Attorney ☒ Client representative |
| Charu Shukla | ☐ Attorney ☒ Client representative |