RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
ShaelynDawson@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
TANNYR M. PASVANTIS (CA SBN 353511)
tpasvantis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

RYAN J. MALLOY (CA SBN 253512)
RMalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:     (213) 892-5454

STEPHEN LIU (CA SBN 318533)
SLiu@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:     (650) 813-5600
Facsimile:     (650) 494-0792

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LS CABLE & SYSTEM LTD., | Case No. 3:24-cv-09194-JD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |
| v. | |
| APPLE INC., | Hon. James Donato |
| Defendant. | Action Filed:  December 18, 2024<br>Trial Date:  None Yet Set |

Having considered the papers submitted and arguments presented in support of and opposition to Defendant Apple Inc.'s Motion for Leave to Amend Invalidity Contentions, the Court finds that good cause exists for Apple's proposed amendments.  It is hereby ordered that the Motion is GRANTED.  Apple may amend its invalidity contentions to include the amended Exhibits A-16, A-17, and A-18 that it served on Plaintiff LS Cable & System Ltd. on July 25 and September 12.

**IT IS SO ORDERED**.

Dated: _____, 2025           By: _____
                                              Honorable James Donato
                                              United States District Court Judge