Erik J. Halverson (SBN 333492)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8238
Fax: (415) 882-8220
erik.halverson@klgates.com

Jason A. Engel (*pro hac vice*)
Rebekah Hill (*pro hac vice*)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jason.engel@klgates.com
rebekah.hill@klgates.com

*Attorneys for Plaintiff LS Cable & System Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LS CABLE & SYSTEM LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:24-cv-09194-JD <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF LS CABLE & SYSTEM LTD.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** <br><br> Date: December 11, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 11, 19th Floor <br> Judge: Hon. James Donato |

Pending before the Court is Plaintiff LS Cable & System Ltd.'s Motion for Leave to Amend Infringement Contentions ("Motion"). Having considered the Motion, any opposition and reply thereto, arguments of counsel, and/or other materials of record in this action, the Court finds that the Motion is hereby GRANTED. LS Cable may amend its infringement contentions to assert Claims 54, 55, 56, and 58 and to add citations to additional evidence, as reflected in the chart LS Cable provided to Defendant Apple on October 3, 2025.

**IT IS SO ORDERED.**

Dated: _____ , 2025

_____
Honorable James Donato
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-09194-JD
[PROPOSED] ORDER GRANTING LS CABLE'S MOTION FOR LEAVE