RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
shaelyndawson@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
mangueira@mofo.com
TANNYR M. PASVANTIS (CA SBN 353511)
tpasvantis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

RYAN J. MALLOY (CA SBN 253512)
rmalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

STEPHEN LIU (CA SBN 318533)
sliu@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:    (650) 813-5600
Facsimile:    (650) 494-0792

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LS CABLE & SYSTEM LTD.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:24-cv-09194-JD<br><br>**DECLARATION OF STEPHEN LIU IN SUPPORT OF APPLE INC.'S OPPOSITION TO LS CABLE & SYSTEM LTD.'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS**<br><br>Date: December 11, 2025<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Fl<br>Judge: Hon. James Donato |

I, Stephen Liu, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I am also counsel for Defendant Apple Inc. ("Apple") in the above captioned matter. I make this declaration in support of Apple's Opposition to LS Cable & System Ltd.'s ("LS Cable") Motion for Leave to Amend Infringement Contentions ("Motion"), based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email chain between counsel for LS Cable and counsel for Apple, dated between July 25, 2025 and October 20, 2025.

3. Attached hereto as **Exhibit B** is a redacted version of a true and correct copy of a claim chart sent by LS Cable to Apple on October 3, 2025. The chart LS Cable provided was a redline of the proposed amended chart against the original claim chart LS Cable served on April 3, 2025. The redlines reflected in Exhibit B are therefore the original redlines LS Cable sent to Apple. The redactions reflected in Exhibit B, on the other hand, have been applied by Apple to protect its confidential information, the precise content of which is not at issue for the Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of November, 2025 in Mountain View, California.

*/s/ Stephen Liu*
Stephen Liu

**ATTESTATION OF E-FILED SIGNATURE**

I, Shaelyn K. Dawson, am the ECF User whose ID and password are being used to file this Declaration of Stephen Liu in Support of Apple Inc.'s Opposition to Motion for Leave to Amend Infringement Contentions. Pursuant to Civil Local Rule 5(i)(3), I hereby attest that Stephen Liu has concurred in this filing.

/s/ Shaelyn K. Dawson
Shaelyn K. Dawson