# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 11, 2025     Judge: Hon. James Donato

Time: 11 Minutes

Case No.   **3:24-cv-09194-JD**
Case Name   **LS Cable & System Ltd. v. Apple Inc.**

Attorney(s) for Plaintiff(s):   Erik Halverson/Rebekah Hill
Attorney(s) for Defendant(s):   Shaelyn Dawson/Stephen Liu

Deputy Clerk: Lisa R. Clark     Court Reporter: Stephen Franklin

## PROCEEDINGS

Motion Hearing -- Held

## NOTES AND ORDERS

Apple's objection to LS Cable's technical expert Dr. Byoung-Hee Lee and his access to Protected Material, Dkt. Nos. 47, 49, is overruled. Apple has failed to establish good cause for its withholding of consent under the terms of the parties' Agreed Protective Order.

For Apple's pending petition for inter partes review of the '568 patent, the parties are directed to immediately advise the Court once the PTAB has issued a decision on the petition.

LS Cable's motion for leave to amend its infringement contentions is granted. Dkt. No. 53. LS Cable may file its amended infringement contentions by February 5, 2026.

Apple's unopposed motion for leave to amend its invalidity contentions is also granted. Dkt. No. 52. Apple is directed to file its amended invalidity contentions within 21 days of the filing of LS Cable's amended infringement contentions.

The parties are directed to make a further proposal for the remaining case schedule after the PTAB's IPR decision and the amendment of the parties' infringement and invalidity contentions. The parties may propose to file new claim construction briefs if warranted.