ERIK J. HALVERSON (CA SBN 333492)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone:     (415) 882-8238
Facsimile:     (415) 882-8220
erik.halverson@klgates.com

JASON A. ENGEL (*pro hac vice*)
REBEKAH HILL (*pro hac vice)*
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone:     (312) 372-1121
Facsimile:     (312) 827-8000
jason.engel@klgates.com
rebekah.hill@klgates.com

*Attorneys for Plaintiff*
LS CABLE & SYSTEM LTD.

RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
ShaelynDawson@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
TANNYR M. PASVANTIS (CA SBN 353511)
TPasvantis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

RYAN J. MALLOY (CA SBN 253512)
RMalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:     (213) 892-5454

STEPHEN LIU (CA SBN 318533)
SLiu@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:     (650) 813-5600
Facsimile:     (650) 494-0792

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LS CABLE & SYSTEM LTD., | Case No. 3:24-cv-09194-JD |
| Plaintiff, | **JOINT STIPULATION TO ENLARGE TIME FOR APPLE TO RESPOND TO COMPLAINT** |
| v. | |
| APPLE INC., | Courtroom:  11, 19th Floor |
| Defendant. | Judge:  Hon. James Donato |

JOINT STIPULATION TO ENLARGE TIME FOR APPLE TO RESPOND TO COMPLAINT
CASE NO. 3:24-CV-09194-JD

Plaintiff LS Cable & System Ltd. ("LS Cable") and Defendant Apple Inc. ("Apple") hereby stipulate and respectfully request that the Court extend Apple's deadline to answer the Complaint (ECF No. 1) by twenty-one (21) days from December 29, 2025 (pursuant to Federal Rule of Civil Procedure 12(a)(4)(A)) to **January 19, 2026**.  This stipulated extension is permissible without the need for a Court order under Civil L.R. 6-1(a), as this change will not alter the date of any event or deadline already fixed by Court order.

Dated: December 19, 2025

K&L GATES LLP                                    MORRISON & FOERSTER LLP


By: */s/ Erik J. Halverson*                      By: */s/ Shaelyn K. Dawson*
    Erik J. Halverson                                Shaelyn K. Dawson

    *Attorney for Plaintiff*                        *Attorney for Defendant*
    LS CABLE & SYSTEM LTD.                           APPLE INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Shaelyn K. Dawson, am the ECF User whose ID and Password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Halverson has concurred in this filing.


Dated:  December 19, 2025                              /s/ Shaelyn K. Dawson
                                                      Shaelyn K. Dawson