ERIK J. HALVERSON (CA SBN 333492)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone:     (415) 882-8238
Facsimile:     (415) 882-8220
erik.halverson@klgates.com

JASON A. ENGEL (*pro hac vice*)
REBEKAH HILL (*pro hac vice)*
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone:     (312) 372-1121
Facsimile:     (312) 827-8000
jason.engel@klgates.com
rebekah.hill@klgates.com

*Attorneys for Plaintiff*
LS CABLE & SYSTEM LTD.

RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
ShaelynDawson@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
TANNYR M. PASVANTIS (CA SBN 353511)
TPasvantis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

RYAN J. MALLOY (CA SBN 253512)
RMalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:     (213) 892-5454

STEPHEN LIU (CA SBN 318533)
SLiu@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:     (650) 813-5600
Facsimile:     (650) 494-0792

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LS CABLE & SYSTEM LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:24-cv-09194-JD <br><br> **JOINT NOTICE REGARDING DENIAL OF INSTITUTION OF INTER PARTES REVIEW** <br><br> Courtroom:  11, 19th Floor <br> Judge:  Hon. James Donato |

Plaintiff LS Cable & System Ltd. ("LS Cable") and Defendant Apple Inc. ("Apple") hereby provide notice that on December 23, 2025 the United States Patent and Trademark Office declined to institute IPR of the sole patent asserted in this action. Per the Court's instruction, the parties expect to submit an updated proposed schedule for the remaining deadlines in the case after amendment of the parties' infringement and invalidity contentions.

Dated: December 31, 2025

K&L GATES LLP

Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ Erik J. Halverson*
　　Erik J. Halverson

*Attorney for Plaintiff*
LS CABLE & SYSTEM LTD.

By: */s/ Shaelyn K. Dawson*
　　Shaelyn K. Dawson

*Attorney for Defendant*
APPLE INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Erik J. Halverson, am the ECF User whose ID and Password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for Apple, Shaelyn Dawson, has concurred in this filing.


Dated: December 31, 2025                    /s/ Erik J. Halverson
                                            Erik J. Halverson