United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LS CABLE & SYSTEM LTD.,
Plaintiff,

v.

APPLE INC.,
Defendant.

Case No. 24-cv-09194-JD

**SCHEDULING ORDER**

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Amended Infringement Contentions | February 5, 2026 |
| Amended Invalidity Contentions | February 26, 2026 |
| Amended Patent L.R. 4-1 Exchange Terms for Construction | February 19, 2026 |
| Amended Patent L.R. 4-2 Exchange Preliminary Constructions and Extrinsic Evidence | March 10, 2026 |
| Amended Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement | March 24, 2026 |
| Amended Patent L.R. 4-5(a) Plaintiff's Opening Claim Construction Brief | April 7, 2026 |
| Amended Patent L.R. 4-5(b) Defendant's Responsive Claim Construction Brief | April 28, 2026 |

| Event | Deadline |
|---|---|
| Amended Patent L.R. 4-5(c) Plaintiff's Reply Brief | May 5, 2026 |
| Amended, Final Joint Claim Construction Statement | May 5, 2026 |
| Patent L.R. 4-6 Claim Construction Hearing | TBD |
| Patent L.R. 3-7 Disclosures | 30 days after service by the Court of its Claim Construction Ruling |
| Completion of Fact Discovery | October 2, 2026 |
| Opening Expert Report on Issues as to which Party Bears the Burden of Proof | November 6, 2026 |
| Responsive Expert Reports | December 11, 2026 |
| Completion of Expert Discovery | January 15, 2027 |
| Deadline to File Summary Judgment & Daubert Motions | February 12, 2027 |
| Deadline to File Responsive Briefs to Summary Judgment & Daubert Motions | March 5, 2027 |
| Deadline to File Reply Briefs to Summary Judgment & Daubert Motions | March 12, 2027 |
| SJ & Daubert Hearing | TBD |
| Exchange Deposition and Discovery Response Designations | The parties will meet and confer in advance of trial to streamline preparations. |
| Exchange Exhibits and Exhibit List | The parties will meet and confer in advance of trial to streamline preparations. |
| Exchange Counter-Designations and Objections to Deposition and Discovery Response Designations | The parties will meet and confer in advance of trial to streamline preparations. |
| Exchange Objections to Exhibit List | The parties will meet and confer in advance of trial to streamline preparations. |

United States District Court
Northern District of California

| Event | Deadline |
|---|---|
| Exchange Witness Lists | The parties will meet and confer in advance of trial to streamline preparations. |
| Exchange Motions in Limine | The parties will meet and confer in advance of trial to streamline preparations. |
| Pretrial Filings | June 10, 2027 |
| Pretrial Conference | June 24, 2027, 1:30 PM |
| Jury Trial | July 12, 2027, 9:00 AM |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: February 5, 2026

JAMES DONATO
United States District Judge