Erik J. Halverson (SBN 333492)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone:    (415) 882-8200
Facsimile:    (415) 882-8220
erik.halverson@klgates.com

Jason A. Engel (*pro hac vice*)
Rebekah Hill (*pro hac vice*)
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, Illinois 60602
Telephone:    (312) 372-1121
Facsimile:    (312) 827-8000
jason.engel@klgates.com
rebekah.hill@klgates.com

*Attorneys for Plaintiff*
LS CABLE & SYSTEM LTD.

RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
ShaelynDawson@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
TANNYR M. PASVANTIS (CA SBN 353511)
TPasvantis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

RYAN J. MALLOY (CA SBN 253512)
RMalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LS CABLE & SYSTEM LTD., | Case No. 3:24-cv-09194-JD |
| Plaintiff, | **JOINT CLAIM CONSTRUCTION STATEMENT** |
| v. | |
| APPLE INC., | Judge: Hon. James Donato |
| Defendant. | |

Plaintiff LS Cable & System Ltd. ("LS Cable" or "Plaintiff") and Defendant Apple Inc. ("Apple" or "Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, submit this Joint Claim Construction Statement pursuant to Patent Local Rule 4-3 for U.S. Patent No. 8,013,568 (the "'568 Patent").  The asserted claims of the '568 Patent are claims 1, 3, 7–9, 11–12, 30–34, 48–50, 52–56, and 58.

The Parties' agreed and disputed claim constructions are below.

## I. AGREED CONSTRUCTIONS (PATENT L.R. 4-3(a))

Pursuant to Patent Local Rule 4-3(a), the Parties agree that any term not specifically identified below as disputed is presumed undisputed.

## II. DISPUTED CONSTRUCTIONS (PATENT L.R. 4-3(b) – (c))

Pursuant to Patent L.R. 4-3(b), the Parties have been unable to come to an agreement as to the meaning of the terms in the list and table below.  Further, pursuant to Patent L.R. 4-3(c), the Parties identify the six disputed claim terms, totaling seven disputed constructions, as the terms whose construction will be most significant to the resolution of the case.  Apple's position is that, if Apple's proposed constructions are adopted, all disputed claim terms are claim dispositive, and that the terms "at both ends," "monitoring result," and "an overvoltage monitoring unit for monitoring voltages at both ends of the constant voltage/constant current supplier and transmitting a monitoring result to the external contact-less charging device by means of wireless communication" (pre-reexamination claims) are case dispositive.  Plaintiff disagrees with Apple's position as to the claim and case dispositive nature of the terms.

- Term No. 1: "at both ends"
- Term No. 2: "a microprocessor" — construction 2A (for cls. 1 and 48), 2B (for cl. 7), and 2C (for cl. 58)
- Term No. 3: "an overvoltage monitoring unit for monitoring voltages at both ends of the constant voltage/constant current supplier and transmitting a monitoring result to the external contact-less charging device by means of wireless communication"
- Term No. 4: "an overvoltage monitoring unit detecting first and second voltages at both ends of the constant voltage/constant current supplier, monitoring the detected voltages at

both ends of the constant voltage/constant current supplier and transmitting a monitoring result to the external contact-less charging device by means of wireless communication"

- Term No. 5: "an overvoltage monitoring unit"
- Term No. 6: "monitoring result"

| Construction No. | Claim Language (Disputed Terms in **Bold**)  '568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| 1 | **"at both ends"**  Found in claim numbers:  '568 Patent: claims 1, 7, 48, 54, 55, 56, 58 and claims depending from them | PROPOSED CONSTRUCTION: plain and ordinary meaning  INTRINSIC EVIDENCE: *See, e.g.*, '568 patent – Abstract, 1:19-28, 2:13-20, 2:33-53, 3:4-11, 3:27-40, 3:43-62, 4:17-4:37, 5:8-28, 5:30-54, 6:7-7:49, 7:50-8:8, 8:29-53, 8:54-9:47, 10:303-38; 10:55-11:12, 11:32-12:35, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 3-58; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021) at 5, 10, 13, 19-20, 23-25; Response to Non-Final Office Action | PROPOSED CONSTRUCTION: "at the front end and at the rear end"  INTRINSIC EVIDENCE: *See, e.g.*, '568 patent – 1:19-28, 2:42-53, 3:4-11, 3:43-62, 4:17-4:37, 5:8-28, 5:30-54, 6:7-7:49, 7:50-8:8, 8:29-53, 8:54-9:47, 10:55-11:12, 11:32-12:35, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1-58  Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March |

