Erik J. Halverson (SBN 333492)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8238
Fax: (415) 882-8220
erik.halverson@klgates.com

Jason A. Engel (*pro hac vice*)
Rebekah Hill (*pro hac vice*)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jason.engel@klgates.com
rebekah.hill@klgates.com

*Attorneys for Plaintiff LS Cable & System Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LS CABLE & SYSTEM LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:24-cv-09194-JD <br><br> **DECLARATION OF ERIK J. HALVERSON IN SUPPORT OF K&L GATES LLP'S MOTION TO QUASH APPLE INC.'S SUBPOENA FOR DOCUMENTS AND DEPOSITION, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER** <br><br> Date: June 18, 2026 <br> Time: 10:00 a.m. <br> Courtroom: 11, 19th Floor <br> Judge: Hon. James Donato |

I, Erik J. Halverson, declare as follows:

1.    I am a partner with the law firm of K&L Gates LLP, counsel for LS Cable & System ("LS Cable").  I am a member in good standing of the Bar of the State of California.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2.    On March 27, 2026, Apple served K&L Gates with a subpoena requesting twelve categories of documents and deposition testimony on eleven topics.  The deposition is noticed for May 22, 2026.

3.    K&L Gates served as patent prosecution counsel, including for supplemental examination, and *ex parte* reexamination ("EPR") counsel for Plaintiff LS Cable.  K&L Gates now serves as LS Cable's trial counsel in the above-captioned litigation.

4.    K&L Gates objected to the subpoena eight business days after receiving the subpoena, on April 6, 2026.

5.    Apple declined to withdraw or modify the subpoena based on K&L Gates's objections, and K&L Gates sought a meet and confer on April 19, 2026.  The meet and confer occurred on April 23, 2026.  No agreement was reached on the meet and confer.

6.    On March 12, 2021, LS Cable, acting through K&L Gates, filed a request for supplemental examination of the '568 Patent before the United States Patent & Trademark Office ("USPTO"), assigned Control No. 96/000,355.  On April 21, 2021, the USPTO issued its determination that the request raised a substantial new question of patentability, and the Director ordered EPR of the Patent pursuant to 35 U.S.C. § 257(b).  The EPR retained the same Control No. 96/000,355 as the supplemental examination proceeding.  Upon conclusion of the EPR, an EPR certificate issued on September 28, 2023.  The entire factual record of the supplemental examination and resulting EPR—including every document filed with the USPTO, every office action, every claim amendment, every response, and the reexamination certificate—is publicly available in the USPTO's Patent Center once a filing date is accorded to the supplemental examination.

E. HALVERSON DECLARATION ISO K&L GATES LLP'S MOTION TO QUASH APPLE INC.'S SUBPOENA

7.    LS Cable filed the present action against Apple on December 18, 2024, less than one year after the EPR concluded.

8.    K&L Gates serves as trial counsel for LS Cable in this action.  Attorneys Jason Engel and Erik Halverson are both lead members of LS Cable's trial team and were involved in the supplemental examination and EPR proceedings.  A third K&L Gates attorney, Matthew Dicke, assisted in the supplemental examination and EPR proceedings and signed filings.  Matthew Dicke is also involved in this litigation but has not yet filed an appearance.

9.    Exhibit A to K&L Gates's Motion to Quash is a true and correct copy of Defendant Apple Inc.'s Notice of Subpoena to K&L Gates LLP served on March 27, 2026.

10.    Exhibit B to K&L Gates's Motion to Quash is a true and correct copy of Erik Halverson's email correspondence to Morrison Foerster dated April 6, 2026.

11.    Exhibit C to K&L Gates's Motion to Quash is a true and correct copy of the entire publicly-filed record of the supplemental examination and EPR for Control No. 96/000,355.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of April, 2026 in San Francisco, California.

Dated: April 30, 2026                        Respectfully submitted,

*/s/ Erik J. Halverson*
Erik J. Halverson (SBN 333492)