ERIK J. HALVERSON (CA SBN 333492)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone:      (415) 882-8238
Facsimile:      (415) 882-8220
erik.halverson@klgates.com

JASON A. ENGEL (*pro hac vice*)
REBEKAH HILL (*pro hac vice)*
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone:      (312) 372-1121
Facsimile:      (312) 827-8000
jason.engel@klgates.com
rebekah.hill@klgates.com

*Attorneys for Plaintiff*
LS CABLE & SYSTEM LTD.

RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
ShaelynDawson@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
TANNYR M. PASVANTIS (CA SBN 353511)
TPasvantis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:      (415) 268-7000
Facsimile:      (415) 268-7522

RYAN J. MALLOY (CA SBN 253512)
RMalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:      (213) 892-5200
Facsimile:      (213) 892-5454


*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LS CABLE & SYSTEM LTD.,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 3:24-cv-09194-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR LS CABLE & SYSTEM, LTD. TO FILE AMENDED REPLY CLAIM CONSTRUCTION BRIEF AND TO EXTEND TIME FOR PARTIES TO FILE AMENDED FINAL JOINT CLAIM CONSTRUCTION STATEMENT**<br><br>Courtroom:  11, 19th Floor<br>Judge:  Hon. James Donato |

Pursuant to Rule 6-2(a) of the Local Rules of the United States District Court for the Northern District of California, Plaintiff LS Cable & System Ltd. ("LS Cable") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS Apple filed its responsive claim construction brief on April 28, 2026;

WHEREAS, pursuant to the Scheduling Order (Dkt No. 67), LS Cable's reply claim construction brief is due on May 5, 2026;

WHEREAS, pursuant to the Scheduling Order (Dkt. No. 67), the amended final joint claim construction statement is due on May 5, 2026;

WHEREAS, LS Cable is observing Korean Labor Day and Children's Day over a multi-day holiday period from May 1 to May 6 in Korea;

WHEREAS the Parties have agreed that the deadline for LS Cable to file its amended reply claim construction brief shall be extended to May 12, 2026;

WHEREAS the Parties have agreed that the deadline for the Parties' amended final joint claim construction statement shall be extended to May 12, 2026;

WHEREAS the Parties previously agreed and stipulated to extend the deadline for Apple to answer, move, or otherwise respond to LS Cable's Complaint (Dkt. No. 18);

WHEREAS the Parties previously agreed and stipulated to enlarge time for Apple to respond to LS Cable's complaint (Dkt. No. 61);

WHEREAS the extensions will not affect any other deadlines set by the Court.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

LS Cable's deadline to file its Amended Reply Claim Construction Brief shall be extended by seven (7) days from May 5, 2026 to May 12, 2026; and

The Parties' deadline to file the Amended Final Joint Claim Construction Statement shall be extended by seven (7) days from May 5, 2026 to May 12, 2026.

Dated: May 4, 2026

K&L GATES LLP


By: */s/ Erik J. Halverson*
    Erik J. Halverson

*Attorney for Plaintiff*
LS CABLE & SYSTEM LTD.

Respectfully submitted,

MORRISON & FOERSTER LLP


By: */s/ Shaelyn K. Dawson*
    Shaelyn K. Dawson

*Attorney for Defendant*
APPLE INC.

JOINT STIPULATION TO EXTEND TIME FOR REPLY CLAIM CONSTRUCTION BRIEF AND FINAL JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. 3:24-CV-09194-JD

2

## <u>ATTESTATION OF E-FILED SIGNATURE</u>

I, Erik J. Halverson, am the ECF User whose ID and Password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Shaelyn K. Dawson has concurred in this filing.

Dated:  Dated: May 4, 2026

*/s/ Erik J. Halverson*
Erik J. Halverson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____ , 2026

_____
Honorable James Donato
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO EXTEND TIME FOR REPLY CLAIM CONSTRUCTION BRIEF AND FINAL JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. 3:24-CV-09194-JD

3