# EXHIBIT B

**From:** Halverson, Erik J. <Erik.Halverson@klgates.com>
**Sent:** Monday, April 6, 2026 6:23 PM
**To:** Specht, Silvia T. <SSpecht@mofo.com>; KLG-LS-Apple <KLG-LS-Apple@klgates.com>; Hill, Rebekah <Rebekah.Hill@klgates.com>
**Cc:** MoFo-Apple_LSC <MoFo-Apple_LSC@mofo.com>
**Subject:** RE: LS Cable & System Ltd. v. Apple Inc., Case No. 3:24-cv-09194-JD: Service

Counsel,

We write to request you withdraw your subpoena of litigation counsel.  "[T]he deposition sought is 'neither appropriate nor necessary' and '[d]eposing an opposing party's attorney is disfavored.'"  *Sterne Kessler Goldstein & Fox, PLLC v. Eastman Kodak Co.*, 276 F.R.D. 376, 385 (D.D.C. 2011).  Indeed, "the discovery [Apple] seeks may be obtained from other more appropriate sources, and any benefit from deposing the petitioner is outweighed by the burdens it will impose."  Indeed "much of the information sought from the [K&L Gates], such as 'client communications, internal communications, and mental impressions,' would likely be protected from disclosure by attorney-client privilege or the work-product doctrine.  *Sterne Kessler Goldstein & Fox, PLLC v. Eastman Kodak Co.*, 276 F.R.D. 376, 385 (D.D.C. 2011).  If you do not withdraw your subpoena, we reserve our right to seek fees for responding to these requests.

Please confirm no later than April 10 whether or not you agree to withdraw the subpoena.

Best,
Erik

**K&L GATES**

**Erik Halverson**
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Phone: 415-882-8238
Mobile: 847-347-5959
erik.halverson@klgates.com
www.klgates.com

**From:** Specht, Silvia T. <SSpecht@mofo.com>
**Sent:** Friday, March 27, 2026 2:24 PM
**To:** KLG-LS-Apple <KLG-LS-Apple@klgates.com>; Halverson, Erik J. <Erik.Halverson@klgates.com>; Hill, Rebekah <Rebekah.Hill@klgates.com>
**Cc:** MoFo-Apple_LSC <MoFo-Apple_LSC@mofo.com>
**Subject:** LS Cable & System Ltd. v. Apple Inc., Case No. 3:24-cv-09194-JD: Service

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

Please see attached – Apple Inc.'s Notice of Subpoena to K&L Gates LLP.

Thank you.

**Silvia Specht**
SSpecht@mofo.com
T +1 (213) 892-5489

Morrison Foerster
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543

# IIIORRISON
# FOERSTER

mofo.com | LinkedIn | Twitter

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

Exhibit B
Page 2 of 2