ERIK J. HALVERSON (CA SBN 333492)
erik.halverson@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8238
Facsimile: (415) 882-8220

JASON A. ENGEL (*pro hac vice*)
jason.engel@klgates.com
REBEKAH HILL (*pro hac vice*)
rebekah.hill@klgates.com
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

*Attorneys for Plaintiff*
LS CABLE & SYSTEM LTD.

RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
ShaelynDawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

RYAN J. MALLOY (CA SBN 253512)
RMalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

*Attorneys for Defendant*
APPLE INC.
(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LS CABLE & SYSTEM LTD.,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 3:24-cv-09194-JD

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES**

Courtroom: 11, 19th Floor
Judge: Hon. James Donato

Action Filed: December 18, 2024
Trial Date: None Yet Set

JAMES F. MACK (CA SBN 322056)
JMack@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

SARA DOUDAR (CA SBN 340454)
SDoudar@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff LS Cable & System Ltd. ("LS Cable") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), hereby stipulate as follows:

WHEREAS, on February 5, 2026, the Court issued a Scheduling Order which set an expert discovery cutoff date of January 15, 2027 (Dkt. No. 67);

WHEREAS, on July 8, 2026, pursuant to LS Cable's Administrative Motion the Court continued the technology tutorial from July 23, 2026 to September 10, 2026 and the claim construction hearing from July 30, 2026 to September 17, 2026 (Dkt. No. 90);

WHEREAS, the Parties agree that the expert discovery deadlines should be extended for a limited period to accommodate the updated claim construction schedule.

WHEREAS, the requested extension is made in good faith and not for delay or any other improper purpose;

WHEREAS, no other Court-ordered deadlines are modified by this stipulation;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT expert discovery shall be extended as follows:

| **Case Event** | **Current Deadline** | **Proposed Extended Deadline** |
|---|---|---|
| Opening Expert Report on Issues as to which Party Bears the Burden of Proof | November 6, 2026 | November 25, 2026 |
| Responsive Expert Reports | December 11, 2026 | January 11, 2027 |
| Completion of Expert Discovery | January 15, 2027 | January 29, 2027 |

DATED: August 18, 2026

Respectfully submitted,

K&L GATES LLP

By: */s/ Erik J. Halverson*
Erik J. Halverson

*Attorneys for Plaintiff*
LS CABLE & SYSTEM LTD.

MORRISON & FOERSTER LLP

By: */s/ Shaelyn K. Dawson*
Shaelyn K. Dawson

*Attorneys for Defendant*
APPLE INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Shaelyn K. Dawson, am the ECF User whose ID and Password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Halverson has concurred in this filing.

Dated: August 18, 2026

*/s/ Shaelyn K. Dawson*
Shaelyn K. Dawson

**[PROPOSED] ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: ______________________, 2026

______________________________________
Honorable James Donato
UNITED STATES DISTRICT JUDGE