RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
ShaelynDawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

RYAN J. MALLOY (CA SBN 253512)
RMalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

*Attorneys for Defendant*
APPLE INC.
(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LS CABLE & SYSTEM LTD.,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 3:24-cv-09194-JD

**DECLARATION OF SHAELYN K. DAWSON IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES**

Courtroom: 11, 19th Floor
Judge: Hon. James Donato

Action Filed: December 18, 2024
Trial Date: None Yet Set

JAMES F. MACK (CA SBN 322056)
JMack@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

SARA DOUDAR (CA SBN 340454)
SDoudar@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

I, Shaelyn K. Dawson, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the state of California. I have personal knowledge of the matters below and, if called upon, could and would testify competently to them.

2. The parties have met and conferred and have agreed to the proposed extension of expert report and expert discovery deadlines to accommodate the updated claim construction schedule. No other Court-ordered deadlines are modified by the proposed extension.

3. There have been five prior modifications to the case schedule. First, on January 6, 2025, the parties stipulated to extend Apple's time to respond to the Complaint from January 9, 2025 to March 10, 2025. (Dkt. No. 18.) The Court granted that extension on January 9, 2025. (Dkt. No. 19.)

4. Second, on April 10, 2025, the Court on its own initiative continued the hearing on Apple's motion to dismiss from April 17, 2025 to August 21, 2025. (Dkt. No. 35.)

5. Third, on December 19, 2025, the parties stipulated, without need for a Court order under Civil L.R. 6-1(a), to extend the time for Apple to answer the Complaint from December 29, 2025 to January 19, 2026. (Dkt. No. 61.)

6. Fourth, on May 4, 2026, the parties stipulated to extend the deadlines for LS Cable's amended reply claim construction brief and an amended final joint claim construction statement, in each case from May 5, 2026 to May 12, 2026. (Dkt. No. 79.) The Court granted the extension on May 7, 2026. (Dkt. No. 80.)

7. Fifth, on June 10, 2026, LS Cable filed an unopposed administrative motion to continue the technology tutorial and the claim construction hearing. (Dkt. No. 88.) The Court granted the continuance on July 8, 2026, and continued the technology tutorial from July 23, 2026 to September 10, 2026 and the claim construction hearing from July 30, 2026 to September 17, 2026. (Dkt. No. 90.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of August, 2026, in San Francisco, California.

*/s/ Shaelyn K. Dawson*
Shaelyn K. Dawson