ERIK J. HALVERSON (CA SBN 333492)
erik.halverson@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8238
Facsimile: (415) 882-8220

JASON A. ENGEL (*pro hac vice*)
jason.engel@klgates.com
REBEKAH HILL (*pro hac vice*)
rebekah.hill@klgates.com
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

*Attorneys for Plaintiff*
LS CABLE & SYSTEM LTD.

RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
shaelyndawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

RYAN J. MALLOY (CA SBN 253512)
rmalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

*Attorneys for Defendant*
APPLE INC.
(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LS CABLE & SYSTEM LTD.,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 3:24-cv-09194-JD

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER PERMITTING CERTAIN DEPOSITIONS AFTER FACT DISCOVERY CUTOFF DATE**

Courtroom: 11, 19th Floor
Judge: Hon. James Donato

Action Filed: December 18, 2024

JAMES F. MACK (CA SBN 322056)
jmack@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

SARA DOUDAR (CA SBN 340454)
sdoudar@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Pursuant to Civil L.R. 6-2, 7-12, and 37-3, Plaintiff LS Cable & System Ltd. ("LS Cable") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, on February 5, 2026, the Court issued a Scheduling Order setting a fact discovery cutoff date of October 2, 2026 (Dkt. No. 67);

WHEREAS, LS Cable has identified Mr. Jaeyong Jung as a Rule 30(b)(1) witness and has designated Mr. Jung as its Rule 30(b)(6) witness for all nine topics noticed by Apple;

WHEREAS, Apple intends to take Mr. Jung's deposition in both his individual capacity under Rule 30(b)(1) and as LS Cable's designated corporate representative under Rule 30(b)(6);

WHEREAS, LS Cable has informed Apple that Mr. Jung's deposition will require an interpreter;

WHEREAS, the Parties have scheduled seven depositions between September 21 and October 2, 2026;

WHEREAS, due to the Korean Thanksgiving holiday (Chuseok), which falls on September 24 and 25, 2026, and the resulting scheduling constraints during the week of September 21, the first mutually agreeable dates for Mr. Jung's deposition are October 2 and October 3, 2026;

WHEREAS, counsel for the Parties have met and conferred regarding a date for Mr. Jung's deposition prior to the close of fact discovery that will accommodate all parties' schedules;

WHEREAS, the Parties have agreed to take Mr. Jung's deposition on October 2 and, to the extent needed, October 3, 2026, with October 3 falling one day after the October 2, 2026 close of fact discovery;

WHEREAS, Apple has identified Mr. Nolan Lau as a Rule 30(b)(1) witness and has designated Mr. Lau as a Rule 30(b)(6) witness for five of the nine topics noticed by LS Cable;

WHEREAS, due to Mr. Lau's schedule and LS Cable's counsel's schedule, the only mutually agreeable date for Mr. Lau's Rule 30(b)(6) deposition is October 6, 2026, which is four days after the October 2, 2026 close of fact discovery;

WHEREAS, the Parties agree that allowing these depositions to proceed on and within the four days following October 2, 2026, will not extend the Court's October 2, 2026 deadline to

complete all other fact discovery, will not extend the October 9, 2026 deadline to file motions to compel fact discovery under Civil L.R. 37-3, and will not modify any other Court-ordered deadlines;

WHEREAS, the requested accommodation is made in good faith and not for the purpose of delay or any other improper purpose;

THEREFORE, IT IS HEREBY AGREED, STIPULATED, AND RESPECTFULLY REQUESTED that the Court permit Apple to take Mr. Jung's deposition on October 3, to the extent needed, and LS Cable to take Mr. Lau's Rule 30(b)(6) deposition on October 6, 2026.

Dated: September 9, 2026

Respectfully submitted,

K&L GATES LLP

By: */s/ Erik J. Halverson*
Erik J. Halverson

*Attorneys for Plaintiff*
LS CABLE & SYSTEM LTD.

MORRISON & FOERSTER LLP

By: */s/ Shaelyn K. Dawson*
Shaelyn K. Dawson

*Attorneys for Defendant*
APPLE INC.

**~~[PROPOSED]~~ ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: October 1, 2026

Honorable James Donato
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF E-FILED SIGNATURE**

I, Shaelyn K. Dawson, am the ECF User whose ID and Password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Halverson has concurred in this filing.

Dated: September 9, 2026

*/s/ Shaelyn K. Dawson*
Shaelyn K. Dawson