[redacted]

K&L GATES

October 9, 2026

Erik J. Halverson
Partner
Erik.Halverson@klgates.com

T +1 415 882 8238
F +1 415 882 8220

The Honorable James Donato
United States District Judge
U.S. District Court for the Northern District of California

***Re:*** ***LS Cable & System Ltd. v. Apple Inc., Case No. 3:24-cv-09194-JD***

Dear Judge Donato:

Pursuant to the Court's Standing Order for Discovery in Civil Cases, Plaintiff LS Cable & System Ltd. ("LS Cable") respectfully submits this discovery dispute letter requesting that the Court compel Defendant Apple Inc. ("Apple") to provide certain core technical documents and information related to a subset of products at issue in this case. The parties have met and conferred many times, most recently on October 7, 2026, pursuant to the Court's Standing Order and Civil Local Rule 37-1, but were unable to fully resolve the dispute.

During the conference, Apple represented (1) that it would not produce certain technical datasheets and schematics for certain AirPods charging cases, (2) that it is attempting to obtain certain responsive datasheets from third parties, and (3) that it is considering providing a mapping explaining which accused products its produced source code runs on. Because the deadline for discovery motions is October 9, 2026, LS Cable submits this letter to preserve its rights while awaiting Apple's completion of those efforts. If Apple produces any of the requested materials before the Court resolves this dispute, LS Cable will promptly withdraw the corresponding portion of its request.

## I. Technical Schematics For Accused AirPods Product Cases

LS Cable requested documents sufficient to show the design and operation of the accused wireless-charging functionality, including through RFP Nos. 3 and 25. Ex. 1 (LS Cable's First Set of RFPs Nos. 3, 25). LS Cable also served Interrogatory No. 1 seeking identification of Apple products that use or include wireless-charging technology. Ex. 2 (Apple's Second Suppl. Resps. to LS Cable's First Set of Interrogs. No. 1). Apple's response to Interrogatory No. 1 remains deficient because Apple identified only a subset of AirPods products, and did not provide Apple's code names for any of the accused AirPods cases, in response to Interrogatory No. 1, despite the existence of additional AirPods products containing the accused wireless-charging functionality. Instead, Apple provided the code names for the AirPods earbuds themselves, knowing full well that the products at issue in the case were the cases.

During the May 22, 2026 deposition of Apple's employee, Mr. Nolan Lau, additional AirPods code names were identified, and Mr. Lau confirmed that technical schematics for the accused AirPods products exist. Following that testimony, LS Cable sent Apple a letter on May

28, 2026 specifically requesting technical schematics for all AirPods devices that use the wireless charging functionality, including the charging cases, left bud, and right bud. Apple did not produce those materials.

It was not until Mr. Lau's October 6, 2026 deposition that LS Cable learned Apple had omitted relevant AirPods charging-case products and code names from its interrogatory response, for each of the accused AirPods products. Apple contends that, because Apple did not provide these code names in response to LS Cable's Interrogatory No. 1 and LS Cable therefore did not specifically identify these code names in subsequent meet and confers, it is not obligated to provide the technical discovery into these products. Apple cannot rely on its failure to identify those products in response to Interrogatory No. 1 to avoid producing the corresponding technical documents. LS Cable has consistently sought documents concerning the accused wireless-charging functionality of Apple's products, and once the omitted products were identified, LS Cable promptly requested the corresponding schematics, MLBs, and related technical documents.

Apple has taken the position that products not specifically enumerated in LS Cable's early infringement contentions are not at issue. LS Cable disagrees. LS Cable's contentions expressly encompass products containing wireless-charging functionality that "functions in substantially the same manner as reflected in the" infringement claim chart, and Apple has produced some information about the technical operation of these chips, just not the specific datasheets.

