# 인천지방법원 · 인천가정법원 부천지원
# 회 신 서

**미국 촉탁법원** 귀중

**공조번호 : 2026-D-355**
**사건번호 : 2026러3**
**촉탁국가 : 미국**

귀 법원이 촉탁한 증인 최성욱에 대한 증인신문을 실시하였으므로 증거조사 실시 관련 증명서류를 송부합니다.

덧붙임: 증거조사 실시 관련 증명서류.

2026. 9. 22.

**인천지방법원 · 인천가정법원 부천지원장**

A2614

# 인천지방법원 부천지원

## 결 정

| | |
|---|---|
| 사 건 | 2026러3 사법공조(증거조사촉탁) |
| 원 고 | 1. LS Cable & System Ltd<br>K&L Gates LLP, 4 Embarcadero Center, Suite 1200, San Francisco, CA94111<br>소송대리인 법무법인(유한) 태평양<br>담당변호사 강기중, 염호준, 홍정훈, 유승엽 |
| 피 고 | 1. Apple Inc<br>One Apple Park Way, Cupertino, California 95014, United States of America<br>소송대리인 변호사 박성수, 최수정 |
| 피 신 청 인 | 1. 최성욱<br>부천시 원미구 중동로 108, 112동 1402호(중동, 중동팰리스카운티 아파트) |

## 주 문

위 피신청인에게 과태료 5,000,000원을 부과할 것을 명한다.

## 이 유

위 피신청인은 2026. 7. 14. 15:00 인천지방법원 부천지원 제454호 법정에서 시행할 증인신문기일에 출석하도록 소환을 받고서도 정당한 사유 없이 위 기일에 출석하지 아니하였으므로 주문과 같이 결정한다.

2026. 7. 14.

판사 이 기 홍 전자서명완료

# 인천지방법원 부천지원

## 심 문 조 서

2차

| | | | |
|---|---|---|---|
| 사 건 | 2026러3 사법공조(증거조사촉탁) | | |
| 판 사 | 이 기 홍 | 기 일 | : 2026. 9. 11. 14:00 |
| 법원주사보 | 류 지 혜 | 장 소 | : 제454호 법정 |
| | | 공개 여부 | : 공 개 |

사건과 당사자의 이름을 부름

원고 소송대리인 법무법인(유한) 태평양 담당변호사 강기중,염호준, 홍정훈,유승엽 출석

피고 소송대리인 변호사 박성수,최수정 각 출석

증인 최성욱 출석

---

판사

출석한 증인 최성욱에 대한 과태료 부과를 취소한다는 결정 고지

민사소송법 제159조 제1항의 규정에 따라 증인 최성욱의 증언 내용을 녹음할 것을 명하고 당사자에게 이를 고지

별도 조서와 같이 증인신문

심문종결

법 원 주 사 보 류 지 혜 전자서명완료

판 사 이 기 홍 전자서명완료

# 인천지방법원 부천지원

## 기일변경명령

| | |
|---|---|
| 사 건 | 2026러3 사법공조(증거조사촉탁) |
| 원 고 | LS Cable & Sy 외 1명 |
| 피 신 청 인 | Apple Inc 외 1명 |

위 사건에 관하여 지정된 2026. 9. 10. (목) 14:00 증인신문기일을 다음과 같이 변경한다.

변경된 기일: 2026. 9. 11. (금) 14:00

2026. 8. 3.

판사 이 기 홍 전자서명완료

# 인천지방법원 부천지원

## 심 문 조 서

1차

사 건 2026러3 사법공조(증거조사촉탁)

| | | | |
|---|---|---|---|
| 판 사 | 이 기 홍 | 기 일 | : 2026. 7. 14. 15:00 |
| 법 원 주 사 보 | 류 지 혜 | 장 소 | : 제454호 법정 |
| | | 공개 여부 | : 비공개 |
| | | 고지된 다음 기일 | : 2026. 9. 10. 14:00 |

사건과 당사자의 이름을 부름

원고 소송대리인 법무법인(유한) 태평양 담당변호사 염호준,홍정훈 출석

피고 소송대리인 변호사 박성수, 최수정 각 출석

증인 최성욱 불출석

---

판사

불출석한 증인 최성욱에 대해 과태료 500만 원 부과를 명

연기(증인신문을 위하여)

법 원 주 사 보 류 지 혜 전자서명완료

판 사 이 기 홍 전자서명완료

'568 특허의 주장된 침해로 인해 귀속되는 적절한 손해배상액에 관한 Apple의 입장을 뒷받침하기 위해, Apple은 '568 특허의 청구항 중 표준제정기관이 공포한 표준을 실시하는 데에 필수적이거나 요구되거나 그 위에 필요했던 것이 있는지(있다면 어느 것인지)에 관한 사실적 정보 및 '568 특허를 실시허락하기 위한 공정하고 합리적이며 비차별적인(FRAND) 조건에 관한 정보를 구합니다. 구하고자 하는 증거를 더욱 명확히 하기 위해, 별지 A 내지 E로 첨부된 것은 Apple의 변호인이 조사될 증인들에게 질의하고자 하는 주제의 목록입니다.

**10. 조사받을 자의 성명 및 주소(제3조(e)):**

박동영
대한민국 서울특별시 송파구 양재대로72길 15,
101동 108호(우편번호 05652)

문성욱
대한민국 경기도 용인시 수지구 진산로 90,
516동 1404호(우편번호 16923)

최성욱
대한민국
경기도 부천시 원미구 중동로 108, 112동 1402호(우편번호 14613)
전화 +82-2-2164-4449

권광희
대한민국
경기도 안양시 동안구 경수대로 430, 115동 301호(우편번호 14126)

한섭(Sub Han)
대한민국
서울특별시 금천구 벚꽃로 254, 1301호(우편번호 08511)
전화 +82-2-870-8343

**11. 조사받을 자에게 할 질문(제3조(f)):**

별지 A 내지 E 참조.

**12. 증거가 선서 또는 확약 하에 제공되어야 한다는 요건(제3조(h)):**

본 법원은 질문이 선서 하에 질의되고 답변되도록 정중히 요청합니다.

**13. 따라야 할 특별한 방법 또는 절차(제3조(i)):**

본 법원은 증인들이 가능한 한 조속히 신문에 출석하도록 지시될 것을 정중히 요청합니다.

# 인천지방법원 부천지원

## 증인신문조서

(2026. 9. 11. 14:00 2차 심문조서의 일부)

| | | |
|---|---|---|
| 사 건 | 2026러3 사법공조(증거조사촉탁) | |
| 당 사 자 명 칭 | 이 름 | 최성욱 |
| | 생 년 월 일 | 1976. 1. 12. |
| | 주 소 | 부천시 원미구 중동로 108, 112동 1402호(중동, 중동팰리스카운티아파트) |

---

판사

증인에게 선서의 취지를 명시하고 위증의 벌을 경고한 다음, 별지 선서서에 의하여 선서를 하게 하였다.

증인에 대한 신문내용은 법정녹음시스템의 녹음파일(고유번호 : 000241-20260200000003-260911144434)과 같다.

| | | |
|---|---|---|
| 법 원 주 사 보 | 류 지 혜 | 전자서명완료 |
| 판 사 | 이 기 홍 | 전자서명완료 |

| 확인인 |
|---|
| 전자서명완료 |

# 인천지방법원 부천지원

## 녹 취 서 (요지)

| 사건번호 | 2026러3 |
|---|---|
| 기 일 | 2026. 9. 11. 14:00 |
| 장 소 | 제454호 법정 |
| 속기내용 | 증인 최성욱의 증언 |
| 총 면 수 | 14면 |
| 비 고 | |

민사소송규칙 제35조의 규정에 따라 작성한 녹취서를 붙임과 같이 제출합니다.

2026. 9. 11.

속기주사보 박 미 정 전자서명완료

※ 이 녹취서는 진술의 주요한 부분만을 정리하여 기재하는 방식으로 작성되었습니다.
※ 당사자나 증인 등은 이 녹취서에 적힌 사항에 대해 이의를 제기할 수 있습니다. 이의가 제기되면 법원사무관등이 그 이의의 취지를 이 녹취서 또는 별도의 서면에 기재하거나 이 녹취서 중 해당 부분을 정정하여야 합니다.

**피고 소송대리인**

먼저 용어 정의를 말씀드리겠습니다.

1. "Apple"은 Apple Inc.사를 의미합니다.

2. "LS전선"은 LS Cable & Systems Ltd.사 및 그 자회사, 사업부, 전신, 후신, 현·전 임원, 이사, 직원, 대리인, 대행자 및 그를 대신하여 행동하는 모든 자를 의미합니다.

3. "기재된 발명자"는 박동영, 문성욱, 최성욱, 권광희, 한섭 및 김정범을 의미합니다.

4. "쟁점 특허"는 미국 특허 제8,013,568호(CONTACT-LESS CHARGEABLE BATTERY AND CHARGING DEVICE, BATTERY CHARGING SET, AND CHARGING CONTROL METHOD THEROF)를 의미하며, 재심사 이전 형태(B2) 및 재심사 이후 형태(C1)를 모두 포함합니다.

5. "한국 가출원"은 KR20050069871을 의미합니다.

6. "한국 비가출원"은 한국 특허출원 제10-20060038960호(무 접점 충전 배터리 및 충전기, 이들을 포함하는 배터리충전 세트, 및 충전제어 방법)를 의미합니다.

7. "관련 출원"은 다음을 의미합니다. (1) 한국 가출원, (2) 한국 가출원의 우선권을 주장하는 모든 출원(쟁점 특허에 대한 출원 포함), (3) 쟁점 특허 또는 PCT/KR2006/001713과 관련된 계속출원, 부분계속출원, 분할출원, 재발행출원, 재심사출원, 심판출원 및 대체출원, (4) 전술한 어느 출원의 외국 대응출원, 등가 출원 및 연장 출원, (5) 전술한 어느 출원의 전체 심사이력.

8. "관련 특허"는 쟁점 특허 이외에 관련 출원으로부터 등록되거나 발생한 특허를 의미합니다.

9. "쟁점 청구항"은 LS전선이 Apple을 상대로 주장하는 쟁점 특허의 청구항을 의미합니다.

10. "선행기술"은 35 U.S.C. § 101 이하에서 사용되는 것과 동일한 의미를 가지며, 35 U.S.C. §102(또는 그 하위 조항) 및 35 U.S.C. § 103의 가장 넓은 의미에 포함되는 모든 사물, 특허, 공개자료, 공개, 판매 또는 기타 행위나 사건, 그리고 어떠한 개인 또는

주체가 관련 요청에서 특정된 특허의 무효성과 관련된 "선행기술"로 특정하였거나 관련이 있다고 한 모든 사물, 특허, 공개자료, 공개, 판매 또는 기타 행위나 사건을 포함합니다.

11. "및"과 "또는"이라는 단어는 나타나는 어느 곳에서든 연결적 및 분리적으로 모두 읽어야 하며, 이들 단어 중 어느 것도 정보 요청의 범위를 제한하는 것으로 해석되어서는 안 됩니다.

12. 어느 시제의 동사 사용은 모든 다른 시제의 동사 사용으로 해석되며, 단수형은 복수형을 포함하는 것으로 간주되고 그 역도 또한 같습니다. 명사 또는 대명사의 단수형 및 남성형은, 특정 문맥이 적절하게 만드는 바에 따라, 복수 및/또는 여성 또는 중성을 포용하며, 그와 같이 읽고 적용됩니다.

13. 문맥상 달리 요구되지 않는 한, "어느"와 "각"이라는 용어는 "모든"을 포함하고 포용합니다.

14. "포함한다" 또는 "포함하여"는 한정 없이 포함하는 것을 의미합니다.

15. "관련된다" 또는 "관련하여"는 논의되는 사항과 어떠한 방식으로든 논리적으로 또는 사실적으로 연결되는 것으로 구성되거나, 언급하거나, 반영하거나, 관련되거나, 존재하는 것을 의미합니다.

16. "사람"은 자연인 또는 법인을 의미하며, 이에는 개인, 법인, 사업체, 법률사무소, 합작투자, 조합, 개인사업자, 정부, 정부의 기관 또는 기구, 비법인 단체 및 협동조합이 포함됩니다.

**피고 소송대리인**

**증인에게**

문 증인의 전체 성명과 현재 직위를 진술해 주십시오.

답 제 이름은 최성욱이고, 현재 가톨릭대학교 바이오메디컬화학공학과 교수로 재직하고 있습니다.

문 현재 증인이 있는 그 대학교는 LS전선과 무슨 관계가 있나요.

답 전혀 관계없습니다.

문 증인이 취득한 모든 학위, 다닌 기관, 전공 분야, 재학 시기를 포함하여 증인의 학력을 기술해 주시기 바랍니다.

답 1994년도 연세대학교 화학공학과에 입학하여 2004년 박사학위를 받고, LS전선에 2004년 3월에 입사하여 2006년경 퇴사하였으며, 그 이후로 연세대학교에서 연구교수로 약 1년간 있다가, 2008년 미국 워싱턴유니버시티 인 세인트루이스에서 2년 6개월 정도 근무하고, 2010년 9월부터 가톨릭대학교에 임용되어 현재까지 재직하고 있습니다.

문 그렇다면 증인은 LS전선에 입사한 2004년부터 2005년 7월까지 LS전선에서 구체적으로 어떤 역할을 했나요.

답 처음에는 부품소재연구소에서 있다가 신사업팀에 발탁되어 신사업을 찾는 업무를 진행했고, 그 와중에 셀렉트 된 것이 Wireless Charger여서 그 개발 업무들을 진행하였습니다.

문 그럼 증인이 각 질의에서 비접촉식 배터리 충전 시스템 또는 관련 기술을 어느 정도 포함하여 일을 했나요.

답 LS전선에서 근무한 이력 외에는 Wireless Charger 관련된 일을 한 적은 없습니다.

문 그렇다면, LS전선에 계실 때 2004년부터 2005년 7월까지 사이에 구체적으로 LS전선에서 어떤 형식으로 어떤 방법으로 어떤 경위로 비접촉식 배터리 충전시스템에 관여하였나요.

답 방금 말씀드린 대로 LS전선에서 신사업 아이템을 찾는 프로젝트를 진행했습니다. 그래서 LS전선 연구소에서 몇 명이 차출되어서 팀을 꾸렸고요. 그전부터 신사업을 찾는 굉장히 많은 아이템 중에서 신사업을 할 만한 LS전선과 시너지를 낼 수 있는 아이템을 찾는 과정들이 계속 진행되었고, 수백수천 건의 아이템 중 계속적인 비교 평가를 통해서 몇 개의 아이템이 선정되었는데 그중 하나가 Wireless Charger입니다.

문 쟁점 특허로 이어진 주제에 관한 작업을 시작하였다고 증인이 주장하는 최초의 일자를

특정해 주십시오.

답 오래되어서 정확하게 기억나지 않지만, 아마 2004년 말경부터 신사업 아이템을 계속적으로 찾고 있었습니다.

문 그럼 증인이 발명자로 등재된 이유는 무엇인가요.

답 이 프로젝트는 제가 PR로서 진행하고 있었는데요. 처음에 여러 가지 무선 충전 기술들의 단점들이 눈에 보였습니다. 전력효율이 굉장히 안 좋고 발열 문제도 있어서 어떻게 하면 이런 문제들을 해결할 수 있을지 먼저 문제의식을 했고요. 송신부에서 주는 출력을 수신부가 받아서 어떻게든 송신부로 다시 정보를 전달해야 송신부에서 전력을 조정해서 발열이나 전력효율 같은 문제를 해결할 수 있을 것이라고 착안을 했고 그것들을 저희 팀원과 같이 구현했습니다.

