www.scourt.go.kr
음성출력용바코드

# 서 울 동 부 지 방 법 원
# 회 신 서

법원행정처 국제총괄심의관실 귀중

FILED
OCT 30 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

공조번호 : 2026-D-604
사건번호 : 2026러13
촉탁국가 : 미국

귀 법원이 촉탁한 증거조사가 아래의 사유로 인하여 불가능함을 회신합니다.

사 유 : 제출 대상 문서의 구체적 특정이 없이 포괄적 범위의 문서 제출을 요구하여 증거조사가 불가함

덧붙임 : 증거조사 촉탁서류 일체 1부.

2026. 10. 6.

서 울 동 부 지 방 법 원 장

서울동부지방법원장

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LS CABLE & SYSTEM LTD.,
Plaintiff,

v.

APPLE INC.,
Defendant.

Case No. 24-cv-09194-JD

**SECOND ORDER RE ISSUANCE OF LETTER OF REQUEST**

The Clerk of Court is directed to prepare two certified copies of Dkt. No. 91 bearing the seal of the Court to be made available to defendant Apple at the Clerk's Office.

**IT IS SO ORDERED.**

Dated: July 8, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

MORNINGSIDE
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2026/07/24

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- English (USA)

To:

- Korean

The documents are designated as:

- 'LS Cable_20260708_Court Order re Revised Hague Request.pdf'

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Samuel Wu

Signature of **Samuel Wu**, Managing Director



299 South Main Street, Suite 1300
Salt Lake City, UT 84111

**미국 연방 캘리포니아**

**북부지방법원**

| | |
|---|---|
| LS 전선(LS CABLE & SYSTEM LTD.,)<br>원고,<br>대<br>Apple Inc.,<br>피고 | 사건 번호 24-cv-09194-JD<br>**사법공조촉탁서 재발부를 위한 제 2 차 명령** |

법원 서기는 법원 직인이 날인된 사건기록 제 91 호의 인증 등본 2 부를 작성하여 피고 Apple 이 법원 서기실에서 수령할 수 있도록 준비하여야 한다.

**이와 같이 명한다.**

일자: 2026 년 7 월 8 일

JAMES DONATO
미국 연방지방법원 판사

미국 연방 캘리포니아 북부지방법원

# EXHIBIT 1

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronicallly filed with the United States District Court for the Northern District of California.
Date Filed: 7/13/2026
Clerk, US District
Northern District of California
By ______________________, Deputy Clerk

RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
ShaelynDawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

RYAN J. MALLOY (CA SBN 253512)
RMalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

SARA DOUDAR (CA SBN 340454)
SDoudar@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LS CABLE & SYSTEM LTD.,<br>Plaintiff,<br>v.<br>APPLE INC.,<br>Defendant. | Case No. 3:24-cv-09194-JD<br>**APPLE INC.'S UNOPPOSED LETTER OF REQUEST UNDER THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD** |

| | |
|---|---|
| Applicant/Requesting Authority: | United States District Court for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, California 94102<br>United States of America |
| Central Authority of Requested State: | National Court Administration<br>Attn.: Director of International Affairs<br>Seocho-daero 219<br>Seocho-gu<br>Seoul 06590<br>Republic of Korea |
| Person to whom the executed Request is to be returned: | Shaelyn K. Dawson<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>United States of America |
| Specification of the date by which the requesting authority requires receipt of the response to the letter of request: | As soon as practicable. |

* * *

The United States District Court for the Northern District of California presents its compliments to the appropriate judicial authority of the Korean National Court Administration, and requests international judicial assistance to compel the inventors of Plaintiff LS Cable & System Ltd. ("LS Cable")'s U.S. Patent No. 8,013,568 (the "'568 patent"), which LS Cable has asserted against Defendant Apple Inc. ("Apple"), to obtain documents concerning the inventors' contribution to the development leading to and prosecution of the '568 patent responsive to the requests listed in Exhibit A.

This Court requests the assistance described herein pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, as adopted and implemented in the United States of America at 28 U.S.C. § 1781, and in the Republic of Korea. The United States District Court for the Northern District of California is a competent court of law and equity that properly has jurisdiction over this proceeding, and has the power to compel the production of documents both within and outside its jurisdiction.

The requested documents are intended for use in the above-captioned patent infringement

litigation, and, in the view of this Court, will be highly relevant to the validity of the '568 patent and the damages, if any, LS Cable can recover from Apple in the litigation.

This request is made with the understanding that it will in no way require any person to commit any offense, or to undergo a broader form of inquiry than he or she would if the litigation were conducted in the Republic of Korea. In the proper exercise of its authority, this Court has determined that the requested evidence cannot be secured except by the intervention of the Korean National Court Administration.

**1. Sender**

United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, United States of America, by the Honorable James Donato of that Court.