| Construction No. | Claim Language (Disputed Terms in **Bold**) ’568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | | (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23-28; After Final Response to Final Office Action (May 2, 2022) at 27-29, 32-51; After Final Response to Final Office Action (May 23, 2022) at 27-29, 32-51; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.<br><br>EXTRINSIC EVIDENCE:<br>LS Cable does not intend to rely on extrinsic evidence to support its position that each claim term should be given its plain and ordinary meaning, but reserves its right to rely on any extrinsic evidence proffered by Apple.[1] | 12, 2021) at 5, 10, 13, 19-20, 23-25; Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action (September 29, 2021) at 23-28; After Final Response to Final Office Action (May 2, 2022) at 27-29, 32-51; After Final Response to Final Office Action (May 23, 2022) at 27-29, 32-51; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.<br><br>EXTRINSIC EVIDENCE:<br>If LS Cable relies on expert testimony, Apple may rely on an expert to testify to the meaning of this term as understood by one of skill in the art in view of the intrinsic and extrinsic evidence. |
| 2A | **"a microprocessor"** | PROPOSED CONSTRUCTION: | PROPOSED CONSTRUCTION: |

---

[1] For the Parties' initial claim construction proceedings—reflected in the July 31, 2025 filing of the joint claim construction chart (Dkt. No. 39)—the Parties agreed to not present expert testimony or rely on expert reports for any term at the initial claim construction phase.

| Construction No. | Claim Language (Disputed Terms in **Bold**)<br><br>'568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | Found in claim numbers:<br><br>'568 Patent: claims 1 and 48 and claims depending from them | plain and ordinary meaning<br><br>INTRINSIC EVIDENCE:<br>'568 patent – 4:28-63, 6:28-39, 7:17-22, 7:33-63, 8:32-53, 8:60-9:44, 10:1-13, 10:39-11:18, 11:32-51, 11:52-12:17, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 3-58 of the reexamination certificate; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021); Response to Non-Final Office Action | "one microprocessor that performs both the monitoring of both the detected voltages and also the transmitting a monitoring result"<br><br>INTRINSIC EVIDENCE:<br>*See, e.g.*, '568 patent – 7:17-22, 7:33-63, 8:32-53, 8:60-9:44, 10:1-13, 10:39-11:18, 11:32-51, 11:52-12:17, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1-58<br><br>Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 12, 2021); Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action (September 29, 2021) |

| Construction No. | Claim Language (Disputed Terms in **Bold**) '568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | | (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23- 28; After Final Response to Final Office Action (May 2, 2022) at 24-25, 27-29, 32- 33; After Final Response to Final Office Action (May 23, 2022) at 25-26, 27-29, 32- 33; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1- 82. EXTRINSIC EVIDENCE: LS Cable does not intend to rely on extrinsic evidence to support its position that each claim term should be given its plain and ordinary meaning, but reserves its right to rely on any extrinsic evidence proffered by Apple. | at 23-28; After Final Response to Final Office Action (May 2, 2022) at 24-25, 27-29, 32-33; After Final Response to Final Office Action (May 23, 2022) at 25-26, 27-29, 32-33; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82. EXTRINSIC EVIDENCE: If LS Cable relies on expert testimony, Apple may rely on an expert to testify to the meaning of this term as understood by one of skill in the art in view of the intrinsic and extrinsic evidence. |
| 2B | **"a microprocessor"** Found in claim numbers: '568 Patent: claim 7 and claims depending from them | PROPOSED CONSTRUCTION: plain and ordinary meaning INTRINSIC EVIDENCE: *See, e.g.*, '568 patent – 4:28-63, 6:28-39, 7:17-22, 7:33-63, 8:32-53, | PROPOSED CONSTRUCTION: "one microprocessor that performs both the monitoring of both voltages and also the wirelessly transmitting a monitoring result" |