The technical schematics are core technical documents that are directly responsive to at least RFP Nos. 3 and 25 and are necessary to evaluate the accused wireless-charging functionality. LS Cable respectfully requests an order compelling the production of the chip schematics for the cases for AirPods Second Generation ("AirPods 2" [redacted] AirPods Third Generation ("AirPods 3") [redacted] AirPods Pro 2 [redacted] and AirPods Pro 3 [redacted]

## II. Datasheets for Chips Responsible for Power Management and Battery Charging

Apple has also failed to produce responsive datasheets despite LS Cable's repeated requests and despite deposition testimony confirming the existence and relevance of those documents. Less than one week after Mr. Lau's May 22, 2026 deposition, LS Cable specifically re-raised its request for datasheets for specific chips involved in the accused wireless-charging functionality. Then, on August 7, 2026, shortly after the July 29, 2026 deposition of another Apple employee, LS Cable again requested that Apple remedy its document production deficiencies and produce datasheets used in the wireless charging of batteries for all accused AirPods. Apple produced some, but not all, of the requested datasheets.

Apple has failed to produce, among other documents, datasheets for what Apple calls the Laguna and Mugello battery charger ICs and the microcontrollers used in the accused AirPods charging cases for AirPods Pro 2 [redacted] and AirPods Pro 3 [redacted] and the datasheets for the battery charger ICs used in the AirPods 2, AirPods 3, and AirPods 4 with ANC, identified during Mr. Lau's testimony. Apple also has failed to produce the datasheets for what Apple calls the [redacted] battery charger IC (i.e., the [redacted] and [redacted] battery charger IC (i.e., the

[redacted] and the datasheets for the microcontrollers used in the iPhone 15 and iPhone 16, despite LS Cable's repeated requests.

These documents are responsive to RFP Nos. 3 and 25 because they describe the operation of the accused wireless-charging functionality. Despite repeated requests and deposition testimony confirming that these datasheets exist, Apple has not produced all relevant datasheets. LS Cable respectfully requests an order compelling the production of the datasheets for the battery charger ICs and microcontrollers used in the AirPods 2, AirPods 3, AirPods Pro 2 (USB-C), AirPods Pro 2 (Lightning), AirPods Pro 3, AirPods Fourth Generation with Active Noise Cancellation ("AirPods 4 with ANC") [redacted] iPhone 15, and iPhone 16.

## III. Source Code Product Mapping

Apple's source code production does not identify which firmware versions correspond to which accused products. During the September 25, 2026 deposition of Apple's Rule 30(b)(6) witness designated on Topic 4, the witness was unable to testify regarding which firmware code bases correspond to the various accused products.

On September 29, 2026, LS Cable requested either testimony or a written explanation identifying which firmware versions correspond to which accused products. Apple represented that it would provide a source code mapping, and that the mapping should obviate the need for additional witness testimony. Apple has not provided the promised mapping. Without it, LS Cable cannot reliably determine which produced source code repositories, firmware versions, and file paths correspond to which accused products and chips. In the event Apple follows through with its representation that this is forthcoming, LS Cable will promptly update the Court.

## IV. Requested Relief

LS Cable respectfully requests that the Court order Apple to:

(i) Produce technical schematics for all AirPods charging cases that include the accused wireless charging functionality, including schematics for the AirPods 2 [redacted] AirPods 3 [redacted] AirPods Pro 2 [redacted] and AirPods Pro 3 [redacted]

(ii) Produce datasheets for the battery charger ICs that operate with the wireless power management ICs in each accused iPhone device and AirPods case, including the [redacted] battery charger IC (i.e., the [redacted] the [redacted] battery charger IC (i.e., the [redacted], the [redacted] battery charger IC, the [redacted] battery charger IC, and the battery charger ICs used in AirPods 2 [redacted] AirPods 3 [redacted] and AirPods 4 with ANC [redacted]

(iii) Produce datasheets for the microcontrollers in each accused iPhone device and AirPods case; and

(iv) Provide a written mapping identifying which source code repositories correspond to the accused products.

Sincerely,

Erik J. Halverson
Counsel for Plaintiff LS Cable & System, Ltd.
cc: All Counsel of Record (via CM-ECF)