문 증인이 지금 진술한 그 사항에 관련된 문서나 어떠한 자료를 가지고 있나요.

답 가지고 있지 않습니다.

문 쟁점 특허의 청구항이 증인이 착상한 발명을 기술하고 있다고 주장하는 것인가요.

답 예, 맞습니다.

문 증인이 그 발명을 구상했을 때 전압을 모니터링하고 모니터링한 결과를 무선으로 전송하는 마이크로프로세서를 포함하는 아이디어였나요.

답 예, 구성 자체는 마이크로프로세서가 포함되는 것으로 기억합니다.

문 증인이 착상한 발명인가요.

답 마이크로프로세서는 제가 착상하지 않았습니다.

문 그럼 누가 착상했나요.

답 마이크로프로세서는 제가 만든 것이 아닙니다.

문 그렇다면, 쟁점 특허에 반영된, 증인이 착상하였다고 하는 발명은 어떤 것인가요.

답 송신부에서 수신부로 적절한 전력을 줘야 되고, 그 적절한 전력을 모니터링을 통해서, 전압차가 되겠죠. 모니터링을 통해서 어떠한 방식으로 든 수신부로 그 모니터링 결과를 전송을 해야 송신부에서 적절한 출력을 높이든지 낮추든지 하는 출력을 제어할 수

있을 것이라고 생각하였습니다. 그에 대한 기본적인 착상을 아이디어를 제시하였습니다.

문 증인이 지금 기술한 것이 증인이 착상한 부분이라는 것인가요.

답 예, 그 부분을 다른 팀원들과 같이 공유하여 구체화하였습니다.

문 그럼 증인은 무선 충전의 일반적인 개념을 발명한 것은 아니지요.

답 발명하지 않았습니다.

문 증인은 비접촉식 충전 가능 배터리 자체를 발명한 것은 아닙니다, 맞지요.

답 예, 배터리를 발명한 것은 아닙니다.

문 증인이 발명하던 당시 이미 어떠한 무선 충전 기술들이 존재하였나요.

답 잘 아시다시피 전동칫솔이 비접촉식으로 전력을 송신하여 출력하는 것으로 알고 있습니다. 또 하나는 Splash power라는 회사에서 Splash Pad라는 제품이 있는 것으로 알고 있습니다.

문 기존의 어떤 무선 충전 기술이 서로 가변적 거리를 가진 충전기와 기기 간의 충전을 가능하게 하였나요.

답 전동칫솔은 완전히 고정된 상태여야만 했고, Splash Pad는 가변적인 거리를 두어도 충전이 가능한 것으로 알고 있습니다.

문 기존의 어떤 무선 충전 기술이 충전되는 기기에 공급되는 전압 및/또는 전류의 측정치에 기반하여 충전되는 기기에 피드백을 제공하였나요.

답 그런 장비는 당시에는 없는 것으로 알고 있습니다.

문 증인은 외부 비접촉식 충전 장치의 1차 코일로부터 발생한 자기장에 의해 고주파 교류가 유도되는 2차 코일을 포함하는 고주파 교류전류 유도부를 발명한 것은 아닙니다, 그렇지요.

답 예, 발명하지 않았습니다.

문 증인은 유도된 고주파 교류 전류를 수신하여 이를 직류 전류로 변환하는 정류기를 발명한 것은 아닙니다, 맞지요.

답 예, 발명하지 않았습니다.

문 증인은 직류 전류를 수신하여 정전압/정전류 모드로 배터리에 충전 전력을 공급하는 정전압/정전류 공급부를 발명한 것은 아닙니다, 그렇지요.

답 예, 아닙니다.

문 증인은 전압 검출기를 발명하지 않았습니다, 그렇지요.

답 전압 검출기를 발명하지는 않았습니다.

문 증인은 정전압/정전류 공급부의 양단 전압을 검출하여 비교하는 과전압 감시부를 발명한 것은 아닙니다, 그렇지요.

답 과전압 감시부 소재 자체를 개발한 것은 아닙니다.

문 증인은 외부 비접촉식 기기의 배터리를 충전하기 위한 자기장의 변화를 유도하기 위해 외부 비접촉식 충전 장치에 신호를 전송하는 마이크로프로세서를 발명하지 않았습니다, 그렇지요.

답 예, 마이크로프로세서를 발명하지 않았습니다.

문 증인은 전압 비교기를 발명하지 않았습니다, 그렇지요.

답 전압 비교기도 발명하지 않았습니다.

문 증인의 작업은 특허에 등록되었든 안 했든 관계없이 기존의 무선 충전 기술과 어떻게 달랐나요.

답 기존 무선 충전 기술은 Splash Pad 같은 경우에는 그때 아직 실제 제품이 없어서 인터넷이나 다른 정보를 통해서 얻을 수밖에 없는 한정이 있었는데, 그 Splash Pad는 여러 개의 코일이 어레이 되어서 어디에 휴대폰을 올려놓으면 그쪽 부분에 가장 가까운 코일이 자기장을 발생하여 휴대폰을 충전하는 것으로 알고 있습니다.

문 쟁점 특허의 청구항의 착상에 참여한 모든 사람을 특정해 주십시오.

답 권광희, 김정범, 한섭, 문성욱, 박동영, 그리고 저입니다.

문 증인이 특정한 쟁점 특허의 어느 청구항의 착상에 참여한 사람이 어느 사람인지, 그 착상에 어떠한 역할을 하였는지 진술해 주십시오.

답 그것은 오래돼서 기억이 나지 않지만, 여러 번의 회의를 통해서 아이디어를 모아서 구체화한 것으로 기억하고 있습니다.

문 그럼 증인이 청구된 발명에 대해서 구체적으로 기여한 바를 설명해 주십시오.

답 처음 전력효율이 떨어질 수 있는 문제점에 대해서 이야기했고, 어떻게든 수신부에서 충전되고 있는 전압이나 전류 같은 것들을 모니터링해서 송신부로 전달해야 된다는 아이디어를 구체화하였습니다.

문 쟁점 특허의 어느 청구항의 착상에 기여하였으나 기재된 발명자로 기재되지 않은 사람이 있는지요.

답 아니오. 없습니다.

문 그럼 증인은 과전압 감시부에 대한 아이디어를 생각해낸 것인가요.

답 과전압 감시부가 필요하다는 아이디어를 냈습니다.

문 쟁점 특허에 기술이 되고 청구된 과전압 감시부에 대한 증인의 이해가 어떠한지 기술해 주십시오.

답 정확하게는 지금 오래돼서 기억나지 않지만, 과전압 감시부라 하면 지금 적당한 전압과 전류로 충전이 되고 있는지를 전압 차이를 이용해서 모니터링함으로써 제어하는 것으로 이해하고 있습니다.

문 지금 증인이 설명한 그러한 과전압 모니터링 기능은 몇 개의 구성요소로 되어 있나요.

답 정확히 기억나지 않습니다.

문 그럼 그 과전압 모니터링부는 범용 마이크로프로세서와는 구분되는 구성요소라고 보나요.

답 범용 마이크로프로세서는 그 안에 어떤 로직을 심는지에 따라서 활용되기 때문에 다른 이야기입니다.

문 각 청구된 발명이 실제적이든 의제적이든 처음으로 실시화된 시기, 그리고 어떠한 방법으로 실시되었는지 알려주십시오.

답 제가 법률적 용어는 익숙하지 않아서 정확한 답변이 되는지 모르겠지만, 정확한 특정

시기는 특허 출원되기 전에 저희들이 아이디어를 통해서 전문가들이 이 정도의 로직이나 프로세스면 충분히 가동될 수 있고 실현가능성이 될 수 있다고 판단한 것으로 기억합니다.

문 그럼 청구된 발명을 실시화하는 데 실패한 시도들을 알려주십시오.

답 오래된 일이라서 잘 기억나지 않지만, 발명이라는 것은 항상 실패와 반복을 하게 되어 있습니다.

문 하나하나 특정하기 어려운가요.

답 기억나지 않습니다.

문 그럼 쟁점 특허에 청구된 주제의 개발과 관련하여 증인이 검토한 문서, 제품, 공개자료 또는 기타 자료 특정해서 말씀해 주십시오.

답 잘 기억나지 않습니다. 보통 인터넷을 통해서 관련 정보들을 수집한 것으로 기억합니다.

문 쟁점 특허에 청구된 어떤 주제가 한국 가출원의 출원 이전에 공개적으로 개시된 바 있나요.

답 없습니다.

문 증인은 Wireless Power Consortium의 어떠한 활동에 참여한 적이 있나요.

답 아니오. 없습니다.

문 증인은 Qi Standard의 개발, 작성 또는 채택에 관여한 적이 있나요.

답 아니오. 없습니다.

문 LS전선은 이 Wireless Power Consortium에 참여했나요.

답 잘 모르겠습니다. 퇴사 이후의 일이지 않을까 싶은데요. 기억나지 않습니다.

문 증인은 쟁점 특허가 어떤 표준에 필수적이거나 필수적이었다고 주장하는 것인가요.

답 잘 모르겠습니다.

문 그렇게 주장한 바가 없나요.

답 어떤 표준인지 모르니까 주장할 수 없습니다.

문 그럼 Qi Standard를 포함하되 이어 한정되지 않고 어떤 표준에 필수적이거나 필수적이었다고 증인이 생각하는 쟁점 특허의 청구항은 없는 셈인가요.

답 QI가 무엇인지 잘 모릅니다. 이것과 관련해서 어떤 표준도 정확하게 숙지하고 있지 않습니다.

문 증인은 이 특허든 아니면 관련 다른 특허든 그 출원의 준비에 관여하였나요.

답 예, 당연히 특허를 내기 위한 정보들을 제공하고 그렇게 진행하였습니다.

문 증인이 준비한 관련 출원의 어떠한 출원에 대해서 증인이 관여하였나요.

답 LS전선에서 제가 발명자로 들어간 출원 모두에 대해서 관여하였습니다.

문 그럼 증인은 어떠한 형태로 어떤 방식으로 관여하였나요.

답 발명자로 참여하였습니다.

문 그렇다면 증인은 출원명세서의 어느 부분을 작성하거나 검토하였고, 초안에 관해서 의견을 제공한 바 있나요.

답 특허 작성을 위해서 기본적인 데이터들이나 그런 것들을 제공한 것으로 기억합니다.

문 증인이 그와 같은 활동을 한 일자를 정확하게 알려줄 수 있나요.

답 기억나지 않습니다.

문 증인은 관련 출원의 심사과정에 관여하였나요.

답 심사과정에는 관여하지 않았습니다.

문 기재된 발명 목록이 어떻게 결정되었는지 정황을 설명해 주십시오.

답 Wireless Charger 개발을 위한 팀원들이 회의에 참여하고 실제적인 개발에 참여한 연구원들이 모두 다 포함된 것으로 알고 있습니다.

문 그럼 발명자 자격을 결정하는 데 사용된 기준이 있나요.

답 이 본 발명에 대해서 기여한 분들은 모두 다 들어가 있는 것으로 알고 있습니다.

문 기재된 발명자로 기재되어 있지 않은 어떤 사람에 의해서 발명자 자격이 있다는 주장이 있었나요.

답 전혀 없었습니다.

문 증인이 참여하였거나 인지하였던 발명과 관련해서 발명자 자격에 관한 분쟁이나 논의가 있었던 것이 있나요.

답 전혀 없습니다.

문 증인은 2020년 보충발명자 선서서에 서명하였나요. Supplemental Inventor's Oath라고 되어 있습니다.

답 그것이 그것인지 모르겠으나 LS전선 측에서 서명을 한 번 받으러 온 적이 있는 것으로 기억합니다.

문 그래서 LS전선에서 가져온 그 문서에 서명하였나요.

답 예.

문 그 서명과 관련해서 발명가의 시각에서 볼 때 마이크로프로세서와 과전압 모니터링부가 동일한 것인가요.

답 전공자가 아니어서 답변드리기 곤란할 것 같습니다.

문 한국 가출원에 게시된 주제를 기술해 주십시오.

답 정확하게 기억나지 않습니다.

문 한국 가출원에 게시된 주제가 증인이 생각해낸 발명을 정확하게 기술되어 있나요.

답 그럴 것으로 판단합니다.

문 한국 가출원에 마이크로프로세서라는 용어가 어디에 등장하는지 아나요.

답 아니오. 알지 못합니다. 그런데 이러한 로직들을 돌리려면 마이크로프로세서가 필요한 것으로 알고 있습니다. 아마도 청구항의 구성요소에 포함되어 있지 않을까 싶습니다.

문 지금 기억이 정확하게 나지 않는 것인가요.

답 지금 기억이 정확하게 나지는 않습니다.

문 그 한국 가출원에 기재된 주제가 결국 증인이 생각한 대로 그대로 기술되어 있었나요.

답 예, 그럴 것이라고 판단합니다.

문 어느 관련 출원의 심사과정 이전이나 심사 과정 중에 증인이 인지하고 있었던 선행기술을 열거해 주십시오.

답 앞서 말씀드린 대로 전동칫솔하고 Splash Pad, 이렇게 2개에 대해서 인식하고 있었습니다.

문 그럼 지금 말씀하신 그런 선행기술은 미국 특허청에 공개되었나요.

답 알지 못합니다.

문 증인이 앞서 진술한 그 선행기술을 어떻게 알게 되었나요.

답 인터넷을 통해서 신사업을 찾는 와중에 알게 되었습니다.

문 각 선행기술 항목이 쟁점 특허된 청구된 발명과 어떻게 관련되는지 증인이 이해한 바를 진술해 주십시오.

답 저희 특허는 그 Splash Pad의 방식과는 굉장히 다릅니다. 왜냐하면 제가 지금 기억하기로는 Splash Pad의 충전방식은 여러 개의 작은 코일들이 어레이가 되어 있고 휴대폰이 올라오면 이 휴대폰이 어디에 있는지를 찾기 위해서 그 코일들을 하나하나씩 전력을 조금 송신해서 받으면 그 위치에 있다고 판단해서 그쪽 코일만 지속적으로 작동을 해서 충전되는 것으로 알고 있습니다. 하지만 이런 방식들은 효율이 극도로 낮고, 조금만 위치가 어긋나더라도 지속적으로 전력을 송신하기 때문에 발열 같은 문제가 전력효율의 문제가 굉장히 심각합니다. 이 문제를 해결하기 위해서 지금 쟁점 특허인 이런 내용들이 개발된 것입니다.

문 증인이 관여하였거나 인지하였던 선행기술을 특정하기 위해 수행된 조사들을 알려주십시오.

답 주로 인터넷이었습니다.

문 증인은 Splash Pad를 알고 있다고 하였지요.

답 예.

문 그렇다면, 그 Splash Pad 제품을 증인이 인지하게 된 정황을 알려주십시오.

답 앞서 말씀드린 대로 신사업을 찾는 와중에 Wireless Charger라는 것들이 있었고, 저희 LS전선에서 전선업체이기 때문에 그 안에 핵심부품이 코일입니다. 그래서 저희 회사와 시너지가 굉장히 있을 것이라고 판단해서 그 아이템을 계속적으로 찾아보았고, 인터넷

을 서치하던 중에 Wireless Charger를 그때 알게 된 것 같습니다.

문 언제 알게 되었나요.

답 정확하게 특정할 수 없지만, 2004년 말경, 2005년 초경일 것 같습니다.

문 그럼 이 사건 쟁점 특허 출원을 할 때 그 Splash power에 대한 정보를 미국 특허청에 게시하였나요.

답 정확하게 알지 못합니다.