**2. Central Authority of the Requested State:**

National Court Administration, Attn.: Director of International Affairs, Seocho-daero 219, Seocho-gu, Seoul 06590, Republic of Korea.

**3. Person to Whom the Executed Request is to be Returned, and Deadline for Return:**

The executed request should be returned to the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, United States of America, to the Honorable James Donato of that Court.

**4. Specification of the Date by Which the Requesting Authority Requires Receipt of the Response to the Revised Letter of Request**

August 1, 2026

**5. In Conformity with Article 3 of the Convention, the Undersigned Applicant Has the Honor to Submit the Following Request:**

(a) **Requesting Judicial Authority of the Requesting State, The United States of America (Article 3(a)):**

United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, United States of America, by the Honorable James Donato of that Court.

(b) **To the competent authority of (Article 3(a)):**

Republic of Korea.

(c) **Name of case and identifying number:**

*LS Cable & System Ltd. v. Apple Inc.*, Case No. 3:24-cv-09194-JD, Northern District of California ("Apple Matter").

**6. Names and addresses of the parties and their representatives (including representatives in the requesting state) (article 3(b))**

(a) **Names and Addresses of the Parties and Their Representatives (Article 3(b)):**

i. The plaintiff in this matter is LS Cable & System Ltd., LS Tower, 1026-6 Hogye-dong, Dong-gu, Anyang-si Gyeonggi-do, Republic of Korea 431-080.

ii. LS Cable & System Ltd. is represented by K&L Gates LLP, 4 Embarcadero Center, Suite 1200, San Francisco, CA 94111, United States of America.

iii. The defendant in this matter is Apple Inc., One Apple Park Way, Cupertino, California 95014, United States of America.

iv. Defendant Apple Inc. is represented by:

- Richard S.J. Hung and Shaelyn K. Dawson of the firm Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105, United States of America;
- Ryan Malloy of the firm Morrison & Foerster LLP, 707 Wilshire Boulevard, Los Angeles, California 90017-3543; and
- Sara Doudar of the firm Morrison & Foerster LLP, 12531 High Bluff Drive, Suite 200, San Diego, California 92130-3588.

(b) **Other Parties and Their Representatives (Article 3(b)):**

None.

**7. Nature and Purpose of the Proceedings and Pertinent Facts (Article 3(c)):**

The Apple Matter is a civil action in which LS Cable asserts that Apple infringes U.S. Patent No. 8,013,568 (the "'568 patent"). The '568 patent purports to describe battery charging circuitry and methods of solving an overvoltage state by means of wireless feedback control. The '568 patent names Dong-Young Park, Sung-Wook Moon, Sung-Wook Choi, Gwang-Hee Gwon, Sub Han, and Jung-Bum Kim as the inventors. LS Cable contends that the named inventors

assigned their rights under the asserted patent to LS Cable, and that it is the current owner of the asserted patent.

Apple makes and markets (or formerly made and marketed) certain products, which include, without limitation, Apple iPhone Devices: iPhone 8, iPhone 8 Plus, iPhone X, iPhone XS, iPhone XS Max, iPhone XR, iPhone 11, iPhone 11 Pro, iPhone 12, iPhone 12 Mini, iPhone 12 Pro, iPhone 12 Pro Max, iPhone 13, iPhone 13 Mini, iPhone 13 Pro, iPhone 13 Pro Max, iPhone 14, iPhone 14 Plus, iPhone 14 Pro, iPhone 14 Pro Max, iPhone 15, iPhone 15 Plus, iPhone 15 Pro, iPhone 15 Pro Max, iPhone 16, iPhone 16 Plus, iPhone 16 Pro, iPhone 16 Pro Max, iPhone 17, iPhone 17 Air, iPhone 17 Pro, iPhone 17 Pro Max, the various iPhone SE generations; Apple AirPods Devices: AirPods first-generation, AirPods second-generation, AirPods third-generation, AirPods Pro 2, AirPods 3, and AirPods 4, and AirPods 4 with Active Noise Cancellation (collectively "Apple Systems"). LS Cable asserts that Apple infringes the '568 patent by making, using, offering for sale, importing, and/or selling the Apple Systems.

Apple contends that the '568 patent is invalid and that Apple does not infringe the patent. Apple further contends that, even if the '568 patent is valid and infringed, LS Cable is entitled to limited damages.

**8. Judicial Action to Be Taken (Article 3(d)):**

To assist this Court in resolving this civil action in a prompt, fair, and efficient manner, this Court respectfully requests that the Requested Authority issue an order instructing the named inventors to produce documents responsive to the document requests listed in Exhibit A.