| Construction No. | Claim Language (Disputed Terms in **Bold**)  '568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | | 8:60-9:44, 10:1-13, 10:39-11:18, 11:32-51, 11:52-12:17, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 3-58 of the reexamination certificate; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021); Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23- 28; After Final Response to Final Office Action (May 2, 2022) at 24-25, 27-29, 32- 33; After Final Response to Final Office Action (May 23, 2022) at 25-26, 27-29, 32- 33; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1- 82. | INTRINSIC EVIDENCE: *See, e.g.*, '568 patent – 7:17-22, 7:33-63, 8:32-53, 8:60-9:44, 10:1-13, 10:39-11:18, 11:32-51, 11:52-12:17, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1-58 Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 12, 2021); Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action (September 29, 2021) at 23-28; After Final Response to Final Office Action (May 2, 2022) at 24-25, 27-29, 32-33; |

| Construction No. | Claim Language (Disputed Terms in **Bold**)<br><br>'568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
|  |  | EXTRINSIC EVIDENCE:<br>LS Cable does not intend to rely on extrinsic evidence to support its position that each claim term should be given its plain and ordinary meaning, but reserves its right to rely on any extrinsic evidence proffered by Apple. | After Final Response to Final Office Action (May 23, 2022) at 25-26, 27-29, 32-33; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.<br><br>EXTRINSIC EVIDENCE:<br>If LS Cable relies on expert testimony, Apple may rely on an expert to testify to the meaning of this term as understood by one of skill in the art in view of the intrinsic and extrinsic evidence. |
| 2C | **"a microprocessor"**<br><br>Found in claim numbers:<br><br>'568 Patent: claim 58 | PROPOSED CONSTRUCTION: plain and ordinary meaning<br><br>INTRINSIC EVIDENCE:<br>*See, e.g.*, '568 patent – 4:28-63, 6:28-39, 7:17-22, 7:33-63, 8:32-53, 8:60-9:44, 10:1-13, 10:39-11:18, 11:32-51, 11:52-12:17, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 3-58 of the | PROPOSED CONSTRUCTION: "one microprocessor that performs both the monitoring of both voltages and also the transmitting a monitoring result"<br><br>INTRINSIC EVIDENCE:<br>*See, e.g.*, '568 patent – 7:17-22, 7:33-63, 8:32-53, 8:60-9:44, 10:1-13, 10:39-11:18, 11:32-51, 11:52-12:17, 12:36- |

| Construction No. | Claim Language (Disputed Terms in **Bold**) <br><br> '568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | | reexamination certificate; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021); Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23- 28; After Final Response to Final Office Action (May 2, 2022) at 24-25, 27-29, 32- 33; After Final Response to Final Office Action (May 23, 2022) at 25-26, 27-29, 32- 33; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1- 82. <br><br> EXTRINSIC EVIDENCE: LS Cable does not intend to rely on extrinsic evidence to support its position that each claim term should | 42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1-58 Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 12, 2021); Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action (September 29, 2021) at 23-28; After Final Response to Final Office Action (May 2, 2022) at 24-25, 27-29, 32-33; After Final Response to Final Office Action (May 23, 2022) at 25-26, 27- 29, 32-33; Second After Final Response to Final Office Action |

| Construction No. | Claim Language (Disputed Terms in **Bold**)  '568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | | be given its plain and ordinary meaning, but reserves its right to rely on any extrinsic evidence proffered by Apple. | (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.  EXTRINSIC EVIDENCE: If LS Cable relies on expert testimony, Apple may rely on an expert to testify to the meaning of this term as understood by one of skill in the art in view of the intrinsic and extrinsic evidence. |
| 3 | "**an overvoltage monitoring unit for monitoring voltages at both ends of the constant voltage/constant current supplier and transmitting a monitoring result to the external contact-less charging device by means of wireless communication**"  '568 patent, independent pre-reexamination claims 1, 7, 21 and claims depending from them | PROPOSED CONSTRUCTION: plain and ordinary  INTRINSIC EVIDENCE: '568 patent – Abstract, 1:19-28, 2:13-20, 2:33-53, 3:4-11, 3:27-40, 3:43-62, 4:17-4:37, 5:8-28, 5:30-54, 6:7-7:49, 7:50-8:8, 8:29-53, 8:54-9:47, 10:303-38; 10:55-11:12, 11:32-12:35, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 3-58; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including | PROPOSED CONSTRUCTION: Means-plus-function term under 35 U.S.C. § 112(6).  Function:  Monitoring for overvoltages at both ends of the voltage/constant current supplier and transmitting a monitoring result to the external contact-less charging device by means of wireless communication  Corresponding Structure: |