문 증인은 2005년 7월 29일 이전에 쟁점 특허에 청구된 발명의 판매나 판매 청약을 알고 있나요.

답 아니오. 없는 것으로 알고 있습니다.

문 증인은 2005년 7월 29일 이전에 미국에서 쟁점 특허에 청구된 발명의 제조 또는 그 사용을 알고 있나요.

답 없는 것으로 알고 있습니다.

문 증인은 2005년 7월 29일 이전에 쟁점 특허에 청구된 발명을 구현한 제품의 수입에 대해 알고 있나요.

답 없습니다.

문 증인은 2005년 7월 29일 이전에 청구된 주제를 개시하는 공개 자료를 알고 있나요.

답 공개 자료는 없었습니다.

문 증인은 2005년 7월 29일 이전에 동일한 주제와 관련하여 전 세계 어디라도 제출된 특허출원을 알고 있나요.

답 없습니다. 없는 것으로 알고 있습니다.

문 증인이 LS전선의 어떠한 금전적인 이해관계를 가지고 있나요.

답 전혀 없습니다.

문 증인은 Apple을 상대로 한 LS전선 사건(LS Cable & System Ltd. v. Apple Inc., 사건번호 3:24-cv-09194-JD, 캘리포니아 북부지구)의 결과에 어떠한 금전적 이해관계를 가지고 있나요.

답 금전적 이해관계는 없습니다.

문 증인은 법원으로부터 문서제출명령 관련된 신문서를 받아본 적이 있지요.

답 예.

문 그 법원의 신문서에 지정되어 있는 문서를 수집하거나 보유하고 있나요.

답 전혀 아닙니다.

문 앞서 마이크로프로세서가 여러 가지 일을 할 수 있다고 답변하였는데, 마이크로프로세서는 과전압 모니터링 장치가 할 수 없는 다른 어떠한 일도 할 수가 있다는 것인가요.

답 마이크로프로세서는 굉장히 범용적인 부품입니다. 그 안에 어떤 프로그램 로직을 넣는지 응용에 따라서 무한정으로 확대될 수 있습니다. 끝.

# 선 서

양심에 따라 숨기거나 보태지 아니하고
사실 그대로 말하며,
만일 거짓말을 하면
위증의 벌을 받기로
맹세합니다.

증인 ㉑ (또는 서명)

# 증인 인적사항

사 건 : 2026러3

담당재판부 : 부천지원 21단독

**[증인의 표시]**

성명 : 최성욱

주소 : 경기도 부천시 중동로 108 112-1402

주민등록번호(앞자리만 기재) : 760112

2026. 9. 11

증인 최성욱 (서명 또는 날인)

(박동영) 350
(황성욱) 354
(최성욱) 355
(천광희) 356
(한성) 357

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LS CABLE & SYSTEM LTD.,<br>Plaintiff,<br>v.<br>APPLE INC.,<br>Defendant. | Case No. 24-cv-09194-JD<br><br>**ORDER RE ISSUANCE OF LETTERS OF REQUEST** |

Pursuant to the parties' stipulation, Dkt. No. 71, the Court will issue the letters of request. Signed versions of Apple's letters of request, Dkt. Nos. 71-1 and 71-2, will be filed on the docket. The Clerk of Court is directed to prepare two certified copies bearing the seal of the court for Apple to pick up at the Clerk's Office, 16th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: April 8, 2026

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California

by: ______
Deputy Clerk

Date: 04/10/2026

United States District Court
Northern District of California

MORNINGSIDE
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2026/04/23**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- English (USA)

To:

- Korean

The documents are designated as:

- 'LS Cable_20260410_Letter of Request for Testimony and Documents.pdf'

Samuel Wu, Managing Director of this company, attests to the following:
"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Samuel Wu

Signature of **Samuel Wu**, Managing Director



299 South Main Street, Suite 1300
Salt Lake City, UT 84111

연방지방법원

캘리포니아 북부지구

| | |
|---|---|
| LS전선 주식회사,<br>원고,<br><br>대<br><br>APPLE INC.,<br>피고. | 사건번호 24-cv-09194-JD<br><br>**촉탁서 발부에 관한 명령** |

당사자들의 합의(Dkt. No. 71)에 따라, 본 법원은 촉탁서를 발부합니다. Apple의 촉탁서 서명본(Dkt. Nos. 71-1 및 71-2)은 기록에 등재될 것입니다. 법원서기에게 Apple이 Clerk's Office, 16th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102에서 수령할 수 있도록 법원 인장이 찍힌 인증 사본 2부를 준비할 것을 지시합니다.

**이에 명합니다.**

일자: 2026년 4월 8일

본인은 첨부된 문서가 본인 사무실에 보관된 원본의 진정하고 정확한 사본임을 이에 증명합니다.

증명:
Mark B. Busby
법원서기, 연방지방법원
캘리포니아 북부지구

담당 ______
부서기

일자: [illegible]

James Donato
연방지방법원 판사

# 별지 1

RICHARD S.J. HUNG(CA SBN 197425)
rhung@mofo.com
SHAELYN K. DAWSON(CA SBN 288278)
shaelyndawson@mofo.com
MEREDITH L. ANGUEIRA(CA SBN 333222)
mangueira@mofo.com
TANNYR M. PASVANTIS(CA SBN 353511)
tpasvantis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
전화: (415) 268-7000
팩스: (415) 268-7522

RYAN J. MALLOY(CA SBN 253512)
rmalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
전화: (213) 892-5200
팩스: (213) 892-5454

피고 APPLE INC.의 대리인

연방지방법원

캘리포니아 북부지구

샌프란시스코 지부

| | |
|---|---|
| LS전선 주식회사, 원고.<br><br>대<br><br>APPLE INC.,<br><br>피고. | 사건번호 3:24-cv-09194-JD<br><br>**해외 증거조사에 관한 헤이그협약에 따른 이의 없는 촉탁서** |

신청인/촉탁 기관:

연방지방법원
캘리포니아 북부지구
450 Golden Gate Avenue
San Francisco, California 94102
미합중국

피촉탁국 중앙당국:

법원행정처
수신: 국제담당관
대한민국
서울
서초구
서초대로 219(우편번호 06590)

이행된 촉탁서를 반송받을 자:

Shaelyn K. Dawson
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
미합중국

촉탁 기관이 촉탁서에 대한 회신 수령을 요구하는 일자의 명시:

가능한 한 조속히.

* * *

연방지방법원 캘리포니아 북부지구는 대한민국 법원행정처의 관할 사법당국에 경의를 표하며, 원고 LS전선 주식회사(이하 "LS전선")가 펴고 Apple Inc.(이하 "Apple")를 상대로 주장하고 있는 미국 특허 제8,013,568호(이하 "'568 특허")의 발명자들에게 별지 A 내지 E에 기재된 질문에 답변하도록 강제하기 위한 국제 사법공조를 요청합니다.

본 법원은 민사 또는 상사 사건에 있어서 해외에서의 증거조사에 관한 1970년 3월 18일 헤이그협약에 따라 본 문서에 기재된 공조를 요청하며, 동 협약은 미합중국에서 28 U.S.C. § 1781에 의해, 그리고 대한민국에서 각각 채택·시행되고 있습니다. 연방지방법원 캘리포니아 북부지구는 본 소송절차에 대해 적법한 관할권을 가지는 법률 및 형평법상의 관할 법원이며, 그 관할 내에서 증인의 출석을 강제할 권한을 보유합니다.

촉탁된 증언은 위 표제의 특허침해 소송에서 사용될 예정이며, 본 법원의 견해로는 '568 특허의 유효성 및 동 소송에서 LS전선이 Apple로부터 회수할 수 있는 손해배상액(있을 경우)과 관련하여 매우 중요한 의미를 가질 것입니다.

(c) **사건명 및 사건번호:**

LS Cable & System Ltd. v. Apple Inc., 사건번호 3:24-cv-09194-JD, 캘리포니아 북부지구(이하 "Apple 사건").

6. **당사자 및 그 대리인의 성명과 주소(촉탁국 내 대리인 포함)(제3조(b))**

(a) **당사자 및 그 대리인의 성명과 주소(제3조(b)):**

i. 본 사건의 원고는 LS전선 주식회사이며, 주소는 대한민국 경기도 안양시 동구 호계동 1026-6 LS타워(우편번호 431-080)입니다.

ii. LS전선 주식회사의 대리인은 미합중국 K&L Gates LLP(4 Embarcadero Center, Suite 1200, San Francisco, CA 94111)입니다.

iii. 본 사건의 피고는 미합중국 Apple Inc.(One Apple Park Way, Cupertino, California 95014)입니다.

iv. 피고 Apple Inc.의 대리인은 다음과 같습니다.

- Richard S.J. Hung, Shaelyn K. Dawson, Meredith L. Angueira, Tannyr M. Pasvantis - 미합중국 Morrison & Foerster LLP(425 Market Street, San Francisco, California 94105) 소속.

- Ryan Malloy - Morrison & Foerster LLP(707 Wilshire Boulevard, Los Angeles, California 90017-3543) 소속.

(b) **기타 당사자 및 그 대리인(제3조(b)):**

없음.

7. **절차의 성격 및 목적, 그리고 관련 사실(제3조(c)):**

Apple 사건은 LS전선이 Apple이 미국 특허 제8,013,568호(이하 "'568 특허")를 침해한다고 주장하는 민사소송입니다. '568 특허는 부션 피드백 제어 수단에 의한 과전압 상태의 해결을 위한 배터리 충전 회로 및 방법을 기술한다고 표방합니다. '568 특허는 박동영, 문성욱, 최성욱, 권광희, 한섭(Sub Han) 및 김정범을 발명자로 기재하고 있습니다. LS전선은 위 기재된 발명자들이 쟁점 특허에 관한 자신들의 권리를 LS전선에 양도하였고, LS전선이 현재 쟁점 특허의 소유자라고 주장합니다.

Apple은 특정 제품들을 제조·판매하고 있으며(또는 과거에 제조·판매하였으며), 이에는 다음의 제품들이 포함되나 이에 한정되지 아니합니다. Apple iPhone 기기: iPhone 8, iPhone 8 Plus, iPhone X, iPhone XS, iPhone XS Max, iPhone XR, iPhone 11, iPhone 11 Pro, iPhone 12, iPhone 12 Mini, iPhone 12 Pro, iPhone 12 Pro Max, iPhone 13, iPhone 13 Mini, iPhone 13 Pro, iPhone 13 Pro Max, iPhone 14, iPhone 14 Plus, iPhone 14 Pro, iPhone 14 Pro Max, iPhone 15, iPhone 15 Plus, iPhone 15 Pro, iPhone 15 Pro Max, iPhone 16, iPhone 16 Plus, iPhone 16 Pro, iPhone 16 Pro Max, iPhone 17, iPhone 17 Air, iPhone 17 Pro, iPhone 17 Pro

Max, 각종 iPhone SE 세대. Apple AirPods 기기: AirPods 1세대, AirPods 2세대, AirPods 3세대, AirPods Pro 2, AirPods 3, AirPods 4, 그리고 액티브 노이즈 캔슬레이션 기능이 있는 AirPods 4(이하 총칭하여 "Apple 시스템"). LS전선은 Apple이 Apple 시스템을 제조, 사용, 판매 청약, 수입 및/또는 판매함으로써 '568 특허를 침해한다고 주장합니다.

Apple은 '568 특허가 무효이며 Apple이 동 특허를 침해하지 않는다고 주장합니다. Apple은 나아가 '568 특허가 유효하고 침해되었다고 하더라도, LS전선이 받을 수 있는 손해배상은 제한적이라고 주장합니다.

**8. 취해야 할 사법 조치(제3조(d)):**

본 법원이 이 민사소송을 신속하고 공정하며 효율적인 방식으로 해결할 수 있도록 돕기 위해, 본 법원은 피촉탁 당국이 '568 특허의 기재된 발명자들(아래 기재)에게 별지 A 내지 E에 기재된 질문에 답변하도록 하는 명령을 발령해 주실 것을 정중히 요청합니다.

**9. 요청된 사법 조치의 목적**

본 문서에 특정된 증인들은 Apple을 상대로 주장된 '568 특허의 발명자들로 특정됩니다. '568 특허의 기재된 발명자로서, 이 증인들은 '568 특허로 이어진 기술의 연구개발, 미국 특허상표청(USPTO)에서의 특허 심사, 청구된 주제의 범위, 청구된 주제와 관련된 선행기술의 존재 및 그에 대한 인식 등에 관한 중요한 정보를 보유하고 있습니다. 그들의 답변은 위 표제 사건의 재판에서 Apple의 항변, 반소 및 손해배상 주장을 뒷받침하기 위해 사용될 것입니다. 이러한 용도의 일부는 아래에 기술되어 있습니다.

'568 특허가 무효라는 항변을 제시하기 위해, 그리고 특허가 진정한 발명자를 잘못 기재한 이유로 미국법상 무효로 판단될 수 있기 때문에, Apple은 '568 특허의 청구된 주제에 대한 각 개인의 발명적 기여와 관련된 정보를 구합니다.

'568 특허의 최초 출원일 이전에 존재했던 선행기술(미국 특허법상 허용되는 더 이른 일자가 아님)에 의해 '568 특허가 무효라는 항변을 제시하기 위해, Apple은 발명자들이 '568 특허의 청구된 주제를 착상하였다고 주장하는 일자, 동 주제가 실시화된 일자, 그리고 착상일로부터 실시화일까지의 합리적으로 계속된 활동에 관한 사실 및 정황과 관련된 정보를 구합니다.

'568 특허로 이어진 미국 국내단계 비가출원의 최초 출원일 이전에 존재했던 선행기술(즉 '568 특허로 이어진 가출원 또는 한국 출원의 최초 출원일 이전이 아님)에 의해 '568 특허가 무효라는 항변을 제시하기 위해, Apple은 '568 특허 대비 가출원 및 한국 출원의 내용과 범위에 관한 정보를 구합니다.

'568 특허가 타인에 의해 발명되었기 때문에 무효라는 항변을 제시하기 위해, Apple은 주장된 청구항의 청구된 주제를 착상하게 된 사실과 정황에 관한 정보를 구합니다.

'568 특허가 선행기술에 의해 무효라는 항변을 제시하기 위해, Apple은 선행기술의 존재 및 범위에 관한 정보를 구합니다.

'568 특허의 출원인이 미국 특허상표청에서 부적절한 행위(inequitable conduct)를 행하였기 때문에 '568 특허가 집행 불가능하다는 항변을 제시하기 위해, Apple은 '568 특허로 이어진 출원이 제출될 당시 기재된 발명자들이 알고 있던 선행기술과 관련된 정보를 구합니다.

'568 특허가 선행기술에 의해 무효이며 침해되지 않았다는 항변을 제시하기 위해, Apple은 '568 특허에 기술된 주장된 발명의 범위에 관한 기술적 정보를 구합니다.

'568 특허의 주장된 침해로 인해 귀속되는 적절한 손해배상액에 관한 Apple의 입장을 뒷받침하기 위해, Apple은 '568 특허와 관련된 금전적·가치적 정보를 구하며, 이에는 증인들이 그들의 주장된 발명과 관련하여 받은 금전 및 '568 특허의 근간이 되는 가치에 대한 그들의 인식이 포함됩니다.

본 법원은 증인들이 별지 A 내지 E에 기재된 바와 같이 Apple 및 그 변호인이 원하는 질문에 답변하도록 지시될 것을 정중히 요청합니다.

본 법원은 Apple의 한국 변호인이 별지 A 내지 E에 기재된 주제와 관련된 추가 질문을 증인(들)에게 할 수 있도록 허용해 주실 것을 정중히 요청합니다.