**9. Purpose of the Judicial Action Sought**

The witnesses identified herein are identified as inventors of the '568 patent asserted against Apple. As named inventors of the '568 patent, these witnesses possess critical documentation regarding the research and development of the technology leading to the '568 patent, the prosecution of the patent before the United States Patent and Trademark Office, the scope of the claimed subject matter, the existence and knowledge of the prior art related to the claimed subject matter, among other areas. Their documents will be used to support Apple's defenses, counterclaims, and damages contentions at the trial in the above-captioned matter.

Some of these uses are described below.

In order to present a defense that the '568 patent is invalid, and because a patent may be held invalid under U.S. law for incorrectly listing the true inventors of a patent, Apple seeks documents related to the inventive contributions of each individual to the claimed subject matter of the '568 patent.

In order to present a defense that the '568 patent is invalid over prior art in existence before the earliest filing date of the '568 patent, and not an earlier date as permitted before U.S. patent law, Apple seeks documents related to the dates which the inventors allegedly conceived of the claimed subject matter of the '568 patent, the dates that said subject matter was reduced to practice, and as to any reasonably continuous activity from the conception date to the reduction to practice date.

In order to present a defense that the '568 patent is invalid over prior art in existence before the earliest filing date of the U.S. national stage non-provisional application leading to the '568 patent, and not before the earliest filing date of the provisional or Korean applications leading to the '568 patent, Apple seeks documents about the content and scope of the provisional and Korean applications relative to the '568 patent.

In order to present a defense that the '568 patent is invalid because it was invented by others, Apple seeks documents regarding the facts and circumstances that gave rise to conceiving the claimed subject matter of the asserted claims.

In order to present a defense that the '568 patent is invalid over the prior art, Apple seeks documents regarding the existence and scope of prior art.

In order to present a defense that the '568 patent is unenforceable because the applicants for the '568 patent committed inequitable conduct before the United States Patent and Trademark Office, Apple seeks documents related to the prior art known to the named inventors when the application leading to the '568 patent was filed.

In order to present defenses that the '568 patent is invalid over the prior art and not infringed, Apple seeks documents regarding the technical information on the scope of the alleged invention described in the '568 patent.

In order to support Apple's positions on the appropriate amount of damages attributable to any alleged infringement of the '568 patent, Apple seeks monetary and value documents related to the '568 patent, including payment that the witnesses have received in connection with their alleged inventions and their knowledge of the value underlying the '568 patent.

In order to support Apple's positions on the appropriate amount of damages attributable to any alleged infringement of the '568 patent, Apple seeks documents regarding which, if any, of the claims of the '568 patent are or have ever been essential, required, or otherwise necessary to practice any standard promulgated by a standards-setting organization and information regarding fair, reasonable and non-discriminatory terms to license the '568 patent. To further clarify the evidence sought, attached as Exhibit A is a list of document requests in support of the above.

**10. Names and Addresses of the Persons to be Examined (Article 3(e)):**

Dong-Young Park
Bldg. 101, Apt. 108,
15, Yangjae-daero 72-gil, Songpa-gu, Seoul, Republic of Korea (05652)

Sung-Wook Moon
Bldg. 516, Apt. 1404
90, Jinsan-ro, Suji-gu, Yongin-si, Gyeonggi-do, Republic of Korea (16923)

Sung-Wook Choi
Bldg. 112, Apt. 1402
108, Jungdong-ro, Wonmi-gu, Bucheon-si, Gyeonggi-do, Republic of Korea (14613)
Tel +82-2-2164-4449

Gwang-Hee Gwon
Bldg. 115, Apt. 301
430, Gyeongsu-daero, Dongan-gu, Anyang-si, Gyeonggi-do, Republic of Korea (14126)

Sub Han
Unit 1301
254, Beotkkot-ro, Geumcheon-gu, Seoul, Republic of Korea (08511)
Tel +82-2 -870-8343

**11. Documents to be Inspected (Article 3(g)):**

*See* Exhibit A.

**12. Special Methods or Procedures to be Followed (Article 3(i)):**

This Court respectfully requests that the judicial authority executing the Letter of Request deliver the documents to this Court by October 2, 2026.

It is further requested, given the importance of the evidence to be obtained, that these requests be given their highest consideration.

To the extent the documents provided by any of the witnesses are deemed confidential in nature, there is a protective order in this case to protect the confidentiality of such documents. If requested, the protective order will be provided separately.

To the extent any of the requests in this Letter of Request cannot be granted, the execution of these requests shall be performed according to applicable law, and the fact that some part or parts of this Letter of Request cannot be granted should not affect the execution of the remaining parts.