| Construction No. | Claim Language (Disputed Terms in **Bold**) '568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | | without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021) at 5, 10, 13, 19-20, 23-25; Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23-28; After Final Response to Final Office Action (May 2, 2022) at 27-29, 32-51; After Final Response to Final Office Action (May 23, 2022) at 27-29, 32-51; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.<br><br>EXTRINSIC EVIDENCE:<br>LS Cable does not intend to rely on extrinsic evidence to support its position that each claim term should be given its plain and ordinary meaning, but reserves its right to rely on any extrinsic evidence proffered by Apple. | Monitoring…: two voltage detectors and a microprocessor<br><br>Transmitting…: a 10–15MHz modulator, a photo coupler, and an antenna<br><br>INTRINSIC EVIDENCE:<br>*See, e.g.*, '568 patent – 1:19-28, 2:33-53, 3:4-11, 3:27-39; 3:43-62, 4:17-52, 4:64-67, 5:8-54, 6:7-7:49, 7:50-8:8, 8:29-9:47, 10:1-17, 10:33-44, 10:55-11:22, 11:32-12: 42, 12:46-52, FIGs. 1, 3, 4, 5; claims 1-24 (as originally issued) and claims 1-58.<br><br>Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 12, 2021) at 5-7, 10, 13, 16, 19-20, 23-25; |

| Construction No. | Claim Language (Disputed Terms in **Bold**)<br><br>'568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | | | Response to Non-Final Office Action (August 30, 2021) at 13-20; Response to Non-Final Office Action (September 29, 2021) at 4-5, 14-16, 23-32; After Final Response to Final Office Action (May 2, 2022) at 24-29, 32-51; After Final Response to Final Office Action (May 23, 2022) at 23-29, 32-51; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.<br><br>EXTRINSIC EVIDENCE:<br>Apple will rely on expert testimony from Dr. Phinney. Dr. Phinney will testify as to the meaning of this claim term to one of ordinary skill in the art and the accuracy of Apple's proposed construction based on the claim language, specification, file history (including the file history of the reexamination), prior art references, extrinsic evidence, and industry knowledge. |

| Construction No. | Claim Language (Disputed Terms in **Bold**) '568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| 4 | "**an overvoltage monitoring unit detecting first and second voltages at both ends of the constant voltage/constant current supplier, monitoring the detected voltages at both ends of the constant voltage/constant current supplier and transmitting a monitoring result to the external contact-less charging device by means of wireless communication**" '568 patent, independent post-reexamination claim 56) | PROPOSED CONSTRUCTION: plain and ordinary INTRINSIC EVIDENCE: 568 patent – Abstract, 1:19-28, 2:13-20, 2:33-53, 3:4-11, 3:27-40, 3:43-62, 4:17-4:37, 5:8-28, 5:30-54, 6:7-7:49, 7:50-8:8, 8:29-53, 8:54-9:47, 10:303-38; 10:55-11:12, 11:32-12:35, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 3-58; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021) at 5, 10, 13, 19-20, 23-25; Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23-28; After Final Response to Final Office Action (May 2, 2022) at 27-29, 32-51; After | PROPOSED CONSTRUCTION: Means-plus-function term under 35 U.S.C. § 112(6). Function: Detecting and monitoring for overvoltages at both ends of the voltage/constant current supplier and transmitting a monitoring result to the external contact-less charging device by means of wireless communication Corresponding Structure: Detecting and monitoring…: two voltage detectors and a microprocessor Transmitting…: a 10-15MHz modulator, a photo coupler, and an antenna INTRINSIC EVIDENCE: *See, e.g.*, '568 patent – 1:19-28, 2:33-53, 3:4-11, 3:27-39; 3:43-62, 4:17-52, 4:64-67, 5:8-54, 6:7-7:49, 7:50-8:8, 8:29-9:47, 10:1-17, |