본 법원은 대한민국 민사소송법에 따라 Apple의 한국 변호인에 의한 직접신문 및 재직접신문이 허용될 것을 정중히 요청합니다.

본 법원은 절차가 속기사에 의해 기록될 것을 정중히 요청합니다.

본 법원은 절차의 녹취가 위 기재된 바와 같이 본 법원 및 당사자들의 대리인에게 전자적 형태로 제공될 것을 정중히 요청합니다.

본 법원은 어느 당사자 또는 변호인을 위한 동시통역(예: 위스퍼링 통역)이 해당 당사자의 비용으로 허용될 것을 정중히 요청합니다.

연방증거규칙 준수를 위해 발생하는 비용(법원 기록, 비디오 녹화, 동시통역)은 헤이그협약의 규정에 따라 Apple의 부담으로 합니다.

나아가, 확보될 증거의 중요성에 비추어, 본 촉탁들이 최고의 고려를 받을 것을 요청합니다.

증인들에 의해 제공된 답변이 성격상 비밀이라고 간주되는 범위 내에서, 본 사건에는 그러한 증인의 비밀을 보호하기 위한 보호명령(protective order)이 존재합니다. 요청이 있을 경우, 보호명령은 별도로 제공될 것입니다.

본 촉탁서의 어느 요청이 수용될 수 없는 범위 내에서, 본 촉탁의 이행은 적용 법에 따라 수행되어야 하며, 본 촉탁서의 일부가 수용될 수 없다는 사실이 나머지 부분의 이행에 영향을 미쳐서는 안 됩니다.

**14. 촉탁 이행 시간 및 장소의 통지와 통지받을 자의 신원 및 주소 요청(제7조)**

Apple의 한국 변호인(김·장 법률사무소 박성수 변호사, Crescendo Building, 대한민국 서울특별시 종로구 새문안로 75(우편번호 03182), 전화 +82-2-3703-1870, seongsoo.park@kimchang.com. 김·장 법률사무소 최수정 변호사, Crescendo Building, 대한민국 서울특별시 종로구 새문안로 75(우편번호

본 촉탁은, 이로 인해 어떠한 자도 범죄를 저지르거나 본 소송이 대한민국에서 진행되는 경우에 받게 될 조사보다 더 광범위한 형태의 조사를 받도록 요구하지 아니한다는 이해하에 이루어집니다. 본 법원은 그 권한의 적법한 행사를 통해, 촉탁된 증언은 대한민국 법원행정처의 개입 없이는 확보될 수 없다고 판단하였습니다.

**1. 발신인**

미합중국 연방지방법원 캘리포니아 북부지구(450 Golden Gate Avenue, San Francisco, California 94102), 동 법원의 James Donato 판사.

**2. 피촉탁국 중앙당국:**

법원행정처, 수신: 국제담당관, 대한민국 서울 서초구 서초대로 219(우편번호 06590).

**3. 이행된 촉탁서를 반송받을 자 및 반송 기한:**

이행된 촉탁서는 미합중국 연방지방법원 캘리포니아 북부지구(450 Golden Gate Avenue, San Francisco, California 94102), 동 법원의 James Donato 판사 앞으로 반송되어야 합니다.

**4. 촉탁 기관이 촉탁서에 대한 회신 수령을 요구하는 일자의 명시**

2026년 8월 1일

**5. 협약 제3조에 따라, 아래 서명한 신청인은 다음과 같은 촉탁을 제출하는 영광을 가집니다.**

**(a) 촉탁국인 미합중국의 촉탁 사법당국(제3조(a)):**

미합중국 연방지방법원 캘리포니아 북부지구(450 Golden Gate Avenue, San Francisco, California 94102), 동 법원의 James Donato 판사.

**(b) (제3조(a))의 관할 당국 앞**

대한민국

03182), 전화 +82-2-3703-1526, soojung.choi@kimchang.com)에게 본 촉탁이 이행될 일자와 장소 또는 촉탁과 관련된 문제점에 관해 가능한 한 조속히 통지될 것을 요청합니다. 나아가, 가능하다면 이행 예정일의 최소 15일 전에 위 변호인들에게 통지가 제공될 것을 요청합니다.

**15. 촉탁서 이행 시 촉탁 당국 사법 인력의 참석 또는 참여 요청(제8조)**

사법 인력의 참석은 요청하지 않습니다.

**16. 책임 및 상환 가능한 수수료와 비용(제14조):**

헤이그협약 제14조에 따라 상환 가능한 발생 수수료 및 비용은 Apple이 부담합니다. 미지급액에 대한 청구서는 위 제6항(a)(iv)에 기재된 주소로 Morrison & Foerster를 거쳐 Apple에 송부되어야 합니다.

**17. 상호주의:**

미국 법원은 법령(미국법전 제28편 제1782조 참조)에 의해 대한민국 법원에 유사한 공조를 확장할 권한을 부여받았으며, 대한민국 법원이 보여준 호의에 기꺼이 상호 응답할 것입니다. 연방지방법원 캘리포니아 북부지구는 대한민국 사법당국에 최고의 경의를 표합니다.

일자: San Francisco, California
2026년 4월 8일

James Donato
연방지방법원 판사

[법원 인장]

본인은 첨부된 문서가 본인 사무실에 보관된 원본의 진정하고 정확한 사본임을 이에 증명합니다

증명:
Mark B. Busby
법원서기, 연방지방법원
캘리포니아 북부지구

담당: [signature]
부서기
일자: 2026년 4월 10일

일자: 2026년 3월 26일

RICHARD S.J. HUNG
SHAELYN K. DAWSON
RYAN J. MALLOY
MEREDITH L. ANGUEIRA
TANNYR M. PASVANTIS
MORRISON & FOERSTER LLP

서명: /s/ Shaelyn Dawson
SHAELYN K. DAWSON

피고 APPLE INC.의 대리인

**별지 A(박동영)**

피고들은 박동영에게 아래 특정된 질문들 및 답변으로부터 발생할 수 있는 후속 질문들을 하도록 정중히 요청합니다.

**정의 및 지시사항**

1. "Apple"은 Apple Inc.를 의미합니다.

2. "LS전선"은 LS Cable & Systems Ltd. 및 그 자회사, 사업부, 전신, 후신, 현·전 임원, 이사, 직원, 대리인, 대행자 및 그를 대신하여 행동하는 모든 자를 의미합니다.

3. "기재된 발명자"는 박동영, 문성욱, 최성욱, 권광희, 한섭(Sub Han) 및 김정범을 의미합니다.

4. "쟁점 특허"는 미국 특허 제8,013,568호를 의미하며, 재심사 이전 형태(B2) 및 재심사 이후 형태(C1)를 모두 포함합니다.

5. "한국 가출원"은 KR20050069871을 의미합니다.

6. "한국 비가출원"은 한국 특허출원 제10-20060038960호를 의미합니다.

7. "관련 출원"은 다음을 의미합니다. (1) 한국 가출원, (2) 한국 가출원의 우선권을 주장하는 모든 출원(쟁점 특허에 대한 출원 포함), (3) 쟁점 특허 또는 PCT/KR2006/001713과 관련된 계속출원, 부분계속출원, 분할출원, 재발행출원, 재심사출원, 심판출원 및 대체출원, (4) 전술한 어느 출원의 외국 대응 출원, 등가 출원 및 연장 출원, (5) 전술한 어느 출원의 전체 심사이력.

8. "관련 특허"는 쟁점 특허 이외에 관련 출원으로부터 등록되거나 발생한 특허를 의미합니다.

9. "쟁점 청구항"은 LS전선이 Apple을 상대로 주장하는 쟁점 특허의 청구항을 의미합니다.

10. "선행기술"은 35 U.S.C. § 101 이하에서 사용되는 것과 동일한 의미를 가지며, 35 U.S.C. § 102(또는 그 하위 조항) 및 35 U.S.C. § 103의 가장 넓은 의미에 포함되는 모든 사물, 특허, 공개자료, 공개, 판매 또는 기타 행위나 사건, 그리고 어떠한 개인 또는 주체가 관련 요청에서 특정된 특허의 무효성과 관련된 "선행기술"로 특정하였거나 관련이 있다고 한 모든 사물, 특허, 공개자료, 공개, 판매

11. 또는 기타 행위나 사건을 포함합니다.

12. "및"과 "또는"이라는 단어는 나타나는 어느 곳에서든 연결적 및 분리적으로 모두 읽어야 하며, 이들 단어 중 어느 것도 정보 요청의 범위를 제한하는 것으로 해석되어서는 안 됩니다.

13. 어느 시제의 동사 사용은 모든 다른 시제의 동사 사용으로 해석되며, 단수형은 복수형을 포함하는 것으로 간주되고 그 역도 또한 같습니다. 명사 또는 대명사의 단수형 및 남성형은, 특정 문맥이 적절하게 만드는 바에 따라, 복수 및/또는 여성 또는 중성을 포용하며, 그와 같이 읽고 적용됩니다.

14. 문맥상 달리 요구되지 않는 한, "어느"와 "각"이라는 용어는 "모든"을 포함하고 포용합니다.

15. "포함한다" 또는 "포함하여"는 한정 없이 포함하는 것을 의미합니다.

16. "관련된다" 또는 "관련하여"는 논의되는 사항과 어떠한 방식으로든 논리적으로 또는 사실적으로 연결되는 것으로 구성되거나, 언급하거나, 반영하거나, 관련되거나, 존재하는 것을 의미합니다.

17. "사람"은 자연인 또는 법인을 의미하며, 이에는 개인, 법인, 사업체, 법률사무소, 합작투자, 조합, 개인사업자, 정부, 정부의 기관 또는 기구, 비법인 단체 및 협동조합이 포함됩니다.

<u>**조사 질문: 박동엽**</u>

1. 귀하의 전체 성명과 현재 직위를 진술해 주십시오.

2. 취득한 모든 학위, 다닌 기관, 전공 분야, 재학 일자를 포함하여 귀하의 학력을 기술해 주십시오.

3. 고용주, 직책, 담당 업무 및 고용 일자를 포함하여 귀하의 전체 고용 이력을 기술해 주십시오.

4. 각 직위에 대해, 귀하의 업무가 비접촉식 배터리 충전 시스템 또는 관련 기술을 어느 정도 포함하였는지 설명해 주십시오.

5. 쟁점 특허로 이어진 주제에 관한 작업을 시작하였다고 귀하가 주장하는 최초의 일자를 특정해 주십시오.

6. 쟁점 특허의 청구항이 귀하가 착상한 발명을 기술하고 있다고 주장하십니까, 예 또는 아니요?

7. 그렇다면, 쟁점 특허에 반영된, 귀하가 착상하였다고 주장하는 발명을 기술해 주십시오.

8. 귀하는 무선 충전의 일반적인 개념을 발명하지 않았습니다, 맞습니까?

9. 귀하는 비접촉식 충전 가능 배터리를 발명하지 않았습니다, 맞습니까?

10. 귀하의 발명 당시, 이미 어떠한 무선 충전 기술들이 존재하였습니까?

11. 기존의 어떤 무선 충전 기술이 서로 가변적 거리를 가진 충전기와 기기 간의 충전을 가능하게 하였습니까?

12. 기존의 어떤 무선 충전 기술이 충전되는 기기에 공급되는 전압 및/또는 전류의 측정치에 기반하여 충전되는 기기에 피드백을 제공하였습니까?

13. 귀하는 외부 비접촉식 충전 장치의 1차 코일로부터 발생한 자기장에 의해 고주파 교류 전류가 유도되는 2차 코일을 포함하는 고주파 교류 전류 유도부를 발명하지 않았습니다, 맞습니까?

14. 귀하는 유도된 고주파 교류 전류를 수신하여 이를 직류 전류로 변환하는 정류기를 발명하지 않았습니다, 맞습니까?

15. 귀하는 직류 전류를 수신하여 정전압/정전류 모드로 배터리에 충전 전력을 공급하는 정전압/정전류 공급부를 발명하지 않았습니다, 맞습니까?

16. 귀하는 전압 검출기를 발명하지 않았습니다, 맞습니까?

17. 귀하는 정전압/정전류 공급부의 양단 전압을 검출하는 과전압 감시부를 발명하지 않았습니다, 맞습니까?

18. 귀하는 외부 비접촉식 기기의 배터리를 충전하기 위한 자기장의 변화를 유도하기 위해 외부 비접촉식 충전 장치에 신호를 전송하는 마이크로프로세서를 발명하지 않았습니다, 맞습니까?

19. 귀하는 전압 비교기를 발명하지 않았습니다, 맞습니까?

20. 귀하의 작업은 기존의 무선 충전 기술과 어떻게 달랐습니까?

21. 쟁점 특허의 어느 청구항의 착상에 참여한 모든 사람을 특정해 주십시오.

22. 귀하가 특정한, 쟁점 특허의 어느 청구항의 착상에 관여한 각 사람에 대해, 그 사람의 착상에 있어서의 역할을 기술해 주십시오.

23. 청구된 발명에 대한 귀하의 구체적인 기여를 기술해 주십시오.

24. 청구된 발명에 대한 각 다른 기재된 발명자의 구체적인 기여를 기술해 주십시오.

25. 쟁점 특허의 어느 청구항의 착상에 기여하였으나 기재된 발명자로 기재되지 않은 사람이 있습니까?

26. 그렇다면, 기재된 발명자로 기재되지 않은 개인들의 기여를 기술해 주십시오.

27. 귀하는 과전압 감시부에 대한 아이디어를 생각해 내었습니까?

28. 그렇지 않다면, 해당 아이디어를 착상하였다고 귀하가 주장하는 사람 또는 사람들을 특정해 주십시오.

29. 쟁점 특허에 기술되고 청구된 과전압 감시부에 대한 귀하의 이해를 기술해 주십시오.

30. 각 청구된 발명이 실재적이든 의제적이든 처음으로 실시화된 시기와 방법을 특정해 주십시오.

31. 청구된 발명을 실시화하려는 실패한 시도들을 기술해 주십시오.

32. 쟁점 특허에 청구된 주제의 개발과 관련하여 귀하가 검토한 각 문서, 제품, 공개자료 또는 기타 자료를 특정해 주십시오.

33. 앞 질문에서 특정된 각 항목에 대해, 귀하가 그것을 언제 검토하였는지, 그리고 그 정보가 쟁점 특허에 청구된 주제를 개발하는 데 귀하에 의해 어떻게 사용되었는지 진술해 주십시오.

34. 쟁점 특허에 청구된 어떠한 주제가 한국 가출원의 출원 이전에 공개적으로 개시되었습니까?

35. 그러한 공개적 개시에 대해 기술해 주시되, 언제 발생하였는지, 누구에게 개시되었는지, 어떤 유형의 개시였는지, 비밀유지에 관한 어떠한 합의의 대상이었는지, 그리고 이 개시에 관한 문서 또는 기록이 있는지를 포함해 주십시오.

36. 귀하는 Wirelesa Power Consortium의 어떠한 활동에 참여한 적이 있습니까, 예 또는 아니요?

37. 그렇다면, 일자를 특정하고 귀하의 참여의 성격을 기술해 주십시오.

38. 귀하는 Qi Standard의 개발, 작성 또는 채택에 관여한 적이 있습니까, 예 또는 아니요?

39. 그렇다면, 귀하의 역할을 특정하고 귀하의 관여의 성격을 기술해 주십시오.

40. 귀하는 쟁점 특허가 어느 표준에 필수적이거나 필수적이었다고 주장하십니까, 예 또는 아니요?

41. 그렇다면, 쟁점 특허가 필수적이거나 필수적이었다고 귀하가 주장하는 각 표준제정기관을 특정해 주십시오.