**13. Request for Notification of the Time and Place for the Execution of the Request and Identity and Address of Any Person to Be Notified (Article 7)**

It is requested that Apple's Korean attorneys (Seong-Soo Park of the law firm Kim & Chang, Crescendo Building, 75, Saemunan-ro, Jongno-gu, Seoul, 03182, Korea; Tel. +82-2-3703-1870; seongsoo.park@kimchang.com and Soo Jung Choi of the law firm Kim & Chang, Crescendo Building, 75, Saemunan-ro, Jongno-gu, Seoul, 03182, Korea; Tel. +82-2-3703-1526; soojung.choi@kimchang.com) be informed as soon as practicable of the date and place where this request will be executed or any issues with the request. It is further requested that, if possible, notice should be furnished to those attorneys at least 15 days before the date set for the execution.

**14. Request for Attendance or Participation of Judicial Personnel of the Requesting Authority at the execution of the Letter of Request (Article 8)**

No attendance of judicial personnel is requested.

**15. Responsibility and Reimbursable Fees and Costs (Article 14):**

The fees and costs incurred that are reimbursable under Article 14 of the Hague Convention will be borne by Apple. Statements for the amounts due should be sent to Apple in care of Morrison & Foerster at the address listed in paragraph 6(a)(iv) above.

**16. Reciprocity:**

The courts of the United States are authorized by statute (*see* Section 1782 of Title 28 of the United States Code) to extend similar assistance to the courts of the Republic of Korea and

will gladly reciprocate the courtesies shown by the courts of the Republic of Korea. The United States District Court for the Northern District of California extends to the judicial authorities of the Republic of Korea the assurance of its highest consideration.

Dated: July 8, 2026
San Francisco, California

HON. JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE

[seal of the Court]

Dated: June 22, 2026

RICHARD S.J. HUNG
RYAN J. MALLOY
SHAELYN K. DAWSON
SARA DOUDAR
MORRISON & FOERSTER LLP

By: */s/ Shaelyn K. Dawson*
Shaelyn K. Dawson

*Attorneys for Defendant*
APPLE INC.

# ATTACHMENT A

## DOCUMENT REQUESTS

**REQUEST NO. 1**

Lab notebooks, technical reports and specifications, or equivalent research documents generated by inventors during the R&D and invention process of the subject matter claimed and/or disclosed in U.S. Patent No. 8,013,568.

**REQUEST NO. 2**

Memoranda meeting minutes or equivalent documents generated during the course of preparation for the prosecution of U.S. Patent No. 8,013,568, any patent applications to which U.S. Patent No. 8,013,568 claims priority, or that claim priority to U.S. Patent No. 8,013,568 (collectively, "Relevant Patents"), including the invention disclosures, the pre-filing prior art search reports, and equivalent documents concerning the validity or scope of U.S. Patent No. 8,013,568 and its Relevant Patents.

**REQUEST NO. 3**

Memoranda, meeting minutes, or equivalent documents that include information related to the inventorship of U.S. Patent No. 8,013,568. This includes but is not limited to documents regarding any dispute regarding inventorship, or participation of anyone other than Dong-Young Park, Sung-Wook Moon, Sung-Wook Choi, Gwang-Hee Gwon, Sub Han, and Jung-Bum Kim in conceiving or reducing to practice any invention claimed or disclosed in U.S. Patent No. 8,013,568 and its Relevant Patents.

**REQUEST NO. 4**

Memoranda, meeting minutes or equivalent documents that include information related to the design, development, testing, or use of any embodiment of the invention claimed in U.S. Patent No. 8,013,568.

**REQUEST NO. 5**

Meeting minutes, correspondence or equivalent documents that include information related to your personal involvement with any standard, proposed standard, or standard-setting activity relating to the subject matter of U.S. Patent No. 8,013,568, and its Relevant Patents.

MORNINGSIDE
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2026/07/16

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- English (USA)

To:

- Korean

The documents are designated as:

- 'LS Cable_20260714_Revised Letter of Request for Testimony and Documents.pdf'

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Samuel Wu

Signature of **Samuel Wu**, Managing Director

Questel Confidential: Limited External Use

299 South Main Street, Suite 1300
Salt Lake City, UT 84111

# 부속서 1

**ECF 문서**

미국 캘리포니아 북부지구 연방지방법원에 전자적으로 제출된 문서의 인쇄본임을 이에 증명하고 확인한다.

제출일: 2026. 7. 13.

서기, 미국 연방지방법원
캘리포니아 북부지구

작성 [signature] .부서기

RICHARD S.J. HUNG(캘리포니아주 변호사번호 197425)
RHung@mofo.com
SHAELYN K. DAWSON(캘리포니아주 변호사번호 288278)
ShaelynDawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
전화: (415) 268-7000
팩스: (415)268-7522

RYAN J. MALLOY(캘리포니아주 변호사번호 253512)
RMalloy@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
전화: (213) 892-5200
팩스: (213) 892-5454

SARA DOUD AR(캘리포니아주 변호사번호 340454)
SD oudar@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
전화: (858)720-5100
팩스: (858)720-5125

*피고 측 대리인*
APPLE INC.