| Construction No. | Claim Language (Disputed Terms in **Bold**)  '568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | | Final Response to Final Office Action (May 23, 2022) at 27-29, 32-51; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.  EXTRINSIC EVIDENCE: LS Cable does not intend to rely on extrinsic evidence to support its position that each claim term should be given its plain and ordinary meaning, but reserves its right to rely on any extrinsic evidence proffered by Apple. | 10:33-44, 10:55-11:22, 11:32-12: 42, 12:46-52, FIGs. 1, 3, 4, 5; claims 1-24 (as originally issued) and claims 1-58.  Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 12, 2021) at 5-7, 10, 13, 16, 19-20, 23-25; Response to Non-Final Office Action (August 30, 2021) at 13-20; Response to Non-Final Office Action (September 29, 2021) at 4-5, 14-16, 23-32; After Final Response to Final Office Action (May 2, 2022) at 24-29, 32-51; After Final Response to Final Office Action (May 23, 2022) at 23-29, 32-51; Second After Final Response to Final Office Action (August |

| Construction No. | Claim Language (Disputed Terms in **Bold**) <br><br> '568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | | | 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82. <br><br> EXTRINSIC EVIDENCE: Apple will rely on expert testimony from Dr. Phinney. Dr. Phinney will testify as to the meaning of this claim term to one of ordinary skill in the art and the accuracy of Apple's proposed construction based on the claim language, specification, file history (including the file history of the reexamination), prior art references, extrinsic evidence, and industry knowledge. |
| 5 | **"an overvoltage monitoring unit"** <br><br> '568 patent, independent claims 1, 48, 54, 55, 58 and claims depending from them | PROPOSED CONSTRUCTION: plain and ordinary <br><br> INTRINSIC EVIDENCE: 568 patent – Abstract, 1:19-28, 2:13-20, 2:33-53, 3:4-11, 3:27-40, 3:43-62, 4:17-4:37, 5:8-28, 5:30-54, 6:7-7:49, 7:50-8:8, 8:29-53, 8:54-9:47, 10:303-38; 10:55-11:12, 11:32-12:35, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and | PROPOSED CONSTRUCTION: "a unit for monitoring whether voltages exceed a predetermined reference value" <br><br> INTRINSIC EVIDENCE: *See, e.g.*, '568 patent – 1:19-28, 2:33-53, 3:4-11, 3:27-39; 3:43-62, 4:17-52, 4:64-67, 5:8-54, 6:7-7:49, 7:50-8:8, 8:29-9:47, 10:1-17, 10:33-44, 10:55-11:22, 11:32-12: 42, 12:46-52, |

| Construction No. | Claim Language (Disputed Terms in **Bold**)  '568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | | <span style="color:red">claims 1, 3-58; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021) at 5, 10, 13, 19-20, 23-25; Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23-28; After Final Response to Final Office Action (May 2, 2022) at 27-29, 32-51; After Final Response to Final Office Action (May 23, 2022) at 27-29, 32-51; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.</span>  <span style="color:blue">EXTRINSIC EVIDENCE: LS Cable does not intend to rely on extrinsic evidence to support its position that each claim term should</span> | <span style="color:red">FIGs. 1, 3, 4, 5; claims 1-24 (as originally issued) and claims 1-58.</span>  <span style="color:red">Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 12, 2021) at 5-7, 10, 13, 19-20, 23-25; Response to Non-Final Office Action (August 30, 2021) at 13-20; Response to Non-Final Office Action (September 29, 2021) at 23-32; After Final Response to Final Office Action (May 2, 2022) at 24-25, 27-29, 32-51; After Final Response to Final Office Action (May 23, 2022) at 23-24, 27-29, 32-51; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and</span> |