42. Qi Standard를 포함하되 이에 한정되지 않는 어느 표준에 필수적이거나 필수적이었다고 귀하가 주장하는 쟁점 특허의 각 청구항을 특정해 주십시오.

43. Qi Standard를 포함하되 이에 한정되지 않는 어느 표준에 필수적이지 않거나 필수적이지 않았다고 귀하가 주장하는 쟁점 특허의 각 청구항을 특정해 주십시오.

44. 쟁점 특허의 어느 청구항이 Qi Standard에 필수적이라는 어떠한 신념의 근거를 기술해 주십시오.

45. 귀하는 어느 관련 출원의 준비에 관여하였습니까, 예 또는 아니요?

46. 귀하가 그 준비에 관여한 관련 출원의 어느 출원에 대해, 귀하의 관여의 성격을 기술해 주시되, 귀하가 출원의 어느 부분을 작성 또는 검토하였는지 또는 초안에 관한 의견을 제공하였는지, 그리고 그러한 활동의 일자를 포함해 주십시오.

47. 귀하는 어느 관련 출원의 심사과정에 관여하였습니까, 예 또는 아니요?

48. 귀하가 그 심사과정에 관여한 관련 출원의 어느 출원에 대해, 귀하의 관여의 성격을 기술해 주시되, 귀하의 관여가 무엇을 수반하였는지, 귀하의 관여가 특정 개인(들)의 요청에 의한 것이었는지 및 누구였는지, 그리고 관여의 일자를 포함해 주십시오.

49. 기재된 발명자 목록이 어떻게 결정되었는지에 관한 정황을 기술해 주시되, 발명자 자격을 결정하는 데 사용된 기준을 포함해 주십시오.

50. 기재된 발명자로 기재되지 않은 어느 사람에 의한 발명자 자격 주장이 있었는지 귀하는 알고 있습니까?

51. 귀하가 참여하였거나 인지하였던 발명자 자격에 관한 분쟁 또는 논의를 기술해 주십시오.

52. 한국 가출원에 개시된 주제를 기술해 주십시오.

53. 한국 가출원에 개시된 주제가 귀하가 생각해 낸 발명을 정확하게 기술하고 있습니까?

54. 쟁점 특허의 청구항 1의 각 한정사항에 대해, 한국 가출원의 어디에 해당 한정사항이 기술되어 있습니까?

55. 어느 관련 출원의 심사과정 이전 및 심사과정 중에 귀하가 인지하고 있었던 선행기술의 각 항목을 특정해 주십시오.

56. 귀하가 그러한 선행기술을 어떻게 알게 되었는지 기술해 주십시오.

57. 각 선행기술 항목이 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 기술해 주십시오.

58. 귀하가 관여하였거나 인지하였던, 선행기술을 특정하기 위해 수행된 조사들을 기술해 주십시오.

59. 귀하는 Splash Pad라고 불리는 제품에 대해 알고 계십니까?

60. 그렇다면, 그러한 Splash Pad 제품에 대한 귀하의 인지 정황을 기술해 주십시오.

61. 귀하는 2005년 7월 29일 이전에 쟁점 특허에 청구된 발명의 판매 또는 판매 청약을 알고 계십니까?

62. 그렇다면, 관련된 시기 및 주제를 포함하여 그러한 활동을 기술해 주십시오.

63. 귀하는 2005년 7월 29일 이전에 미국에서 쟁점 특허에 청구된 발명의 제조 또는 사용을 알고 계십니까?

64. 그렇다면, 관련된 시기 및 주제를 포함하여 그러한 활동을 기술해 주십시오.

65. 귀하는 2005년 7월 29일 이전에 쟁점 특허에 청구된 발명을 구현한 제품의 수입을 알고 계십니까?

66. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

67. 귀하는 2005년 7월 29일 이전에 청구된 주제를 개시하는 공개자료를 알고 계십니까?

68. 그러한 공개자료가 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 특정하고 기술해 주십시오.

69. 귀하는 2005년 7월 29일 이전에 동일한 주제와 관련하여 전 세계 어디에서든 제출된 특허출원을 알고 계십니까?

70. 그러한 특허출원이 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 특정하고 기술해 주십시오.

71. 귀하는 LS전선에 어떠한 금전적 이해관계를 가지고 있으며, 그렇다면 귀하의 금전적 이해관계의 성격을 기술해 주십시오.

72. 귀하는 Apple을 상대로 한 LS전선 사건(LS Cable & System Ltd. v. Apple Inc., 사건번호 3:24-cv-09194-JD, 캘리포니아 북부지구)의 결과에 어떠한 금전적 이해관계를 가지고 있으며, 그렇다면 귀하의 금전적 이해관계의 성격을 기술해 주십시오.

<u>**별지 B(문성욱)**</u>

피고들은 문성욱에게 아래 특정된 질문들 및 답변으로부터 발생할 수 있는 후속 질문들을 하도록 정중히 요청합니다.

**정의 및 지시사항**

1. "Apple"은 Apple Inc.를 의미합니다.

2. "LS전선"은 LS Cable & Systems Ltd. 및 그 자회사, 사업부, 전신, 후신, 현·전 임원, 이사, 직원, 대리인, 대행자 및 그를 대신하여 행동하는 모든 자를 의미합니다.

3. "기재된 발명자"는 박동영, 문성욱, 최성욱, 권광희, 한섭(Sub Han) 및 김정범을 의미합니다.

4. "쟁점 특허"는 미국 특허 제8,013,568호를 의미하며, 재심사 이전 형태(B2) 및 재심사 이후 형태(C1)를 모두 포함합니다.

5. "한국 가출원"은 KR20050069871을 의미합니다.

6. "한국 비가출원"은 한국 특허출원 제10-20060038960호를 의미합니다.

7. "관련 출원"은 다음을 의미합니다. (1) 한국 가출원, (2) 한국 가출원의 우선권을 주장하는 모든 출원(쟁점 특허에 대한 출원 포함), (3) 쟁점 특허 또는 PCT/KR2006/001713과 관련된 계속출원, 부분계속출원, 분할출원, 재발행출원, 재심사출원, 심판출원 및 대체출원, (4) 전술한 어느 출원의 외국 대응 출원, 동가 출원 및 연장 출원, (5) 전술한 어느 출원의 전체 심사이력.

8. "관련 특허"는 쟁점 특허 이외에 관련 출원으로부터 등록되거나 발생한 특허를 의미합니다.

9. "쟁점 청구항"은 LS전선이 Apple을 상대로 주장하는 쟁점 특허의 청구항을 의미합니다.

10. "선행기술"은 35 U.S.C. § 101 이하에서 사용되는 것과 동일한 의미를 가지며, 35 U.S.C. § 102(또는 그 하위 조항) 및 35 U.S.C. § 103의 가장 넓은 의미에 포함되는 모든 사물, 특허, 공개자료, 공개, 판매 또는 기타 행위나 사건, 그리고 어떠한 개인 또는 주체가 관련 요청에서 특정된 특허의 무효성과 관련된 "선행기술"로 특정하였거나 관련이 있다고 한 모든 사물, 특허, 공개자료, 공개, 판매 또는 기타 행위나 사건을 포함합니다.

11. "및"과 "또는"이라는 단어는 나타나는 어느 곳에서든 연결적 및 분리적으로 모두 읽어야 하며, 이들 단어 중 어느 것도 정보 요청의 범위를 제한하는 것으로 해석되어서는 안 됩니다.

12. 어느 시제의 동사 사용은 모든 다른 시제의 동사 사용으로 해석되며, 단수형은 복수형을 포함하는 것으로 간주되고 그 역도 또한 같습니다. 명사 또는 대명사의 단수형 및 남성형은, 특정 문맥이 적절하게 만드는 바에 따라, 복수 및/또는 여성 또는 중성을 포용하며, 그와 같이 읽고 적용됩니다.

13. 문맥상 달리 요구되지 않는 한, "어느"와 "각"이라는 용어는 "모든"을 포함하고 포용합니다.

14. "포함한다" 또는 "포함하여"는 한정 없이 포함하는 것을 의미합니다.

15. "관련된다" 또는 "관련하여"는 논의되는 사항과 어떠한 방식으로든 논리적으로 또는 사실적으로 연결되는 것으로 구성되거나, 언급하거나, 반영하거나, 관련되거나, 존재하는 것을 의미합니다.

16. "사람"은 자연인 또는 법인을 의미하며, 이에는 개인, 법인, 사업체, 법률사무소, 합작투자, 조합, 개인사업자, 정부, 정부의 기관 또는 기구, 비법인 단체 및 협동조합이 포함됩니다.

**<u>조사 질문: 문성욱</u>**

1. 귀하의 전체 성명과 현재 직위를 진술해 주십시오.

2. 취득한 모든 학위, 다닌 기관, 전공 분야, 재학 일자를 포함하여 귀하의 학력을 기술해 주십시오.

3. 고용주, 직책, 담당 업무 및 고용 일자를 포함하여 귀하의 전체 고용 이력을 기술해 주십시오.

4. 각 직위에 대해, 귀하의 업무가 비접촉식 배터리 충전 시스템 또는 관련 기술을 어느 정도 포함하였는지 설명해 주십시오.

5. 쟁점 특허로 이어진 주제에 관한 작업을 시작하였다고 귀하가 주장하는 최초의 일자를 특정해 주십시오.

6. 쟁점 특허의 청구항이 귀하가 착상한 발명을 기술하고 있다고 주장하십니까, 예 또는 아니요?

7. 그렇다면, 쟁점 특허에 반영된, 귀하가 착상하였다고 주장하는 발명을 기술해 주십시오.

8. 귀하는 무선 충전의 일반적인 개념을 발명하지 않았습니다, 맞습니까?

9. 귀하는 비접촉식 충전 가능 배터리를 발명하지 않았습니다, 맞습니까?

10. 귀하의 발명 당시, 이미 어떠한 무선 충전 기술들이 존재하였습니까?

11. 기존의 어떤 무선 충전 기술이 서로 가변적 거리를 가진 충전기와 기기 간의 충전을 가능하게 하였습니까?

12. 기존의 어떤 무선 충전 기술이 충전되는 기기에 공급되는 전압 및/또는 전류의 측정치에 기반하여 충전되는 기기에 피드백을 제공하였습니까?

13. 귀하는 외부 비접촉식 충전 장치의 1차 코일로부터 발생한 자기장에 의해 고주파 교류 전류가 유도되는 2차 코일을 포함하는 고주파 교류 전류 유도부를 발명하지 않았습니다, 맞습니까?

14. 귀하는 유도된 고주파 교류 전류를 수신하여 이를 직류 전류로 변환하는 정류기를 발명하지 않았습니다, 맞습니까?

15. 귀하는 직류 전류를 수신하여 정전압/정전류 모드로 배터리에 충전 전력을 공급하는 정전압/정전류 공급부를 발명하지 않았습니다, 맞습니까?

16. 귀하는 전압 검출기를 발명하지 않았습니다, 맞습니까?

17. 귀하는 정전압/정전류 공급부의 양단 전압을 검출하는 과전압 감시부를 발명하지 않았습니다, 맞습니까?

18. 귀하는 외부 비접촉식 기기의 배터리를 충전하기 위한 자기장의 변화를 유도하기 위해 외부 비접촉식 충전 장치에 신호를 전송하는 마이크로프로세서를 발명하지 않았습니다, 맞습니까?

19. 귀하는 전압 비교기를 발명하지 않았습니다, 맞습니까?

20. 귀하의 작업은 기존의 무선 충전 기술과 어떻게 달랐습니까?

21. 쟁점 특허의 어느 청구항의 착상에 참여한 모든 사람을 특정해 주십시오.

22. 귀하가 특정한, 쟁점 특허의 어느 청구항의 착상에 관여한 각 사람에 대해, 그 사람의 착상에 있어서의 역할을 기술해 주십시오.

23. 청구된 발명에 대한 귀하의 구체적인 기여를 기술해 주십시오.

24. 청구된 발명에 대한 각 다른 기재된 발명자의 구체적인 기여를 기술해 주십시오.

25. 쟁점 특허의 어느 청구항의 착상에 기여하였으나 기재된 발명자로 기재되지 않은 사람이 있습니까?

26. 그렇다면, 기재된 발명자로 기재되지 않은 개인들의 기여를 기술해 주십시오.

27. 귀하는 과전압 감시부에 대한 아이디어를 생각해 내었습니까?

28. 그렇지 않다면, 해당 아이디어를 착상하였다고 귀하가 주장하는 사람 또는 사람들을 특정해 주십시오.

29. 쟁점 특허에 기술되고 청구된 과전압 감시부에 대한 귀하의 이해를 기술해 주십시오.

30. 각 청구된 발명이 실제적이든 의제적이든 처음으로 실시화된 시기와 방법을 특정해 주십시오.

31. 청구된 발명을 실시화하려는 실패한 시도들을 기술해 주십시오.

32. 쟁점 특허에 청구된 주제의 개발과 관련하여 귀하가 검토한 각 문서, 제품, 공개자료 또는 기타 자료를 특정해 주십시오.

33. 앞 질문에서 특정된 각 항목에 대해, 귀하가 그것을 언제 검토하였는지, 그리고 그 정보가 쟁점 특허에 청구된 주제를 개발하는 데 귀하에 의해 어떻게 사용되었는지 진술해 주십시오.

34. 쟁점 특허에 청구된 어떠한 주제가 한국 가출원의 출원 이전에 공개적으로 게시되었습니까?

35. 그러한 공개적 개시에 대해 기술해 주시되, 언제 발생하였는지, 누구에게 개시되었는지, 어떤 유형의 개시였는지, 비밀유지에 관한 어떠한 합의의 대상이었는지, 그리고 이 개시에 관한 문서 또는 기록이 있는지를 포함해 주십시오.

36. 귀하는 Wireless Power Consortium의 어떠한 활동에 참여한 적이 있습니까, 예 또는 아니요?

37. 그렇다면, 일자를 특정하고 귀하의 참여의 성격을 기술해 주십시오.

38. 귀하는 Qi Standard의 개발, 작성 또는 채택에 관여한 적이 있습니까, 예 또는 아니요?

39. 그렇다면, 귀하의 역할을 특정하고 귀하의 관여의 성격을 기술해 주십시오.

40. 귀하는 쟁점 특허가 어느 표준에 필수적이거나 필수적이었다고 주장하십니까, 예 또는 아니요?

41. 그렇다면, 쟁점 특허가 필수적이거나 필수적이었다고 귀하가 주장하는 각 표준제정기관을 특정해 주십시오.

42. Qi Standard를 포함하되 이에 한정되지 않는 어느 표준에 필수적이거나 필수적이었다고 귀하가 주장하는 쟁점 특허의 각 청구항을 특정해 주십시오.

43. Qi Standard를 포함하되 이에 한정되지 않는 어느 표준에 필수적이지 않거나 필수적이지 않았다고 귀하가 주장하는 쟁점 특허의 각 청구항을 특정해 주십시오.

44. 쟁점 특허의 어느 청구항이 Qi Standard에 필수적이라는 어떠한 신념의 근거를 기술해 주십시오.

45. 귀하는 어느 관련 출원의 준비에 관여하였습니까, 예 또는 아니요?

46. 귀하가 그 준비에 관여한 관련 출원의 어느 출원에 대해, 귀하의 관여의 성격을 기술해 주시되, 귀하가 출원의 어느 부분을 작성 또는 검토하였는지 또는 초안에 관한 의견을 제공하였는지, 그리고 그러한 활동의 일자를 포함해 주십시오.

47. 귀하는 어느 관련 출원의 심사과정에 관여하였습니까, 예 또는 아니요?