미국 연방지방법원
캘리포니아 북부지구
샌프란시스코 부

| | |
|---|---|
| LS CABLE & SYSTEM LTD.,<br>원고,<br>v.<br>APPLE INC.,<br>피고. | 사건번호 3:24-cv-09194-JD<br>**APPLE INC.의 국외에서의 증거조사에 관한 헤이그 협약에 따른 무이의 요청서** |

| | |
|---|---|
| 신청인/요청당국: | United States District Court for the Northern District of California 450 Golden Gate Avenue San Francisco, California 94102 United States of America |
| 피요청국 중앙당국: | 법원행정처 귀중: 대한민국 서울특별시 서초구 서초대로 219, 06590, 국제협력 담당 이사 |
| 이행된 요청서의 반환 수령인: 반환처: | Shaelyn K. Dawson<br>Morrison & Foerster LLP 425 Market Street San Francisco, California 94105-2482 United States of America |
| 요청당국이 요청서에 대한 회신 수령을 요구하는 날짜의 명시 | 가능한 한 신속히. |

***

미국 캘리포니아 북부지구 연방지방법원은 한국 법원행정처의 적절한 사법당국에 경의를 표하며, 원고 LS Cable & System Ltd.("LS Cable")의 미국 특허 제8,013,568호("'568 특허")의 발명자들에게, LS Cable이 피고 Apple Inc.("Apple")를 상대로 제기한 이 사건과 관련하여, 부속서 A에 열거된 요청에 부합하는 '568 특허의 개발 및 출원에 대한 발명자들의 기여와 관련된 문서를 제출하도록 하기 위해 국제사법공조를 요청한다.

본 법원은 1970년 3월 18일의 민사 또는 상사 사건에 있어서의 국외에서의 증거조사에 관한 헤이그 협약에 따라, 미국에서 28 U.S.C. § 1781로 채택 및 이행되고 대한민국에서도 시행되는 바에 근거하여, 여기에서 설명한 지원을 요청한다. 캘리포니아 북부지구 연방지방법원은 본 절차에 대하여 적법한 관할권을 보유한 법률 및 형평의 유능한 법원이며, 그 관할권 내외의 문서 제출을 명할 권한을 가지고 있다.

요청된 문서들은 위 사건번호 기재 특허침해 소송에서 사용될 예정이며, 본 법원의 판단으로는 '568 특허의 유효성 및 소송에서 LS Cable이 Apple로부터 회수할 수 있는 손해배상액(있는 경우)에 매우 관련성이 높다.

이 요청은 어떠한 사람에게도 범죄를 저지르게 하거나, 소송이 대한민국에서 진행되는 경우보다 더 광범위한 조사를 받게 하는 일이 결코 없다는 전제하에 이루어진다. 권한을 적절히 행사한 결과, 본 법원은 요청된 증거가 한국 법원행정처의 개입 없이는 확보될 수 없다고 판단하였다.

**1. 발신인**

미국 캘리포니아 북부지구 연방지방법원(450 Golden Gate Avenue, San Francisco, California 94102, United States of America), James Donato 연방판사 명의.

**2. 피요청국 중앙당국:**

법원행정처, 귀중: 대한민국 서울특별시 서초구 서초대로 219, 06590, 국제협력 담당 이사

**3. 이행된 요청서의 반환 수령인 및 반환 기한:**

이행된 요청서는 미국 캘리포니아 북부지구 연방지방법원(450 Golden Gate Avenue, San Francisco, California 94102, United States of America) 그리고 해당 법원의 James Donato 연방판사에게 반환되어야 한다.

**4. 요청당국이 개정 요청서에 대한 회신 수령을 요구하는 날짜의 명시**

2026년 8월 1일

**5. 협약 제3조에 따라, 아래 서명한 신청인은 다음의 요청을 제출할 명예가 있다.**

(a) **요청국의 사법당국(미국)(제3(a)조):**

미국 캘리포니아 북부지구 연방지방법원(450 Golden Gate Avenue, San Francisco, California 94102, United States of America), James Donato 연방판사 명의.

(b) **적법한 권한을 가진 당국에 대하여(제3(a)조):**

대한민국.

(c) **사건명 및 식별번호:**

*LS Cable & System Ltd. 대 Apple Inc.*, 사건 번호 3:24-cv-09194-JD, 캘리포니아 북부 연방 지방법원("Apple 사건").

**6. 당사자 및 그 대표자들의 성명과 주소(요청국 내 대표자를 포함함)(제3(b)조)**

(a) **당사자 및 그 대표자의 성명과 주소(제3(b)조):**

i. 본 사건의 원고는 대한민국 경기도 안양시 동구 호계동 1026-6 LS 타워 *LS Cable & System Ltd.*(431-10 080)이다.

ii. LS Cable & System Ltd.의 대리인은 K&L Gates LLP, 4 Embarcadero Center, Suite 1200, San Francisco, CA 94111, United States of America이다.

iii. 본 사건의 피고는 Apple Inc., One Apple Park Way, Cupertino, California 95014, United States of America이다.

iv. 피고 Apple Inc.의 대리인은 다음과 같다.