| Construction No. | Claim Language (Disputed Terms in **Bold**)<br><br>'568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | | be given its plain and ordinary meaning, but reserves its right to rely on any extrinsic evidence proffered by Apple. | Appeal Brief (October 26, 2022) at 1-82.<br><br>EXTRINSIC EVIDENCE:<br>If LS Cable relies on expert testimony, Apple may rely on an expert to testify to the meaning of this term as understood by one of skill in the art in view of the intrinsic and extrinsic evidence. |
| 6 | "**monitoring result**"<br><br>'568 patent, independent claims 1, 7, 48, 54, 55, 56, 58 and claims depending from them | PROPOSED CONSTRUCTION: plain and ordinary meaning<br><br>INTRINSIC EVIDENCE:<br>'568 patent – 4:28-63, 6:28-39, 7:17-22, 7:33-63, 8:32-53, 8:60-9:44, 10:1-13, 10:39-11:18, 11:32-51, 11:52-12:17, 12:36-42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1, 3-58 of the reexamination certificate; Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including | PROPOSED CONSTRUCTION: "result based on the monitored voltages from both ends of the constant voltage/constant current supplier"<br><br>INTRINSIC EVIDENCE:<br>*See, e.g.*, '568 patent – 2:42-43; 3:43-62, 4:17-22, 4:28-37, 5:8-28, 5:42-48, 7:33-8:8, 8:29-53, 9:22-34, 10:55- 11:18, 11:32-12:42, 12:46-52, FIGs. 1, 3, 5; claims 1-24 (as originally issued) and claims 1-58.<br><br>Applicants' amendments, arguments, and statements in '568 File History (and |

| Construction No. | Claim Language (Disputed Terms in **Bold**)<br><br>'568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
| | | without limitation Request for Applicants' amendments, arguments, and statements in '568 File History (and corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 21, 2021); Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action at 23-28; After Final Response to Final Office Action (May 2, 2022) at 24-25, 27-29, 32-33; After Final Response to Final Office Action (May 23, 2022) at 25-26, 27-29, 32-33; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.<br><br>EXTRINSIC EVIDENCE:<br>LS Cable does not intend to rely on extrinsic evidence to support its position that each claim term should | corresponding examiner rejections), including without limitation the file history of the reexamination in its entirety, including without limitation Request for Supplemental Examination (March 12, 2021) at 5-10, 13, 19-20, 23-25; Response to Non-Final Office Action (August 30, 2021) at 16-20; Response to Non-Final Office Action (September 29, 2021) at 14-16, 23-32; After Final Response to Final Office Action (May 2, 2022) at 24-25, 32-51; After Final Response to Final Office Action (May 23, 2022) at 23-24, 27-29; Second After Final Response to Final Office Action (August 16, 2022) at 23-58; and Appeal Brief (October 26, 2022) at 1-82.<br><br>EXTRINSIC EVIDENCE:<br>If LS Cable relies on expert testimony, Apple may rely on an expert to testify to the meaning of this term as understood by one of |

| Construction No. | Claim Language (Disputed Terms in **Bold**)  '568 Patent | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|---|
|  |  | be given its plain and ordinary meaning, but reserves its right to rely on any extrinsic evidence proffered by Apple. | skill in the art in view of the intrinsic and extrinsic evidence. |

## III.   ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING (PATENT L.R. 4-3(D))

Pursuant to Patent L.R. 4-3(d), the Parties anticipate that no more than sixty (60) minutes will be required for the Claim Construction Hearing, with each side being allotted thirty (30) minutes.

## IV.   PARTIES' USE OF WITNESSES FOR CLAIM CONSTRUCTION (PATENT L.R. 4-3(E))

Pursuant to Patent L.R. 4-3(e), Apple will rely on expert testimony from Dr. Phinney. Dr. Phinney will testify as to the meaning of claim terms to one of ordinary skill in the art and the accuracy of Apple's proposed construction based on the claim language, specification, file history (including the file history of the reexamination), prior art references, extrinsic evidence, and industry knowledge.

## V.   IDENTIFICATION OF FACTUAL FINDINGS (PATENT L.R. 4-3(F))

Neither party requests that the Court make any factual findings related to claim construction.

Dated: March 24, 2026     K&L GATES LLP

By: */s/ Erik J. Halverson*
   Erik J. Halverson

*Attorneys for Plaintiff*
LS CABLE & SYSTEM LTD.

Dated: March 24, 2026     MORRISON & FOERSTER LLP

By: */s/ Shaelyn K. Dawson*
   Shaelyn K. Dawson

*Attorneys for Defendant*
APPLE INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Erik J. Halverson, am the ECF User whose ID and Password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for Apple, Shaelyn Dawson, has concurred in this filing.


Dated: March 24, 2026                              /s/ Erik J. Halverson
                                                   Erik J. Halverson

JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. 3:24-CV-09194-JD

20