48. 귀하가 그 심사과정에 관여한 관련 출원의 어느 출원에 대해, 귀하의 관여의 성격을 기술해 주시되, 귀하의 관여가 무엇을 수반하였는지, 귀하의 관여가 특정 개인(들)의 요청에 의한 것이었는지 및 누구였는지, 그리고 관여의 일자를 포함해 주십시오.

49. 기재된 발명자 목록이 어떻게 결정되었는지에 관한 정황을 기술해 주시되, 발명자 자격을 결정하는 데 사용된 기준을 포함해 주십시오.

50. 기재된 발명자로 기재되지 않은 어느 사람에 의한 발명자 자격 주장이 있었는지 귀하는 알고 있습니까?

51. 귀하가 참여하였거나 인지하였던 발명자 자격에 관한 분쟁 또는 논의를 기술해 주십시오.

52. 한국 가출원에 개시된 주제를 기술해 주십시오.

53. 한국 가출원에 개시된 주제가 귀하가 생각해 낸 발명을 정확하게 기술하고 있습니까?

54. 쟁점 특허의 청구항 1의 각 한정사항에 대해, 한국 가출원의 어디에 해당 한정사항이 기술되어 있습니까?

55. 어느 관련 출원의 심사과정 이전 및 심사과정 중에 귀하가 인지하고 있었던 선행기술의 각 항목을 특정해 주십시오.

56. 귀하가 그러한 선행기술을 어떻게 알게 되었는지 기술해 주십시오.

57. 각 선행기술 항목이 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 기술해 주십시오.

58. 귀하가 관여하였거나 인지하였던, 선행기술을 특정하기 위해 수행된 조사들을 기술해 주십시오.

59. 귀하는 Splash Pad라고 불리는 제품에 대해 알고 계십니까?

60. 그렇다면, 그러한 Splash Pad 제품에 대한 귀하의 인지 정황을 기술해 주십시오.

61. 귀하는 2005년 7월 29일 이전에 쟁점 특허에 청구된 발명의 판매 또는 판매 청약을 알고 계십니까?

62. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

63. 귀하는 2005년 7월 29일 이전에 미국에서 쟁점 특허에 청구된 발명의 제조 또는 사용을 알고 계십니까?

64. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

65. 귀하는 2005년 7월 29일 이전에 쟁점 특허에 청구된 발명을 구현한 제품의 수입을 알고 계십니까?

66. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

67. 귀하는 2005년 7월 29일 이전에 청구된 주제를 개시하는 공개자료를 알고 계십니까?

68. 그러한 공개자료가 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 특정하고 기술해 주십시오.

69. 귀하는 2005년 7월 29일 이전에 동일한 주제와 관련하여 전 세계 어디에서든 제출된 특허출원을 알고 계십니까?

70. 그러한 특허출원이 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 특정하고 기술해 주십시오..

71. 귀하는 LS전선에 어떠한 금전적 이해관계를 가지고 있으며, 그렇다면 귀하의 금전적 이해관계의 성격을 기술해 주십시오.

72. 귀하는 Apple을 상대로 한 LS전선 사건(LS Cable & System Ltd. v. Apple Inc., 사건번호 3:24-cv-09194-JD, 캘리포니아 북부지구)의 결과에 어떠한 금전적 이해관계를 가지고 있으며, 그렇다면 귀하의 금전적 이해관계의 성격을 기술해 주십시오..

**별지 C(최성옥)**

피고들은 최성옥에게 아래 특정된 질문들 및 답변으로부터 발생할 수 있는 후속 질문들을 하도록 정중히 요청합니다.

**정의 및 지시사항**

1. "Apple"은 Apple Inc.를 의미합니다.

2. "LS전선"은 LS Cable & Systems Ltd. 및 그 자회사, 사업부, 전신, 후신, 현·전 임원, 이사, 직원, 대리인, 대행자 및 그를 대신하여 행동하는 모든 자를 의미합니다.

3. "기재된 발명자"는 박동영, 문성옥, 최성옥, 권광희, 한섭(Sub Han) 및 김정범을 의미합니다.

4. "쟁점 특허"는 미국 특허 제8,013,568호를 의미하며, 재심사 이전 형태(B2) 및 재심사 이후 형태(C1)를 모두 포함합니다.

5. "한국 가출원"은 KR20050069871을 의미합니다.

6. "한국 비가출원"은 한국 특허출원 제10-20060038960호를 의미합니다.

7. "관련 출원"은 다음을 의미합니다. (1) 한국 가출원, (2) 한국 가출원의 우선권을 주장하는 모든 출원(쟁점 특허에 대한 출원 포함), (3) 쟁점 특허 또는 PCT/KR2006/001713과 관련된 계속출원, 부분계속출원, 분할출원, 재발행출원, 재심사출원, 심판출원 및 대체출원, (4) 전술한 어느 출원의 외국 대응출원, 등가 출원 및 연장 출원, (5) 전술한 어느 출원의 전체 심사이력.

8. "관련 특허"는 쟁점 특허 이외에 관련 출원으로부터 등록되거나 발생한 특허를 의미합니다.

9. "쟁점 청구항"은 LS전선이 Apple을 상대로 주장하는 쟁점 특허의 청구항을 의미합니다.

10. "선행기술"은 35 U.S.C. § 101 이하에서 사용되는 것과 동일한 의미를 가지며, 35 U.S.C. § 102(또는 그 하위 조항) 및 35 U.S.C. § 103의 가장 넓은 의미에 포함되는 모든 사물, 특허, 공개자료, 공개, 판매 또는 기타 행위나 사건, 그리고 어떠한 개인 또는 주체가 관련 요청에서 특정된 특허의 무효성과 관련된 "선행기술"로 특정하였거나 관련이 있다고 한 모든 사물, 특허, 공개자료, 공개, 판매 또는 기타 행위나 사건을 포함합니다.

11. "및"과 "또는"이라는 단어는 나타나는 어느 곳에서든 연결적 및 분리적으로 모두 읽어야 하며, 이들 단어 중 어느 것도 정보 요청의 범위를 제한하는 것으로 해석되어서는 안 됩니다.

12. 어느 시제의 동사 사용은 모든 다른 시제의 동사 사용으로 해석되며, 단수형은 복수형을 포함하는 것으로 간주되고 그 역도 또한 같습니다. 명사 또는 대명사의 단수형 및 남성형은, 특정 문맥이 적절하게 만드는 바에 따라, 복수 및/또는 여성 또는 중성을 포용하며, 그와 같이 읽고 적용됩니다.

13. 문맥상 달리 요구되지 않는 한, "어느"와 "각"이라는 용어는 "모든"을 포함하고 포용합니다.

14. "포함한다" 또는 "포함하여"는 한정 없이 포함하는 것을 의미합니다.

15. "관련된다" 또는 "관련하여"는 논의되는 사항과 어떠한 방식으로든 논리적으로 또는 사실적으로 연결되는 것으로 구성되거나, 언급하거나, 반영하거나, 관련되거나, 존재하는 것을 의미합니다.

16. "사람"은 자연인 또는 법인을 의미하며, 이에는 개인, 법인, 사업체, 법률사무소, 합작투자, 조합, 개인사업자, 정부, 정부의 기관 또는 기구, 비법인 단체 및 협동조합이 포함됩니다.

<u>**조사 질문: 최성욱**</u>

1. 귀하의 전체 성명과 현재 직위를 진술해 주십시오.

2. 취득한 모든 학위, 다닌 기관, 전공 분야, 재학 일자를 포함하여 귀하의 학력을 기술해 주십시오.

3. 고용주, 직책, 담당 업무 및 고용 일자를 포함하여 귀하의 전체 고용 이력을 기술해 주십시오.

4. 각 직위에 대해, 귀하의 업무가 비접촉식 배터리 충전 시스템 또는 관련 기술을 어느 정도 포함하였는지 설명해 주십시오.

5. 쟁점 특허로 이어진 주제에 관한 작업을 시작하였다고 귀하가 주장하는 최초의 일자를 특정해 주십시오.

6. 쟁점 특허의 청구항이 귀하가 착상한 발명을 기술하고 있다고 주장하십니까, 예 또는 아니요?

7. 그렇다면, 쟁점 특허에 반영된, 귀하가 착상하였다고 주장하는 발명을 기술해 주십시오.

8. 귀하는 무선 충전의 일반적인 개념을 발명하지 않았습니다, 맞습니까?

9. 귀하는 비접촉식 충전 가능 배터리를 발명하지 않았습니다, 맞습니까?

10. 귀하의 발명 당시, 이미 어떠한 무선 충전 기술들이 존재하였습니까?

11. 기존의 어떤 무선 충전 기술이 서로 가변적 거리를 가진 충전기와 기기 간의 충전을 가능하게 하였습니까?

12. 기존의 어떤 무선 충전 기술이 충전되는 기기에 공급되는 전압 및/또는 전류의 측정치에 기반하여 충전되는 기기에 피드백을 제공하였습니까?

13. 귀하는 외부 비접촉식 충전 장치의 1차 코일로부터 발생한 자기장에 의해 고주파 교류 전류가 유도되는 2차 코일을 포함하는 고주파 교류 전류 유도부를 발명하지 않았습니다, 맞습니까?

14. 귀하는 유도된 고주파 교류 전류를 수신하여 이를 직류 전류로 변환하는 정류기를 발명하지 않았습니다, 맞습니까?

15. 귀하는 직류 전류를 수신하여 정전압/정전류 모드로 배터리에 충전 전력을 공급하는 정전압/정전류 공급부를 발명하지 않았습니다, 맞습니까?

16. 귀하는 전압 검출기를 발명하지 않았습니다, 맞습니까?

17. 귀하는 정전압/정전류 공급부의 양단 전압을 검출하는 과전압 감시부를 발명하지 않았습니다, 맞습니까?

18. 귀하는 외부 비접촉식 기기의 배터리를 충전하기 위한 자기장의 변화를 유도하기 위해 외부 비접촉식 충전 장치에 신호를 전송하는 마이크로프로세서를 발명하지 않았습니다, 맞습니까?

19. 귀하는 전압 비교기를 발명하지 않았습니다, 맞습니까?

20. 귀하의 작업은 기존의 무선 충전 기술과 어떻게 달랐습니까?

21. 쟁점 특허의 어느 청구항의 착상에 참여한 모든 사람을 특정해 주십시오.

22. 귀하가 특정한, 쟁점 특허의 어느 청구항의 착상에 참여한 각 사람에 대해, 그 사람의 착상에 있어서의 역할을 기술해 주십시오.

23. 청구된 발명에 대한 귀하의 구체적인 기여를 기술해 주십시오.

24. 청구된 발명에 대한 각 다른 기재된 발명자의 구체적인 기여를 기술해 주십시오.

25. 쟁점 특허의 어느 청구항의 착상에 기여하였으나 기재된 발명자로 기재되지 않은 사람이 있습니까?

26. 그렇다면, 기재된 발명자로 기재되지 않은 개인들의 기여를 기술해 주십시오.

27. 귀하는 과전압 감시부에 대한 아이디어를 생각해 내었습니까?

28. 그렇지 않다면, 해당 아이디어를 착상하였다고 귀하가 주장하는 사람 또는 사람들을 특정해 주십시오.

29. 쟁점 특허에 기술되고 청구된 과전압 감시부에 대한 귀하의 이해를 기술해 주십시오.

30. 각 청구된 발명이 실제적이든 의제적이든 처음으로 실시화된 시기와 방법을 특정해 주십시오.

31. 청구된 발명을 실시화하려는 실패한 시도들을 기술해 주십시오.

32. 쟁점 특허에 청구된 주제의 개발과 관련하여 귀하가 검토한 각 문서, 제품, 공개자료 또는 기타 자료를 특정해 주십시오.

33. 앞 질문에서 특정된 각 항목에 대해, 귀하가 그것을 언제 검토하였는지, 그리고 그 정보가 쟁점 특허에 청구된 주제를 개발하는 데 귀하에 의해 어떻게 사용되었는지 진술해 주십시오.

34. 쟁점 특허에 청구된 어떠한 주제가 한국 가출원의 출원 이전에 공개적으로 게시되었습니까?

35. 그러한 공개적 개시에 대해 기술해 주시되, 언제 발생하였는지, 누구에게 개시되었는지, 어떤 유형의 개시였는지, 비밀유지에 관한 어떠한 합의의 대상이었는지, 그리고 이 개시에 관한 문서 또는 기록이 있는지를 포함해 주십시오.

36. 귀하는 Wireless Power Consortium의 어떠한 활동에 참여한 적이 있습니까, 예 또는 아니요?

37. 그렇다면, 일자를 특정하고 귀하의 참여의 성격을 기술해 주십시오.

38. 귀하는 Qi Standard의 개발, 작성 또는 채택에 관여한 적이 있습니까, 예 또는 아니요?

39. 그렇다면, 귀하의 역할을 특정하고 귀하의 관여의 성격을 기술해 주십시오.

40. 귀하는 쟁점 특허가 어느 표준에 필수적이거나 필수적이었다고 주장하십니까, 예 또는 아니요?

41. 그렇다면, 쟁점 특허가 필수적이거나 필수적이었다고 귀하가 주장하는 각 표준제정기관을 특정해 주십시오.

42. Qi Standard를 포함하되 이에 한정되지 않는 어느 표준에 필수적이거나 필수적이었다고 귀하가 주장하는 쟁점 특허의 각 청구항을 특정해 주십시오.

43. Qi Standard를 포함하되 이에 한정되지 않는 어느 표준에 필수적이지 않거나 필수적이지 않았다고 귀하가 주장하는 쟁점 특허의 각 청구항을 특정해 주십시오.

44. 쟁점 특허의 어느 청구항이 Qi Standard에 필수적이라는 어떠한 신념의 근거를 기술해 주십시오.

45. 귀하는 어느 관련 출원의 준비에 관여하였습니까, 예 또는 아니요?

46. 귀하가 그 준비에 관여한 관련 출원의 어느 출원에 대해, 귀하의 관여의 성격을 기술해 주시되, 귀하가 출원의 어느 부분을 작성 또는 검토하였는지 또는 초안에 관한 의견을 제공하였는지, 그리고 그러한 활동의 일자를 포함해 주십시오.

47. 귀하는 어느 관련 출원의 심사과정에 관여하였습니까, 예 또는 아니요?

48. 귀하가 그 심사과정에 관여한 관련 출원의 어느 출원에 대해, 귀하의 관여의 성격을 기술해 주시되, 귀하의 관여가 무엇을 수반하였는지, 귀하의 관여가 특정 개인(들)의 요청에 의한 것이었는지 및 누구였는지, 그리고 관여의 일자를 포함해 주십시오.

49. 기재된 발명자 목록이 어떻게 결정되었는지에 관한 경황을 기술해 주시되, 발명가 자격을 결정하는 데 사용된 기준을 포함해 주십시오.

50. 기재된 발명자로 기재되지 않은 어느 사람에 의한 발명자 자격 주장이 있었는지 귀하는 알고 있습니까?

51. 귀하가 참여하였거나 인지하였던 발명자 자격에 관한 분쟁 또는 논의를 기술해 주십시오.

52. 한국 가출원에 개시된 주제를 기술해 주십시오.

53. 한국 가출원에 개시된 주제가 귀하가 생각해 낸 발명을 정확하게 기술하고 있습니까?

54. 쟁점 특허의 청구항 1의 각 한정사항에 대해, 한국 가출원의 어디에 해당 한정사항이 기술되어 있습니까?

55. 어느 관련 출원의 심사과정 이전 및 심사과정 중에 귀하가 인지하고 있었던 선행기술의 각 항목을 특정해 주십시오.