- Richard S.J. Hung 및 Shaelyn K. Dawson, Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105, United States of America;
- Morrison & Foerster LLP의 Ryan Malloy, 707 Wilshire Boulevard, Los Angeles, California 90017-3543; 및
- Morrison & Foerster LLP의 Sara Doudar, 12531 High Bluff Drive, Suite 200, San Diego, California 92130-3588.

(b) **기타 당사자 및 그 대리인(제3조(b)):**

없음.

**7. 절차의 성격 및 목적과 관련 사실(제3조(c)):**

Apple 사건은 LS Cable이 Apple이 미국 특허 제8,013,568호("'568 특허")를 침해했다고 주장하는 민사소송이다. '568 특허는 무선 피드백 제어를 통해 배터리 충전 회로와 과전압 상태를 해결하는 방법을 설명하는 것으로 되어 있다.

'568 특허에는 Dong-Young Park, Sung-Wook Moon, Sung-Wook Choi, Gwang-Hee Gwon, Sub Han, 및 Jung-Bum Kim이 발명자로 기재되어 있다. LS Cable은 기재된 발명자들이 쟁점 특허상 자신의 권리를 LS Cable에 양도했으며, 자신이 현재 쟁점 특허의 소유자라고 주장한다.

Apple은 다음을 포함하되 이에 한정되지 않는 특정 제품을 제조·및 판매한다(또는 과거에 제조·및 판매함.). Apple iPhone 기기: iPhone 8, iPhone 8 Plus, iPhone X, iPhone XS, iPhone XS Max, iPhone XR, iPhone 11, iPhone 11 Pro, iPhone 12, iPhone 12 Mini, iPhone 12 Pro, iPhone 12 Pro Max, iPhone 13, iPhone 13 Mini, iPhone 13 Pro, iPhone 13 Pro Max, iPhone 14, iPhone 14 Plus, iPhone 14 Pro, iPhone 14 Pro Max, iPhone 15, iPhone 15 Plus, iPhone 15 Pro, iPhone 15 Pro Max, iPhone 16, iPhone 16 Plus, iPhone 16 Pro, iPhone 16 Pro Max, iPhone 17, iPhone 17 Air, iPhone 17 Pro, iPhone 17 Pro Max, 다양한 iPhone SE 세대; Apple AirPods 기기: 1세대 AirPods, 2세대 AirPods, 3세대 AirPods, AirPods Pro 2, AirPods 3, AirPods 4 및 액티브 노이즈 캔슬링 기능이 탑재된 AirPods 4(통칭하여 "Apple 시스템"). LS Cable은 Apple이 '568 특허를 Apple Systems를 제조, 사용, 판매 제안, 수입 및/또는 판매함으로써 침해한다고 주장한다.

Apple은 '568 특허가 무효이며 Apple이 그 특허를 침해하지 않는다고 주장한다. Apple은 또한, 설령 '568 특허가 유효하고 침해되었다 하더라도 LS Cable의 손해배상은 제한되어야 한다고 주장한다.

**8. 취해질 사법 조치(제3조(d)):**

본 법원이 본 민사소송을 신속하고 공정하며 효율적으로 해결하는 데 도움이 되도록, 본 법원은 요청을 받은 당국이 부속서 A에 기재된 문서 제출 요청에 따라, 명시된 발명자들이 관련 문서를 제출하라고 지시하는 명령을 내려 주실 것을 정중히 요청한다.

**9. 요청된 사법 조치의 목적**

본 문서에서 확인된 증인들은 Apple을 상대로 주장되는 '568 특허의 발명자로 확인되어 있다. '568 특허의 기명 발명자들인 이들 증인은, '568 특허로 이어진 기술의 연구개발, 미국 특허상표청에서의 해당 특허의 심사 경과, 청구된 발명의 범위, 해당 청구발명 관련 선행기술의 존재 및 이에 대한 인식 등 여러 사항에 관한 핵심 문서를 보유하고 있다. 그들의 문서는 위 사건의 재판에서 Apple의 항변, 반소 및 손해배상 주장을 뒷받침하는 데 사용될 것이다.

이러한 사용 목적 중 일부는 아래에 설명되어 있다.

'568 특허가 무효라는 항변을 제기하기 위하여, 그리고 미국법상 특허의 진정한 발명자를 잘못 기재한 경우 그 특허가 무효가 될 수 있으므로, Apple은 '568 특허의 청구 대상에 대한 각 개인의 발명적 기여와 관련된 문서를 구한다.