56. 귀하가 그러한 선행기술을 어떻게 알게 되었는지 기술해 주십시오.

57. 각 선행기술 항목이 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 기술해 주십시오.

58. 귀하가 관여하였거나 인지하였던, 선행기술을 특정하기 위해 수행된 조사들을 기술해 주십시오.

59. 귀하는 Splash Pad라고 불리는 제품에 대해 알고 계십니까?

60. 그렇다면, 그러한 Splash Pad 제품에 대한 귀하의 인지 경황을 기술해 주십시오.

61. 귀하는 2005년 7월 29일 이전에 쟁점 특허에 청구된 발명의 판매 또는 판매 청약을 알고 계십니까?

62. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

63. 귀하는 2005년 7월 29일 이전에 미국에서 쟁점 특허에 청구된 발명의 제조 또는 사용을 알고 계십니까?

64. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

65. 귀하는 2005년 7월 29일 이전에 쟁점 특허에 청구된 발명을 구현한 제품의 수입을 알고 계십니까?

66. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

67. 귀하는 2005년 7월 29일 이전에 청구된 주제를 개시하는 공개자료를 알고 계십니까?

68. 그러한 공개자료가 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 특정하고 기술해 주십시오.

69. 귀하는 2005년 7월 29일 이전에 동일한 주제와 관련하여 전 세계 어디에서든 제출된 특허출원을 알고 계십니까?

70. 그러한 특허출원이 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 특정하고 기술해 주십시오.

71. 귀하는 LS전선에 어떠한 금전적 이해관계를 가지고 있으며, 그렇다면 귀하의 금전적 이해관계의 성격을 기술해 주십시오.

72. 귀하는 Apple을 상대로 한 LS전선 사건(LS Cable & System Ltd. v. Apple Inc., 사건번호 3:24-cv-09194-JD, 캘리포니아 북부지구)의 결과에 어떠한 금전적 이해관계를 가지고 있으며, 그렇다면 귀하의 금전적 이해관계의 성격을 기술해 주십시오.

**별지 D(권광희)**

피고들은 권광희에게 아래 특정된 질문들 및 답변으로부터 발생할 수 있는 후속 질문들을 하도록 정중히 요청합니다.

**정의 및 지시사항**

1. "Apple"은 Apple Inc.를 의미합니다.

2. "LS전선"은 LS Cable & Systems Ltd. 및 그 자회사, 사업부, 전신, 후신, 현·전 임원, 이사, 직원, 대리인, 대행자 및 그를 대신하여 행동하는 모든 자를 의미합니다.

3. "기재된 발명자"는 박동영, 문성욱, 최성욱, 권광희, 한섭(Sub Han) 및 김정범을 의미합니다.

4. "쟁점 특허"는 미국 특허 제8,013,568호를 의미하며, 재심사 이전 형태(B2) 및 재심사 이후 형태(C1)를 모두 포함합니다.

5. "한국 가출원"은 KR20050069871을 의미합니다.

6. "한국 비가출원"은 한국 특허출원 제10-20060038960호를 의미합니다.

7. "관련 출원"은 다음을 의미합니다. (1) 한국 가출원, (2) 한국 가출원의 우선권을 주장하는 모든 출원(쟁점 특허에 대한 출원 포함), (3) 쟁점 특허 또는 PCT/KR2006/001713과 관련된 계속출원, 부분계속출원, 분할출원, 재발행출원, 재심사출원, 심판출원 및 대체출원, (4) 전술한 어느 출원의 외국 대응출원, 등가 출원 및 연장 출원, (5) 전술한 어느 출원의 전체 심사이력.

8. "관련 특허"는 쟁점 특허 이외에 관련 출원으로부터 등록되거나 발생한 특허를 의미합니다.

9. "쟁점 청구항"은 LS전선이 Apple을 상대로 주장하는 쟁점 특허의 청구항을 의미합니다.

10. "선행기술"은 35 U.S.C. § 101 이하에서 사용되는 것과 동일한 의미를 가지며, 35 U.S.C. § 102(또는 그 하위 조항) 및 35 U.S.C. § 103의 가장 넓은 의미에 포함되는 모든 사물, 특허, 공개자료, 공개, 판매 또는 기타 행위나 사건, 그리고 어떠한 개인 또는 주체가 관련 요청에서 특정된 특허의 무효성과 관련된 "선행기술"로 특정하였거나 관련이 있다고 한 모든 사물, 특허, 공개자료, 공개, 판매 또는 기타 행위나 사건을 포함합니다.

11. "및"과 "또는"이라는 단어는 나타나는 어느 곳에서든 연결적 및 분리적으로 모두 읽어야 하며, 이들 단어 중 어느 것도 정보 요청의 범위를 제한하는 것으로 해석되어서는 안 됩니다.

12. 어느 시제의 동사 사용은 모든 다른 시제의 동사 사용으로 해석되며, 단수형은 복수형을 포함하는 것으로 간주되고 그 역도 또한 같습니다. 명사 또는 대명사의 단수형 및 남성형은, 특정 문맥이 적절하게 만드는 바에 따라, 복수 및/또는 여성 또는 중성을 포용하며, 그와 같이 읽고 적용됩니다.

13. 문맥상 달리 요구되지 않는 한, "어느"와 "각"이라는 용어는 "모든"을 포함하고 포용합니다.

14. "포함한다" 또는 "포함하여"는 한정 없이 포함하는 것을 의미합니다.

15. "관련된다" 또는 "관련하여"는 논의되는 사항과 어떠한 방식으로든 논리적으로 또는 사실적으로 연결되는 것으로 구성되거나, 언급하거나, 반영하거나, 관련되거나, 존재하는 것을 의미합니다.

16. "사람"은 자연인 또는 법인을 의미하며, 이에는 개인, 법인, 사업체, 법률사무소, 합작투자, 조합, 개인사업자, 정부, 정부의 기관 또는 기구, 비법인 단체 및 협동조합이 포함됩니다.

**<u>조사 질문: 권광희</u>**

1. 귀하의 전체 성명과 현재 직위를 진술해 주십시오.

2. 취득한 모든 학위, 다닌 기관, 전공 분야, 재학 일자를 포함하여 귀하의 학력을 기술해 주십시오.

3. 고용주, 직책, 담당 업무 및 고용 일자를 포함하여 귀하의 전체 고용 이력을 기술해 주십시오.

4. 각 직위에 대해, 귀하의 업무가 비접촉식 배터리 충전 시스템 또는 관련 기술을 어느 정도 포함하였는지 설명해 주십시오.

5. 경점 특허로 이어진 주제에 관한 작업을 시작하였다고 귀하가 주장하는 최초의 일자를 특정해 주십시오.

6. 쟁점 특허의 청구항이 귀하가 착상한 발명을 기술하고 있다고 주장하십니까, 예 또는 아니요?

7. 그렇다면, 쟁점 특허에 반영된, 귀하가 착상하였다고 주장하는 발명을 기술해 주십시오.

8. 귀하는 무선 충전의 일반적인 개념을 발명하지 않았습니다, 맞습니까?

9. 귀하는 비접촉식 충전 가능 배터리를 발명하지 않았습니다, 맞습니까?

10. 귀하의 발명 당시, 이미 어떠한 무선 충전 기술들이 존재하였습니까?

11. 기존의 어떤 무선 충전 기술이 서로 가변적 거리를 가진 충전기와 기기 간의 충전을 가능하게 하였습니까?

12. 기존의 어떤 무선 충전 기술이 충전되는 기기에 공급되는 전압 및/또는 전류의 측정치에 기반하여 충전되는 기기에 피드백을 제공하였습니까?

13. 귀하는 외부 비접촉식 충전 장치의 1차 코일로부터 발생한 자기장에 의해 고주파 교류 전류가 유도되는 2차 코일을 포함하는 고주파 교류 전류 유도부를 발명하지 않았습니다, 맞습니까?

14. 귀하는 유도된 고주파 교류 전류를 수신하여 이를 직류 전류로 변환하는 정류기를 발명하지 않았습니다, 맞습니까?

15. 귀하는 직류 전류를 수신하여 정전압/정전류 모드로 배터리에 충전 전력을 공급하는 정전압/정전류 공급부를 발명하지 않았습니다, 맞습니까?

16. 귀하는 전압 검출기를 발명하지 않았습니다, 맞습니까?

17. 귀하는 정전압/정전류 공급부의 양단 전압을 검출하는 과전압 감시부를 발명하지 않았습니다, 맞습니까?

18. 귀하는 외부 비접촉식 기기의 배터리를 충전하기 위한 자기장의 변화를 유도하기 위해 외부 비접촉식 충전 장치에 신호를 전송하는 마이크로프로세서를 발명하지 않았습니다, 맞습니까?

19. 귀하는 전압 비교기를 발명하지 않았습니다, 맞습니까?

20. 귀하의 작업은 기존의 무선 충전 기술과 어떻게 달랐습니까?

21. 쟁점 특허의 어느 청구항의 착상에 참여한 모든 사람을 특정해 주십시오.

22. 귀하가 특정한, 쟁점 특허의 어느 청구항의 착상에 참여한 각 사람에 대해, 그 사람의 착상에 있어서의 역할을 기술해 주십시오.

23. 청구된 발명에 대한 귀하의 구체적인 기여를 기술해 주십시오.

24. 청구된 발명에 대한 각 다른 기재된 발명자의 구체적인 기여를 기술해 주십시오.

25. 쟁점 특허의 어느 청구항의 착상에 기여하였으나 기재된 발명자로 기재되지 않은 사람이 있습니까?

26. 그렇다면, 기재된 발명자로 기재되지 않은 개인들의 기여를 기술해 주십시오.

27. 귀하는 과전압 감시부에 대한 아이디어를 생각해 내었습니까?

28. 그렇지 않다면, 해당 아이디어를 착상하였다고 귀하가 주장하는 사람 또는 사람들을 특정해 주십시오.

29. 쟁점 특허에 기술되고 청구된 과전압 감시부에 대한 귀하의 이해를 기술해 주십시오.

30. 각 청구된 발명이 실제적이든 의제적이든 처음으로 실시화된 시기와 방법을 특정해 주십시오.

31. 청구된 발명을 실시화하려는 실패한 시도들을 기술해 주십시오.

32. 쟁점 특허에 청구된 주제의 개발과 관련하여 귀하가 검토한 각 문서, 제품, 공개자료 또는 기타 자료를 특정해 주십시오.

33. 앞 질문에서 특정된 각 항목에 대해, 귀하가 그것을 언제 검토하였는지, 그리고 그 정보가 쟁점 특허에 청구된 주제를 개발하는 데 귀하에 의해 어떻게 사용되었는지 진술해 주십시오.

34. 쟁점 특허에 청구된 어떠한 주제가 한국 가출원의 출원 이전에 공개적으로 게시되었습니까?

35. 그러한 공개적 개시에 대해 기술해 주시되, 언제 발생하였는지, 누구에게 개시되었는지, 어떤 유형의 개시였는지, 비밀유지에 관한 어떠한 합의의 대상이었는지, 그리고 이 개시에 관한 문서 또는 기록이 있는지를 포함해 주십시오.

36. 귀하는 Wireless Power Consortium의 어떠한 활동에 참여한 적이 있습니까, 예 또는 아니요?

37. 그렇다면, 일자를 특정하고 귀하의 참여의 성격을 기술해 주십시오.

38. 귀하는 Qi Standard의 개발, 작성 또는 채택에 관여한 적이 있습니까, 예 또는 아니요?

39. 그렇다면, 귀하의 역할을 특정하고 귀하의 관여의 성격을 기술해 주십시오.

40. 귀하는 쟁점 특허가 어느 표준에 필수적이거나 필수적이었다고 주장하십니까, 예 또는 아니요?

41. 그렇다면, 쟁점 특허가 필수적이거나 필수적이었다고 귀하가 주장하는 각 표준제정기관을 특정해 주십시오.

42. Qi Standard를 포함하되 이에 한정되지 않는 어느 표준에 필수적이거나 필수적이었다고 귀하가 주장하는 쟁점 특허의 각 청구항을 특정해 주십시오.

43. Qi Standard를 포함하되 이에 한정되지 않는 어느 표준에 필수적이지 않거나 필수적이지 않았다고 귀하가 주장하는 쟁점 특허의 각 청구항을 특정해 주십시오.

44. 쟁점 특허의 어느 청구항이 Qi Standard에 필수적이라는 어떠한 신념의 근거를 기술해 주십시오.

45. 귀하는 어느 관련 출원의 준비에 관여하였습니까, 예 또는 아니요?

46. 귀하가 그 준비에 관여한 관련 출원의 어느 출원에 대해, 귀하의 관여의 성격을 기술해 주시되, 귀하가 출원의 어느 부분을 작성 또는 검토하였는가 또는 초안에 관한 의견을 제공하였는지, 그리고 그러한 활동의 일자를 포함해 주십시오.

47. 귀하는 어느 관련 출원의 심사과정에 관여하였습니까, 예 또는 아니요?

48. 귀하가 그 심사과정에 관여한 관련 출원의 어느 출원에 대해, 귀하의 관여의 성격을 기술해 주시되, 귀하의 관여가 무엇을 수반하였는지, 귀하의 관여가 특정 개인(들)의 요청에 의한 것이었는지 및 누구였는지, 그리고 관여의 일자를 포함해 주십시오.

49. 기재된 발명자 목록이 어떻게 결정되었는지에 관한 정황을 기술해 주시되, 발명자 자격을 결정하는 데 사용된 기준을 포함해 주십시오.

50. 기재된 발명자로 기재되지 않은 어느 사람에 의한 발명자 자격 주장이 있었는지 귀하는 알고 있습니까?

51. 귀하가 참여하였거나 인지하였던 발명자 자격에 관한 분쟁 또는 논의를 기술해 주십시오.

52. 한국 가출원에 개시된 주제를 기술해 주십시오.

53. 한국 가출원에 개시된 주제가 귀하가 생각해 낸 발명을 정확하게 기술하고 있습니까?

54. 쟁점 특허의 청구항 1의 각 한정사항에 대해, 한국 가출원의 어디에 해당 한정사항이 기술되어 있습니까?

55. 어느 관련 출원의 심사과정 이전 및 심사과정 중에 귀하가 인지하고 있었던 선행기술의 각 항목을 특정해 주십시오.

56. 귀하가 그러한 선행기술을 어떻게 알게 되었는지 기술해 주십시오.

57. 각 선행기술 항목이 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 기술해 주십시오.

58. 귀하가 관여하였거나 인지하였던, 선행기술을 특정하기 위해 수행된 조사들을 기술해 주십시오.

59. 귀하는 Splash Pad라고 불리는 제품에 대해 알고 계십니까?

60. 그렇다면, 그러한 Splash Pad 제품에 대한 귀하의 인지 정황을 기술해 주십시오.

61. 귀하는 2005년 7월 29일 이전에 쟁점 특허에 청구된 발명의 판매 또는 판매 청약을 알고 계십니까?

62. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

63. 귀하는 2005년 7월 29일 이전에 미국에서 쟁점 특허에 청구된 발명의 제조 또는 사용을 알고 계십니까?

64. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

65. 귀하는 2005년 7월 29일 이전에 쟁점 특허에 청구된 발명을 구현한 제품의 수입을 알고 계십니까?

66. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

67. 귀하는 2005년 7월 29일 이전에 청구된 주제를 개시하는 공개자료를 알고 계십니까?

68. 그러한 공개자료가 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 특정하고 기술해 주십시오.

69. 귀하는 2005년 7월 29일 이전에 동일한 주제와 관련하여 전 세계 어디에서든 제출된 특허출원을 알고 계십니까?