'568 특허가 그 '568 특허의 최우선 출원일 이전에 존재하던 선행기술에 비추어 무효이며, 미국 특허법상 허용되던 더 이른 날짜를 기준으로 하는 것이 아니라는 항변을 제기하기 위해, Apple은 발명자들이 '568 특허의 청구된 발명을 착상했다고 주장되는 날짜와 해당 발명이 실시로 완성된 날짜, 그리고 착상일부터 실시 완성일까지의 합리적으로 계속된 활동에 관한 문서를 구한다.

Apple은 '568 특허로 이어지는 미국 국내단계 정규출원의 가장 이른 출원일 이전에 존재하던 선행기술을 근거로 '568 특허가 무효라는 항변을 제기하고, 그 근거가 '568 특허로 이어지는 가출원 또는 한국 출원의 가장 이른 출원일 이전의 선행기술이 아님을 보이기 위해, '568 특허와 관련하여 그 가출원 및 한국 출원의 내용과 범위에 관한 문서를 구한다.

'568 특허가 타인에 의해 발명되어 무효라는 항변을 제시하기 위해, Apple은 주장된 청구항에서 청구된 발명의 착상에 이르게 된 사실관계와 경위에 관한 문서를 구한다.

'568 특허가 선행기술에 비추어 무효라는 항변을 제시하기 위해, Apple은 선행기술의 존재 및 범위에 관한 문서를 구한다.

Apple은 '568 특허 출원인들이 미국 특허상표청에 대해 불공정한 행위를 저질러 '568 특허가 집행될 수 없다는 항변을 제기하기 위해, 기명 발명자들이 '568 특허로 이어진 출원이 제출되었을 당시 알고 있던 선행기술과 관련된 문서를 구한다.

Apple은 '568 특허가 선행기술에 비추어 무효이고 비침해라는 항변을 제시하기 위해, '568 특허에 기재된 주장된 발명의 범위에 관한 기술정보 관련 문서를 구한다.

Apple의 '568 특허의 주장된 침해에 기인하는 적정 손해배상액에 관한 입장을 뒷받침하기 위해, Apple은 '568 특허와 관련된 금전 및 가치 관련 문서를 구한다. 여기에는 증인들이 자신들의 주장된 발명과 관련하여 받은 대가와 '568 특허의 기초가 되는 가치에 관한 그들의 지식이 포함된다.

Apple의 '568 특허의 주장된 침해로 인한 적정 손해배상액에 관한 입장을 뒷받침하기 위하여, Apple은, 있는 경우, '568 특허의 청구항들 중 어느 청구항이 표준설정기구가 제정한 표준을 실시하는 데 필수적이거나 요구되거나 또는 그 밖에 필요했거나 현재도 필요한지에 관한 문서와, '568 특허를 라이선스하기 위한 공정하고 합리적이며 비차별적인 조건에 관한 정보를 구한다. 요청된 증거를 더 명확히 하기 위하여, 위 내용을 뒷받침하는 문서 요청 목록이 부속서 A로 첨부되어 있다.

**10. 조사 대상자의 성명 및 주소(제3조(e)):**

Dong-Young Park
05652, 대한민국 서울특별시 송파구 양재대로 72길 15, 101동 108호

Sung-Wook Moon
16923, 대한민국 경기도 용인시 수지구 진산로 90, 516동 1404호

Sung-Wook Choi
14613, 대한민국 경기도 부천시 원미구 중동로 108, 112동 1402호
전화번호 +82-2-2164-4449

Gwang-Hee Gwon
14126, 대한민국 경기도 안양시 동안구 경수대로 430, 115동 301호

Sub Han
08511, 대한민국 서울특별시 금천구 벚꽃로 254, 1301호
전화번호 +82-2 -870-8343

**11. 조사 대상 문서(제3조(g)):**

부속서 A *참조.*

**12. 따라야 할 특별한 방법 또는 절차(제3조(i)):**

본 요청서를 집행하는 사법당국이 2026년 10월 2일까지 이 법원에 문서를 전달해 줄 것을 정중히 요청한다.

입수될 증거의 중요성을 고려하여, 이러한 요청들을 최우선으로 고려해 주실 것을 추가로 요청한다.

증인들이 제공하는 문서가 기밀로 간주되는 범위 내에서는, 그러한 문서의 비밀을 보호하기 위한 보호명령이 본 사건에 존재한다. 요청이 있는 경우, 보호명령은 별도로 제공될 것이다.

이 요청서에 포함된 요청 중 일부라도 승인될 수 없는 경우, 해당 요청의 집행은 적용 가능한 법률에 따라 수행되어야 하며, 이 요청서의 일부 또는 일부 항목이 승인될 수 없다는 사실은 나머지 부분의 집행에 영향을 미쳐서는 안 된다.