70. 그러한 특허출원이 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 특정하고 기술해 주십시오.

71. 귀하는 LS전선에 어떠한 금전적 이해관계를 가지고 있으며, 그렇다면 귀하의 금전적 이해관계의 성격을 기술해 주십시오.

72. 귀하는 Apple을 상대로 한 LS전선 사건(LS Cable & System Ltd. v. Apple Inc., 사건번호 3:24-cv-09194-JD, 캘리포니아 북부지구)의 결과에 어떠한 금전적 이해관계를 가지고 있으며, 그렇다면 귀하의 금전적 이해관계의 성격을 기술해 주십시오.

**별지 E(한섭, Sub Han)**

피고들은 한섭(Sub Han)에게 아래 특정된 질문들 및 답변으로부터 발생할 수 있는 후속 질문들을 하도록 정중히 요청합니다.

**정의 및 지시사항**

1. "Apple"은 Apple Inc.를 의미합니다.

2. "LS전선"은 LS Cable & Systems Ltd. 및 그 자회사, 사업부, 전신, 후신, 현·전 임원, 이사, 직원, 대리인, 대행자 및 그를 대신하여 행동하는 모든 자를 의미합니다.

3. "기재된 발명자"는 박동영, 문성욱, 최성욱, 권광희, 한섭(Sub Han) 및 김정범을 의미합니다.

4. "쟁점 특허"는 미국 특허 제8,013,568호를 의미하며, 재심사 이전 형태(B2) 및 재심사 이후 형태(C1)를 모두 포함합니다.

5. "한국 가출원"은 KR20050069871을 의미합니다.

6. "한국 비가출원"은 한국 특허출원 제10-20060038960호를 의미합니다.

7. "관련 출원"은 다음을 의미합니다. (1) 한국 가출원, (2) 한국 가출원의 우선권을 주장하는 모든 출원(쟁점 특허에 대한 출원 포함), (3) 쟁점 특허 또는 PCT/KR2006/001713과 관련된 계속출원, 부분계속출원, 분할출원, 재발행출원, 재심사출원, 심판출원 및 대체출원, (4) 전술한 어느 출원의 외국 대응 출원, 등가 출원 및 연장 출원, (5) 전술한 어느 출원의 전체 심사이력.

8. "관련 특허"는 쟁점 특허 이외에 관련 출원으로부터 등록되거나 발생한 특허를 의미합니다.

9. "쟁점 청구항"은 LS전선이 Apple을 상대로 주장하는 쟁점 특허의 청구항을 의미합니다.

10. "선행기술"은 35 U.S.C. § 101 이하에서 사용되는 것과 동일한 의미를 가지며, 35 U.S.C. § 102(또는 그 하위 조항) 및 35 U.S.C. § 103의 가장 넓은 의미에 포함되는 모든 사물, 특허, 공개자료, 공개, 판매 또는 기타 행위나 사건, 그리고 어떠한 개인 또는 주체가 관련 요청에서 특정된 특허의 무효성과 관련된 "선행기술"로 특정하였거나 관련이 있다고 한 모든 사물, 특허, 공개자료, 공개, 판매 또는 기타 행위나 사건을 포함합니다.

11. "및"과 "또는"이라는 단어는 나타나는 어느 곳에서든 연결적 및 분리적으로 모두 읽어야 하며, 이들 단어 중 어느 것도 정보 요청의 범위를 제한하는 것으로 해석되어서는 안 됩니다.

12. 어느 시제의 동사 사용은 모든 다른 시제의 동사 사용으로 해석되며, 단수형은 복수형을 포함하는 것으로 간주되고 그 역도 또한 같습니다. 명사 또는 대명사의 단수형 및 남성형은, 특정 문맥이 적절하게 만드는 바에 따라, 복수 및/또는 여성 또는 중성을 포용하며, 그와 같이 읽고 적용됩니다.

13. 문맥상 달리 요구되지 않는 한, "어느"와 "각"이라는 용어는 "모든"을 포함하고 포용합니다.

14. "포함한다" 또는 "포함하여"는 한정 없이 포함하는 것을 의미합니다.

15. "관련된다" 또는 "관련하여"는 논의되는 사항과 어떠한 방식으로든 논리적으로 또는 사실적으로 연결되는 것으로 구성되거나, 언급하거나, 반영하거나, 관련되거나, 존재하는 것을 의미합니다.

16. "사람"은 자연인 또는 법인을 의미하며, 이에는 개인, 법인, 사업체, 법률사무소, 합작투자, 조합, 개인사업자, 정부, 정부의 기관 또는 기구, 비법인 단체 및 협동조합이 포함됩니다.

**<u>조사 질문: 한섭(Sub Han)</u>**

1. 귀하의 전체 성명과 현재 직위를 진술해 주십시오.

2. 취득한 모든 학위, 다닌 기관, 전공 분야, 재학 일자를 포함하여 귀하의 학력을 기술해 주십시오.

3. 고용주, 직책, 담당 업무 및 고용 일자를 포함하여 귀하의 전체 고용 이력을 기술해 주십시오.

4. 각 직위에 대해, 귀하의 업무가 비접촉식 배터리 충전 시스템 또는 관련 기술을 어느 정도 포함하였는지 설명해 주십시오.

5. 쟁점 특허로 이어진 주제에 관한 작업을 시작하였다고 귀하가 주장하는 최초의 일자를 특정해 주십시오.

6. 쟁점 특허의 청구항이 귀하가 착상한 발명을 기술하고 있다고 주장하십니까, 예 또는 아니요?

7. 그렇다면, 쟁점 특허에 반영된, 귀하가 착상하였다고 주장하는 발명을 기술해 주십시오.

8. 귀하는 무선 충전의 일반적인 개념을 발명하지 않았습니다, 맞습니까?

9. 귀하는 비접촉식 충전 가능 배터리를 발명하지 않았습니다, 맞습니까?

10. 귀하의 발명 당시, 이미 어떠한 무선 충전 기술들이 존재하였습니까?

11. 기존의 어떤 무선 충전 기술이 서로 가변적 거리를 가진 충전기와 기기 간의 충전을 가능하게 하였습니까?

12. 기존의 어떤 무선 충전 기술이 충전되는 기기에 공급되는 전압 및/또는 전류의 측정치에 기반하여 충전되는 기기에 피드백을 제공하였습니까?

13. 귀하는 외부 비접촉식 충전 장치의 1차 코일로부터 발생한 자기장에 의해 고주파 교류 전류가 유도되는 2차 코일을 포함하는 고주파 교류 전류 유도부를 발명하지 않았습니다, 맞습니까?

14. 귀하는 유도된 고주파 교류 전류를 수신하여 이를 직류 전류로 변환하는 정류기를 발명하지 않았습니다, 맞습니까?

15. 귀하는 직류 전류를 수신하여 정전압/정전류 모드로 배터리에 충전 전력을 공급하는 정전압/정전류 공급부를 발명하지 않았습니다, 맞습니까?

16. 귀하는 전압 검출기를 발명하지 않았습니다, 맞습니까?

17. 귀하는 정전압/정전류 공급부의 양단 전압을 검출하는 과전압 감시부를 발명하지 않았습니다, 맞습니까?

18. 귀하는 외부 비접촉식 기기의 배터리를 충전하기 위한 자기장의 변화를 유도하기 위해 외부 비접촉식 충전 장치에 신호를 전송하는 마이크로프로세서를 발명하지 않았습니다, 맞습니까?

19. 귀하는 전압 비교기를 발명하지 않았습니다, 맞습니까?

20. 귀하의 작업은 기존의 무선 충전 기술과 어떻게 달랐습니까?

21. 쟁점 특허의 어느 청구항의 착상에 참여한 모든 사람을 특정해 주십시오.

22. 귀하가 특정한, 쟁점 특허의 어느 청구항의 착상에 참여한 각 사람에 대해, 그 사람의 착상에 있어서의 역할을 기술해 주십시오.

23. 청구된 발명에 대한 귀하의 구체적인 기여를 기술해 주십시오.

24. 청구된 발명에 대한 각 다른 기재된 발명자의 구체적인 기여를 기술해 주십시오.

25. 쟁점 특허의 어느 청구항의 착상에 기여하였으나 기재된 발명자로 기재되지 않은 사람이 있습니까?

26. 그렇다면, 기재된 발명자로 기재되지 않은 개인들의 기여를 기술해 주십시오.

27. 귀하는 과전압 감시부에 대한 아이디어를 생각해 내었습니까?

28. 그렇지 않다면, 해당 아이디어를 착상하였다고 귀하가 주장하는 사람 또는 사람들을 특정해 주십시오.

29. 쟁점 특허에 기술되고 청구된 과전압 감시부에 대한 귀하의 이해를 기술해 주십시오.

30. 각 청구된 발명이 실제적이든 의제적이든 처음으로 실시화된 시기와 방법을 특정해 주십시오.

31. 청구된 발명을 실시화하려는 실패한 시도들을 기술해 주십시오.

32. 쟁점 특허에 청구된 주제의 개발과 관련하여 귀하가 검토한 각 문서, 제품, 공개자료 또는 기타 자료를 특정해 주십시오.

33. 앞 질문에서 특정된 각 항목에 대해, 귀하가 그것을 언제 검토하였는지, 그리고 그 정보가 쟁점 특허에 청구된 주제를 개발하는 데 귀하에 의해 어떻게 사용되었는지 진술해 주십시오.

34. 쟁점 특허에 청구된 어떠한 주제가
한국 가출원의 출원 이전에 공개적으로 개시되었습니까?

35. 그러한 공개적 개시에 대해 기술해 주시되, 언제 발생하였는지, 누구에게 개시되었는지, 어떤 유형의 개시였는지, 비밀유지에 관한 어떠한 합의의 대상이었는지, 그리고 이 개시에 관한 문서 또는 기록이 있는지를 포함해 주십시오.

36. 귀하는 Wireless Power Consortium의 어떠한 활동에 참여한 적이 있습니까, 예 또는 아니요?

37. 그렇다면, 일자를 특정하고 귀하의 참여의 성격을 기술해 주십시오.

38. 귀하는 Qi Standard의 개발, 작성 또는 채택에 관여한 적이 있습니까, 예 또는 아니요?

39. 그렇다면, 귀하의 역할을 특정하고 귀하의 관여의 성격을 기술해 주십시오.

40. 귀하는 쟁점 특허가 어느 표준에 필수적이거나 필수적이었다고 주장하십니까, 예 또는 아니요?

41. 그렇다면, 쟁점 특허가 필수적이거나 필수적이었다고 귀하가 주장하는 각 표준제정기관을 특정해 주십시오.

42. Qi Standard를 포함하되 이에 한정되지 않는 어느 표준에 필수적이거나 필수적이었다고 귀하가 주장하는 쟁점 특허의 각 청구항을 특정해 주십시오.

43. Qi Standard를 포함하되 이에 한정되지 않는 어느 표준에 필수적이지 않거나 필수적이지 않았다고 귀하가 주장하는 쟁점 특허의 각 청구항을 특정해 주십시오.

44. 쟁점 특허의 어느 청구항이 Qi Standard에 필수적이라는 어떠한 신념의 근거를 기술해 주십시오.

45. 귀하는 어느 관련 출원의 준비에 관여하였습니까, 예 또는 아니요?

46. 귀하가 그 준비에 관여한 관련 출원의 어느 출원에 대해, 귀하의 관여의 성격을 기술해 주시되, 귀하가 출원의 어느 부분을 작성 또는 검토하였는지 또는 초안에 관한 의견을 제공하였는지, 그리고 그러한 활동의 일자를 포함해 주십시오.

47. 귀하는 어느 관련 출원의 심사과정에 관여하였습니까, 예 또는 아니요?

48. 귀하가 그 심사과정에 관여한 관련 출원의 어느 출원에 대해, 귀하의 관여의 성격을 기술해 주시되, 귀하의 관여가 무엇을 수반하였는지, 귀하의 관여가 특정 개인(들)의 요청에 의한 것이었는지 및 누구였는지, 그리고 관여의 일자를 포함해 주십시오.

49. 기재된 발명자 목록이 어떻게 결정되었는지에 관한 정황을 기술해 주시되, 발명자 자격을 결정하는 데 사용된 기준을 포함해 주십시오.

50. 기재된 발명자로 기재되지 않은 어느 사람에 의한 발명자 자격 주장이 있었는지 귀하는 알고 있습니까?

51. 귀하가 참여하였거나 인지하였던 발명자 자격에 관한 분쟁 또는 논의를 기술해 주십시오.

52. 한국 가출원에 개시된 주제를 기술해 주십시오.

53. 한국 가출원에 개시된 주제가 귀하가 생각해 낸 발명을 정확하게 기술하고 있습니까?

54. 쟁점 특허의 청구항 1의 각 한정사항에 대해, 한국 가출원의 어디에 해당 한정사항이 기술되어 있습니까?

55. 어느 관련 출원의 심사과정 이전 및 심사과정 중에 귀하가 인지하고 있었던 선행기술의 각 항목을 특정해 주십시오.

56. 귀하가 그러한 선행기술을 어떻게 알게 되었는지 기술해 주십시오.

57. 각 선행기술 항목이 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 기술해 주십시오.

58. 귀하가 관여하였거나 인지하였던, 선행기술을 특정하기 위해 수행된 조사들을 기술해 주십시오.

59. 귀하는 Splash Pad라고 불리는 제품에 대해 알고 계십니까?

60. 그렇다면, 그러한 Splash Pad 제품에 대한 귀하의 인지 정황을 기술해 주십시오.

61. 귀하는 2005년 7월 29일 이전에 쟁점 특허에 청구된 발명의 판매 또는 판매 청약을 알고 계십니까?

62. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

63. 귀하는 2005년 7월 29일 이전에 미국에서 쟁점 특허에 청구된 발명의 제조 또는 사용을 알고 계십니까?

64. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

65. 귀하는 2005년 7월 29일 이전에 쟁점 특허에 청구된 발명을 구현한 제품의 수입을 알고 계십니까?

66. 그렇다면, 관련된 시기 및 주체를 포함하여 그러한 활동을 기술해 주십시오.

67. 귀하는 2005년 7월 29일 이전에 청구된 주제를 개시하는 공개자료를 알고 계십니까?

68. 그러한 공개자료가 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 특정하고 기술해 주십시오.

69. 귀하는 2005년 7월 29일 이전에 동일한 주제와 관련하여 전 세계 어디에서든 제출된 특허출원을 알고 계십니까?

70. 그러한 특허출원이 쟁점 특허에 청구된 발명과 어떻게 관련되는지에 대한 귀하의 이해를 특정하고 기술해 주십시오.

71. 귀하는 LS전선에 어떠한 금전적 이해관계를 가지고 있으며, 그렇다면 귀하의 금전적 이해관계의 성격을 기술해 주십시오.

72. 귀하는 Apple을 상대로 한 LS전선 사건(LS Cable & System Ltd. v. Apple Inc., 사건번호 3:24-cv-09194-JD, 캘리포니아 북부지구)의 결과에 어떠한 금전적 이해관계를 가지고 있으며, 그렇다면 귀하의 금전적 이해관계의 성격을 기술해 주십시오.

# 별지 2

대한민국대법원
The Supreme Court of Korea
219 Seocho-daero, Seocho-gu
Seoul 06590 Korea

MON 19 OCT 2026

대법원우편취급국
2026. 10. 8
요금후납

RECEIVED
OCT 23 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Air Letters
서울대법원
US KOREA POST
420g
RR 531826 497 KR
08. 10. 2026

United States District Court,
Northern District of California,
450 Golden Gate Avenue, San Francisco,
California 94102, USA