**13. 요청 집행의 시기 및 장소와 통지받을 사람의 성명 및 주소에 관한 통지 요청(제7조)**

Apple의 한국 변호인들(김앤장 법률사무소의 Seong-Soo Park, 03182, 대한민국 서울특별시 종로구 새문안로 75 크레센도 빌딩, 전화번호 +82-2-3703-1870, seongsoo.park@kimchang.com 및 김앤장 법률사무소의 Soo Jung Choi, 03182, 대한민국 서울특별시 종로구 새문안로 75 크레센도 빌딩, 전화번호. +82-2-3703-1526, soojung.choi@kimchang.com)에게 이 요청이 집행될 일시와 장소 또는 이 요청과 관련한 문제를 가능한 한 신속히 통지해 주실 것을 요청한다. 가능하다면, 집행 예정일로부터 최소 15일 전에 해당 변호사들에게 통지를 해 주실 것을 추가로 요청한다.

**14. 요청 당국의 사법관계자 출석 또는 참여 요청(제8조)**

사법관계자의 출석은 요청하지 않는다.

**15. 책임 및 상환 가능한 수수료와 비용(제14조):**

헤이그 협약 제14조에 따라 상환 가능한 발생 수수료 및 비용은 Apple이 부담한다. 지급해야 할 금액에 대한 명세서는 위 6(a)(iv)항에 기재된 주소의 Morrison & Foerster를 경유하여 Apple 앞으로 보내야 한다.

**16. 상호주의:**

미국 법원은 법률상(미국 연방법전 제28편 제1782조 참조), 대한민국 법원에 유사한 지원을 제공할 권한이 있으며, 대한민국 법원이 보여 주는 호의에 기꺼이 보답할 것이다.

미국 캘리포니아 북부 연방지방법원은 대한민국 사법당국에 최고의 경의를 표한다.

일자: 2026년 7월 8일
San Francisco, California

HON. JAMES DONATO
미국 연방지방법원 판사

[법원의 인장]

일자: 2026년 6월 22일

RICHARD S.J. HUNG
RYAN J. MALLOY
SHAELYN K. DAWSON
SARA DOUDAR
MORRISON & FOERSTER LLP

서명: /s/ Shaelyn K. Dawson
Shaelyn K. Dawson

*피고 측 대리인*
APPLE INC.

**부속서 A**

**문서 요청**

**요청 번호 1**

미국 특허 제8,013,568호에 청구 및/또는 개시된 대상 기술의 연구개발(R&D) 및 발명 과정에서 발명자들이 작성한 연구 노트, 기술 보고서 및 사양서, 또는 이에 상응하는 연구 문서.

**요청 번호 2**

미국 특허 제8,013,568호, 해당 특허가 우선권을 주장하는 모든 특허 출원, 또는 해당 특허를 기초로 우선권을 주장하는 모든 특허 출원(총칭하여 "관련 특허들")의 특허 출원 및 심사 진행을 준비하는 과정에서 생성된 메모, 회의록 또는 이에 상응하는 문서. 여기에는 미국 특허 제8,013,568호 및 그 관련 특허들의 유효성 또는 권리 범위에 관한 발명 신고서, 출원 전 선행기술조사 보고서, 그리고 이에 상응하는 문서가 포함된다.

**요청 번호 3**

미국 특허 제8,013,568호의 발명자 자격과 관련된 정보를 포함하는 메모, 회의록 또는 이에 상응하는 문서. 여기에는 발명자 자격에 관한 분쟁이나, 미국 특허 제8,013,568호 및 그 관련 특허들에 청구되거나 개시된 어떠한 발명을 착상하거나 실시화하는 과정에 Dong-Young Park, Sung-Wook Moon, Sung-Wook Choi, Gwang-Hee Gwon, Sub Han, 및 Jung-Bum Kim 이외의 인물이 참여한 사실에 관한 문서가 포함되며, 이에 국한되지 않는다.

**요청 번호 4**

미국 특허 제8,013,568호에 청구된 발명의 어떠한 실시예에 대한 설계, 개발, 시험(테스트) 또는 사용과 관련된 정보를 포함하는 메모, 회의록 또는 이에 상응하는 문서.

**요청 번호 5**

미국 특허 제8,013,568호 및 그 관련 특허들의 대상 기술과 관련된 어떠한 표준, 제안된 표준(표준안), 또는 표준 제정 활동에 귀하가 개인적으로 관여한 사실과 관련된 정보를 포함하는 회의록, 서신 또는 이에 상응하는 문서.

The Supreme Court of Korea
219 Seocho-daero, Seocho-gu
Seoul 06590 Korea

요금별납
서울중앙우체국

**RECEIVED**

OCT 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Air Letters
서울대법원
US KOREA POST
170g
RR 531857 534 KR
20.10.2026

United States District Court for the Northern District of California
450 Golden Gate Avenue, San Francisco, California USA 94102